1  LATHAM & WATKINS LLP
   Mary Rose Alexander (Bar No. 143899)
2  *mary.rose.alexander@lw.com*
   Thomas J. Heiden (Admitted *Pro Hac Vice*)
3  *thomas.heiden@lw.com*
   330 North Wabash Avenue, Suite 2800
4  Chicago, IL 60611
   Tel: 312.876.7700
5  Fax: 312.993.9767

6  Shannon D. Lankenau (Bar No. 294263)
   *shannon.lankenau@lw.com*
7  505 Montgomery Street, Suite 2000
   San Francisco, CA 94111
8  Tel: 415.391.0600
   Fax: 415.395.8095
9
   Michael A. Hale (Bar No. 319056)
10 *michael.hale@lw.com*
   355 South Grand Avenue, Suite 100
11 Los Angeles, CA 90071
   Tel: 213.485.1234
12 Fax: 213.891.8763

13 Attorneys for Defendant
   MARATHON OIL COMPANY
14
   [Additional Counsel Listed on Next Page]
15
                 **UNITED STATES DISTRICT COURT**
16
            **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
17
                      **WESTERN DIVISION**
18

| | |
|---|---|
| 18  MDR HOTELS, LLC, | **Case No. 2:20-cv-08008-DSF(JPRx)** |
| 19                              Plaintiff, | The Honorable Dale S. Fischer |
| 20       vs. | **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS** (F.R.C.P. 12(b)(6)) |
| 21  MARATHON OIL COMPANY; THE DOW CHEMICAL | |
| 22  COMPANY; and DOES 1 through 10, inclusive, | Hearing Date: January 4, 2021 |
| 23 | Time: 1:30 P.M. Place: First Street Courthouse, 350 West |
| 24                              Defendants | 1st Street, Courtroom 7D, Los Angeles, California 90012 |
| 25 | *(Concurrently filed with Memorandum of* |
| 26 | *Points and Authorities ISO Motion to Dismiss, Defendants' Request for Judicial* |
| 27 | *Notice, Declaration of Michael R. Leslie, and Exhibits)* |
| 28 | |

1    PETER HSIAO (Bar No. 119881)
     *phsiao@kslaw.com*
2    MICHAEL R. LESLIE (Bar No. 126820)
     *mleslie@kslaw.com*
3    **KING & SPALDING LLP**
     633 West Fifth Street, Suite 1600
4    Los Angeles, CA 90071
     Telephone:   (213) 443-4355
5    Facsimile:   (213) 443-4310

6    JOEL BLANCHET (*Pro Hac Vice*)
     *jblanchet@phillipslytle.com*
7    **Phillips Lytle LLP**
     One Canalside
8    125 Main Street
     Buffalo, NY 14203-2887
9    Telephone: (716) 847-7050
     Facsimile: (716) 852-6100
10
     CHRISTOPHER D. BARRAZA (*Pro Hac Vice*)
11   *cbarraza@phillipslytle.com*
     340 Madison Ave., 17th Floor
12   New York, NY 10173
     Telephone: 212.759.4888
13   Facsimile:   212.308.9079

14   *Attorneys for Defendant*
     *The Dow Chemical Company*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## NOTICE OF MOTION AND MOTION TO DISMISS

TO PLAINTIFF AND ITS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on January 4, 2021, at 1:30 P.M., or as soon thereafter as may be heard in the courtroom of the Honorable Dale S. Fischer, Courtroom 7D of the First Street Courthouse, 350 West 1st Street, Los Angeles, California 90012, Defendants Marathon Oil Company ("Marathon") and The Dow Chemical Company ("Dow") will and hereby do move (1) to dismiss each and every claim Plaintiff MDR Hotels, LLC ("MDR") asserts in its Complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and (2) to obtain other relief as is just and equitable.

As set forth in the accompanying Memorandum of Points and Authorities, Request for Judicial Notice, Declaration of Michael R. Leslie, and Exhibits attached thereto, MDR fails to state a valid claim upon which relief can be granted because (1) MDR's claims for negligence, permanent nuisance, and trespass (Counts I, IV, V, VI) are barred by the statute of limitations; (2) MDR cannot state a claim for negligence (Count I) because neither Marathon nor Dow owe a duty to MDR, it has failed to plead non-economic damages, and it cannot recover for damage to property that is owned by the County of Los Angeles; (3) MDR cannot pursue both continuing nuisance and permanent nuisance claims simultaneously (Counts II, III, IV, V); (4) Marathon extinguished any obligations it may have had related to the Property several decades ago; and (5) MDR fails to satisfy the *Twombly/Iqbal* pleading standards.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on October 26, 2020, during which the parties were unable to resolve the need to file this motion.

| | |
|---|---|
| 1 | Dated:  November 2, 2020 |

**LATHAM & WATKINS LLP**

By */s/ Mary Rose Alexander*
Mary Rose Alexander (Bar No. 143899)
mary.rose.alexander@lw.com
Thomas J. Heiden
(Admitted *Pro Hac Vice*)
*thomas.heiden@lw.com*
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel:  312.876.7700
Fax:  312.993.9767

Shannon D. Lankenau (Bar No. 294263)
*shannon.lankenau@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel:  415.391.0600
Fax:  415.395.8095

Michael A. Hale (Bar No. 319056)
*michael.hale@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Tel:  213.485.1234
Fax:  213.891.8763

*Attorneys for Defendant*
*Marathon Oil Company*

**KING & SPALDING LLP**

By */s/ Peter Hsiao*
Peter Hsiao (Bar No. 119881)
*phsiao@kslaw.com*
Michael R. Leslie (Bar No. 126820)
*mleslie@kslaw.com*
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: 213.443.4355
Facsimile:  213.443.4310

*Attorneys for Defendant*
*The Dow Chemical Company*

DEFENDANTS' NOTICE OF MOTION TO DISMISS
CASE NO. 2:20-cv-08008-DSF(JPRx)

1

**PHILLIPS LYTLE LLP**

2  By */s/ Joel A. Blanchet*
   Joel A. Blanchet

3     (Admitted *Pro Hac Vice*)
   *jblanchet@phillipslytle.com*

4     One Canalside
   125 Main Street

5     Buffalo, NY 14203
   Telephone: 716.847.7050

6     Facsimile: 716.852.6100

7     Christopher D. Barraza
   (Admitted *Pro Hac Vice*)

8     *cbarraza@phillipslytle.com*
   340 Madison Ave., 17th Floor

9     New York, NY 10173
   Telephone: 212.759.4888

10    Facsimile: 212.308.9079

11    *Attorneys for Defendant*
   *The Dow Chemical Company*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## <u>ATTESTATION</u>

2    Pursuant to Local Rule 5-4.3.4(a)(2)(I), I, Mary Rose Alexander, attest under

3 penalty of perjury that I have obtained concurrence and authorization from the

4 other signatories to affix their electronic signatures to this filing.

5

6 Dated:  November 2, 2020           **LATHAM & WATKINS LLP**

7                                        By */s/ Mary Rose Alexander*
                                         Mary Rose Alexander

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28