1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MDR HOTELS, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>MARATHON OIL COMPANY; THE DOW CHEMICAL COMPANY; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　Defendants | **Case No. 2:20-cv-08008-DSF(JPRx)**<br><br>The Honorable Dale S. Fischer<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' (1) MOTION TO DISMISS (2) REQUEST FOR JUDICIAL NOTICE (F.R.C.P. 12(b)(6))**<br><br>Hearing Date: January 4, 2021<br>Time: 1:30 P.M.<br>Place: First Street Courthouse, 350 West 1st Street, Courtroom 7D, Los Angeles, California 90012 |

# [PROPOSED] ORDER

Pending before the Court are Defendants Marathon Oil Company's and The Dow Chemical Company's (collectively, "Defendants") Motion to Dismiss Plaintiff MDR Hotels, LLC's ("MDR") Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and Request for Judicial Notice.

The Court, having considered the Parties' submissions in support of and in opposition to Defendants' Motion to Dismiss and Request for Judicial Notice, the pleadings, and all arguments presented by counsel, hereby **ORDERS** that Defendants' Motion to Dismiss MDR's Complaint is **GRANTED**. The Court further **ORDERS** that Defendants' Request for Judicial Notice is **GRANTED**. MDR's Complaint, and each claim therein, is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: _____     _____
　　　　　　　　　　　　　THE HONORABLE DALE S. FISCHER
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE