| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Cox, Castle & Nicholson LLP<br>Perry S. Hughes (SBN 167784); Alicia N. Vaz (SBN 215081)<br>Kevin M. Hannifan (SBN 288135)<br>2029 Century Park East, Suite 2100<br>Los Angeles, California 90067-3284<br>T: (310) 284-2200; F: (310) 284-2100<br>Email: phughes@coxcastle.com; avaz@coxcastle.com; khannifan@coxcastle.com<br>ATTORNEY(S) FOR: MDR Hotels, LLC | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MDR HOTELS, LLC, a Delaware limited liability company,<br>Plaintiff(s),<br>v.<br>MARATHON OIL COMPANY, an Ohio corporation, et al.<br>Defendant(s) | CASE NUMBER:<br>2:20-cv-08008-DSF (JPRx)<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___MDR Hotels, LLC___ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1. Hardage Hospitality, LLC | 1. Parent/Member |
| 2. Chadam Del Rey Investors, LLC | 2. Manager/Member |
| 3. Hardage Hotels I, LLC | 3. Parent/Related Company |
| 4. Hardage Hotels, L.L.C. | 4. Parent/Related Company |
| 5. Hardage Suite Hotels, L.L.C. | 5. Parent/Related Company |
| 6. Samuel Hardage | 6. CEO/Principal |

December 14, 2020
Date

_[signature]_
Signature

Attorney of record for (or name of party appearing in pro per):

MDR Hotels, LLC