| | |
|---|---|
| 1 | Peter Hsiao (Bar No. 119881) |
|  | *phsiao@kslaw.com* |
| 2 | Michael R. Leslie (Bar No. 126820) |
|  | *mleslie@kslaw.com* |
| 3 | **KING & SPALDING LLP** |
|  | 633 West Fifth Street, Suite 1600 |
| 4 | Los Angeles, CA 90071 |
|  | Telephone:  (213) 443-4355 |
| 5 | Facsimile:   (213) 443-4310 |
| 6 | Joel Blanchet (*Pro Hac Vice*) |
|  | *jblanchet@phillipslytle.com* |
| 7 | Christopher Barraza (*Pro Hac Vice*) |
|  | *cbarraza@phillipslytle.com* |
| 8 | Myles K. Bartley (*Pro Hac Vice*) |
|  | *mbartleya@phillipslytle.com* |
| 9 | **PHILLIPS LYTLE LLP** |
|  | One Canalside |
| 10 | 125 Main Street |
|  | Buffalo, NY 14203-288 |
| 11 | Telephone:  (716) 847-7050 |
|  | Facsimile:   (716) 852-6100 |
| 12 |  |
| 13 | *Attorneys for Defendant The Dow Chemical Company* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MDR HOTELS, LLC, | | Case No. 2:20-cv-08008-FLA (JPRx) |
|  Plaintiff, | | The Honorable Fernando L. Aenlle-Rocha |
|  vs. | | **NOTICE OF MOTION AND LOCAL RULE 37-1 JOINT STIPULATION RE: DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND PROPER PRIVILEGE LOG** |
| MARATHON OIL COMPANY; THE DOW CHEMICAL COMPANY; and DOES 1 through 10, inclusive, | | |
|  Defendants. | | Date: February 17, 2022<br>Time: 1:30 p.m.<br>Place: Courtroom 690 |
| | | *[Discovery Document: Referred to Magistrate Judge Jean P. Rosenbluth]* |
| | | Discovery Cutoff:  February 25, 2022<br>Pretrial Conference:  September 9, 2022<br>Trial Date:  September 27, 2022 |

---

NOTICE OF MOTION AND LOCAL RULE 37-1
JOINT STIPULATION RE: DEFENDANTS' MOTION
TO COMPEL PRODUCTION OF DOCUMENTS AND
PROPER PRIVILEGE LOG

Case No. 2:20-cv-08008-FLA (JPRx)

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on Thursday, February 17, 2022, at 10:00 a.m., or on such other date and time convenient to (and ordered by) the Court, in Courtroom 690 of the Roybal Federal Building and United States Courthouse, 255 E. Temple Street, 6th Floor, Los Angeles, California 90012, Defendants The Dow Chemical Company and Marathon Oil Company ("Defendants") will, and hereby do, move this Court for an order compelling Plaintiff MDR Hotels, LLC ("Plaintiff") to produce documents and/or provide a compliant privilege log (the "Motion"). Specifically, Defendants request an Order:

1. Compelling MDR to produce all documents on its privilege log due to waiver. Alternatively, MDR should be ordered to provide a compliant privilege log within five days with sufficient information for Defendants to assess each individual claim of privilege, and granting Defendants 90 days after the discovery cut-off date to assess the new log and challenge potentially inadequate entries;

2. Compelling MDR to furnish within five days a complete privilege log that accounts for all responsive documents that it is withholding. Further, granting Defendants 90 days after the discovery cut-off date to assess the new log and to challenge potentially inadequate entries;

3. Compelling MDR to complete its document production within five days. Further, granting Defendants 90 days after the discovery cut-off date to review any additional document production by MDR, and to re-depose any MDR witnesses, at MDR's expense;

4. Compelling MDR to produce within five days all documents provided by third-parties in this case that are in its possession or control that have not already been provided to Defendants;

5. Awarding Defendants their fees and costs incurred in having to prepare and argue their Motion;

NOTICE OF MOTION AND LOCAL RULE 37-1 JOINT STIPULATION RE: DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND PROPER PRIVILEGE LOG

1

Case No. 2:20-cv-08008-FLA (JPRx)

1  6.  Awarding Defendants any further and additional relief the Court deems just and proper.

This Motion is based upon the concurrently filed Joint Stipulation on Defendants' Motion to Compel, as well as the pleadings, records, and files therein, any supplemental memoranda timely filed before the hearing, and on such other oral or documentary evidence of counsel.

Dated: January 26, 2022

**KING & SPALDING LLP**

By: */s/ Michael R. Leslie*
Peter Hsiao
Michael R. Leslie
Attorneys for The Dow Chemical Company

**LATHAM & WATKINS LLP**

By: */s/ Mary Rose Alexander*
Mary Rose Alexander
Thomas J. Heiden (*Pro Hac Vice*)
Shannon D. Lankeneau
Michael A. Hale
Attorneys for Marathon Oil Company

**PHILLIPS LYTLE LLP**

By: */s/ Myles K. Bartley*
Joel A. Blanchet (*Pro Hac Vice*)
Christopher Barraza (*Pro Hac Vice*)
Myles K. Bartley (*Pro Hac Vice*)
Attorneys for The Dow Chemical Company

2
NOTICE OF MOTION AND LOCAL RULE 37-1 JOINT STIPULATION RE: DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND PROPER PRIVILEGE LOG

Case No. 2:20-cv-08008-FLA (JPRx)

## **ATTESTATION**

I, Michael R. Leslie, hereby attest that all other signatories listed above concur in this filing's content and have authorized me to make this filing.

Dated: January 26, 2022

**KING & SPALDING LLP**

By: */s/ Michael R. Leslie*
Peter Hsiao
Michael R. Leslie
Attorneys for The Dow Chemical Company

3

NOTICE OF MOTION AND LOCAL RULE 37-1 JOINT STIPULATION RE: DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND PROPER PRIVILEGE LOG

Case No. 2:20-cv-08008-FLA (JPRx)