UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV20-8008-FLA (JPRx) | Date | May 12, 2022 |
|---|---|---|---|
| Title | MDR Hotels, LLC v. The Dow Chemical Company et al. | | |

| Present: The Honorable | Jean P. Rosenbluth, United States Magistrate Judge |
|---|---|
| Bea Martinez | CS 5/12/2022 |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Perry S. Hughes<br>Kevin M. Hannifan | Michael R. Leslie<br>Myles K. Bartley<br>Mary Rose Alexander |

**Proceedings:** (IN COURT): Hearing on Defendants' Supplemental Motion to Compel Production of Documents and a Proper Privilege Log and Plaintiff's Motion to Compel Appearance of Defendant Dow Chemical's 30(B)(6) Witness for Deposition (via zoom)

Case is called. Counsel make their appearances. Court addresses parties. Argument heard.

The Court GRANTS Defendants' unopposed request to file a reply brief. The Court GRANTS in part Plaintiff's motion to compel a Rule 30(b)(6) deposition of Defendant Dow Chemical, limited to topics 1 and 22. As for Defendants' supplemental motion to compel a proper privilege log and production of documents, the parties represent that they have resolved some of the disputes. As to the remaining ones, the Court GRANTS Defendants' motion to compel production of communications with Methane and Interact; those documents must be produced no later than 10 days from the date of the hearing. As to the 394 log entries that did not assert a privilege, Plaintiff is given one final opportunity to produce an appropriate, complete log as to those entries. It must do so by no later than May 18. If after that Defendants have a nonspeculative basis to contend that some of those documents are not properly protected by any privilege, they should contact the Court's clerk to bring the matter before the Court. Finally, the Court orders the parties to meet and confer concerning the withheld Lockton documents and agree on a procedure to bring a random sample of no more than 25 of them to the Court by no later than May 18 for in camera review. The parties' respective requests for sanctions are DENIED.

cc: Judge Aenlle-Rocha

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV20-8008-FLA (JPRx) | Date | May 12, 2022 |
|---|---|---|---|
| Title | MDR Hotels, LLC v. The Dow Chemical Company et al. | | |

|  |  |
|---|---|
|  | 1 : 44 |
| Initials of Preparer | bm |