1  LATHAM & WATKINS LLP
   Mary Rose Alexander (Bar No. 143899)
2  mary.rose.alexander@lw.com
   330 North Wabash Avenue, Suite 2800
3  Chicago, IL 60611
   Tel: 312.876.7700
4  Fax: 312.993.9767

5  Shannon D. Lankenau (Bar No. 294263)
   shannon.lankenau@lw.com
6  505 Montgomery Street, Suite 2000
   San Francisco, CA 94111
7  Tel: 415.391.0600
   Fax: 415.395.8095

8
   Michael A. Hale (Bar No. 319056)
9  michael.hale@lw.com
   355 South Grand Avenue, Suite 100
10 Los Angeles, CA 90071
   Tel: 213.485.1234
11 Fax: 213.891.8763

12 *Attorneys for Defendant
   Marathon Oil Company*

13
                    **UNITED STATES DISTRICT COURT**
14
          **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**
15

| | |
|---|---|
| 16  MDR HOTELS, LLC, | CASE NO. 2:20-cv-08008-FLA (JPRx) |
| 17             Plaintiff, | **DISCOVERY MATTER** |
| 18         vs. | **NOTICE OF MOTION AND LOCAL RULE 37-1 JOINT STIPULATION RE: DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS RE: NON-PARTIES BEACHES AND HARBORS' AND COUNTY COUNSEL'S WITHHOLDING OF DOCUMENTS ON BASIS OF DELIBERATIVE PROCESS PRIVILEGE AND ATTORNEY-CLIENT PRIVILEGE** |
| 19  MARATHON OIL COMPANY; THE DOW CHEMICAL COMPANY; and DOES 1 through 10, inclusive | |
| 20 | |
| 21             Defendants. | |
| 22 | |
| 23 | |
| 24 | Date: June 2, 2022<br>Time: 10:00 a.m.<br>Place: Courtroom 690 |
| 25 | |
| 26 | *[Discovery Document: Referred to Magistrate Judge Jean P. Rosenbluth]* |
| 27 | Discovery Cutoff: May 31, 2022<br>Pretrial Conference: January 6, 2023 |
| 28 | Trial Date: January 17, 2023 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
CHICAGO

NOTICE OF MOTION AND LOCAL RULE 37-1
JOINT STIPULATION RE: MOTION TO COMPEL
CASE NO. 2:20-cv-08008-DSF(JPRx)

**NOTICE OF MOTION AND LOCAL RULE 37-1 JOINT STIPULATION TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

PLEASE TAKE NOTICE that on Thursday, June 2, 2022, at 10:00 a.m., or as soon thereafter as may be heard in the courtroom of the Honorable Jean P. Rosenbluth, Courtroom 690 of the Court, located at Roybal Federal Building and United States Courthouse, 255 E. Temple St., Los Angeles CA, 90012, 6th floor, Defendants Marathon Oil Company ("Marathon") and The Dow Chemical Company ("Dow") will and hereby do move this Court for an order compelling the County of Los Angeles Department of Beaches and Harbors ("Beaches and Harbors") and County of Los Angeles County Counsel ("County Counsel") (1) to produce the 144 documents identified by Defendants that Beaches and Harbors and County Counsel are improperly withholding on the basis of the deliberative process privilege; and (2) to produce 62 documents constituting communications between non-attorneys that Beaches and Harbors is improperly withholding on attorney-client privilege grounds. Alternatively, Defendants request that the Court inspect these documents, or a sample of these documents, *in camera* to ascertain whether they are in fact protected by the deliberative process privilege or attorney-client privilege, respectively.

This motion is based upon the concurrently filed Joint Stipulation on Defendants' Motion to Compel, as well as the pleadings, record, and files therein, any supplemental memoranda timely filed before the hearing, and on such other oral or documentary evidence of counsel.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
CHICAGO

1

NOTICE OF MOTION AND LOCAL RULE 37-1
JOINT STIPULATION RE: MOTION TO COMPEL
CASE NO. 2:20-cv-08008-DSF(JPRx)

| | |
|---|---|
| Dated: May 12, 2022 | **LATHAM & WATKINS LLP** |
| | By */s/ Mary Rose Alexander* |
| | Mary Rose Alexander (Bar No. 143899) |
| | *mary.rose.alexander@lw.com* |
| | 330 North Wabash Avenue, Suite 2800 |
| | Chicago, IL 60611 |
| | Tel: 312.876.7700 |
| | Fax: 312.993.9767 |
| | |
| | Shannon D. Lankenau (Bar No. 294263) |
| | *shannon.lankenau@lw.com* |
| | 505 Montgomery Street, Suite 2000 |
| | San Francisco, CA 94111 |
| | Tel: 415.391.0600 |
| | Fax: 415.395.8095 |
| | |
| | Michael A. Hale (Bar No. 319056) |
| | *michael.hale@lw.com* |
| | 355 South Grand Avenue, Suite 100 |
| | Los Angeles, CA 90071 |
| | Tel: 213.485.1234 |
| | Fax: 213.891.8763 |
| | |
| | *Attorneys for Defendant Marathon Oil Company* |
| | |
| | **KING & SPALDING LLP** |
| | By */s/ Michael R. Leslie* |
| | Peter Hsiao (Bar No. 119881) |
| | *phsiao@kslaw.com* |
| | Michael R. Leslie (Bar No. 126820) |
| | *mleslie@kslaw.com* |
| | 633 West Fifth Street, Suite 1600 |
| | Los Angeles, CA 90071 |
| | Telephone: 213.443.4355 |
| | Facsimile: 213.443.4310 |
| | |
| | *Attorneys for Defendant The Dow Chemical Company* |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
CHICAGO

2

NOTICE OF MOTION AND LOCAL RULE 37-1
JOINT STIPULATION RE: MOTION TO COMPEL
CASE NO. 2:20-cv-08008-DSF(JPRx)

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(I), I, Mary Rose Alexander, attest under penalty of perjury that I have obtained concurrence and authorization from the other signatories to affix their electronic signatures to this filing.

Dated:  May 12, 2022

**LATHAM & WATKINS LLP**

By */s/ Mary Rose Alexander*
Mary Rose Alexander

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
CHICAGO

3

NOTICE OF MOTION AND LOCAL RULE 37-1
JOINT STIPULATION RE: MOTION TO COMPEL
CASE NO. 2:20-cv-08008-DSF(JPRx)