UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MDR HOTELS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>MARATHON OIL COMPANY, THE DOW CHEMICAL COMPANY, and DOES 1-10,<br><br>    Defendants. | Case No. 2:20-cv-08008-FLA (JPRx)<br><br>**ORDER GRANTING JOINT STIPULATION TO PERMIT DEPOSITION OF NON-PARTY'S RULE 30(B)(6) DESIGNEE TO PROCEED AFTER DISCOVERY CUT-OFF [DKT. 91]** |

1

On May 23, 2022, Defendant Marathon Oil Company ("Marathon") and Non-Party the Los Angeles County Department of Beaches and Harbors ("DBH") filed a Joint Stipulation to Permit Deposition of Non-Party's Rule 30(b)(6) Designee to Proceed After Discovery Cut-Off ("Stipulation"). Dkt. 91. With the Joint Stipulation, Marathon and DBH seek an order from this Court permitting the deposition of DBH's Rule 30(b)(6) designee, Mr. Don Geisinger, to proceed after the discovery cut-off in this matter. *Id.* at 1. Neither Plaintiff MDR Hotels, LLC ("MDR") nor Defendant The Dow Chemical Company ("Dow") have filed oppositions to the Stipulation.

The court, having considered the Stipulation, and finding good cause therefor, hereby GRANTS Marathon and DBH's request and ORDERS as follows:

1. The deposition of Mr. Don Geisinger may proceed after May 31, 2022, but by no later than July 1, 2022.

IT IS SO ORDERED.

Dated: May 26, 2022

                                                                         FERNANDO L. AENLLE-ROCHA
                                                                         United States District Judge