UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MDR HOTELS, LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>MARATHON OIL COMPANY; THE DOW CHEMICAL COMPANY; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 2:20-cv-08008-FLA (JPRx)<br><br>**ORDER GRANTING JOINT STIPULATION TO REOPEN DISCOVERY FOR A LIMITED PURPOSE AND CONTINUE RELATED DATES, INCLUDING TRIAL [DKT. 102]**<br><br>Action Filed: July 31, 2020<br>New Final Pretrial Conference Date:<br>  May 26, 2023<br>New Trial Date: June 13, 2023 |

# ORDER

Having considered the Parties' Joint Stipulation, Dkt. 102, and finding good cause therefor, the court hereby ORDERS that fact discovery shall be re-opened as between Marathon and MDR only for the limited purpose of conducting discovery regarding the newly discovered Marathon records described in the Joint Stipulation, through September 15, 2022. The court further ORDERS that the remaining pretrial and trial deadlines shall be EXTENDED as follows:

| Event | New Deadline |
| --- | --- |
| Production of Well Records | 7/15/2022 |
| Fact Discovery Cutoff (limited to discovery regarding the newly discovered Marathon records) | 9/16/2022 |
| Expert Disclosure (Initial) | 11/15/2022 |
| Expert Disclosure (Rebuttal) | 1/12/2023 |
| Expert Discovery Cut-off | 2/28/2023 |
| Last Date to Hear Motions | 3/31/2023 |
| Deadline to Complete Settlement Conference | 4/14/2023 |
| Trial Filings (First Round) | 4/14/2023 |
| Trial Filings (Second Round) | 5/5/2023 |
| Final Pretrial Conference, Hearing on Motions in Limine | 5/26/2023 at 1:00 p.m. |
| Bench Trial | 6/13/2023 at 8:30 a.m. |

IT IS SO ORDERED.

Dated: JULY 8, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge