1  COX, CASTLE & NICHOLSON LLP
   Perry S. Hughes (State Bar No. 167784)
2  Alicia N. Vaz (State Bar No. 215081)
   Kevin M. Hannifan (State Bar No. 288135)
3  2029 Century Park East, Suite 2100
   Los Angeles, California 90067-3284
4  Telephone: (310) 284-2200
   Facsimile: (310) 284-2100
5  Email: phughes@coxcastle.com;
   avaz@coxcastle.com;
6  khannifan@coxcastle.com

7  Attorneys for Plaintiff MDR Hotels, LLC

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MDR HOTELS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MARATHON OIL COMPANY, an Ohio corporation; THE DOW CHEMICAL COMPANY, a Delaware corporation, and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 2:20-cv-08008-FLA (JPRx)<br><br>Assigned to the Hon. Fernando L. Aenlle-Rocha<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING THE COMPLAINT'S SECOND CAUSE OF ACTION FOR CONTINUING PUBLIC NUISANCE**<br><br>**[F.R.C.P. 56]**<br><br>Date:       March 24, 2023<br>Time:       1:30 p.m.<br>Place:      Courtroom 6B<br><br>(Concurrently filed with Memorandum of Points and Authorities; Separate Statement; Request for Judicial Notice; Appendix of Evidence; and [Proposed] Order) |

LAW OFFICES OF
**COX, CASTLE & NICHOLSON LLP**
LOS ANGELES, CA

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR
PARTIAL SUMMARY JUDGMENT
CASE NO. 2:20-CV-08008-FLA (JPRX)

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on March 24, 2023, at 1:30 p.m., or as soon thereafter as this Court may order, in Courtroom 6B of the First Street Courthouse, located at 350 W. 1st Street, Los Angeles, California, 90012, before the Honorable Fernando L. Aenlle-Rocha, United States District Judge, Plaintiff MDR Hotels, LLC ("MDR") will, and hereby does, move for partial summary judgment pursuant to Federal Rule of Civil Procedure 56 and L.R. 56-1.  This motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on February 6, 2023.

This motion is brought on the grounds that there is no genuine issue of material fact and MDR is entitled to judgment as a matter of law confirming the well known as Dow RCG #10, drilled, modified, and/or abandoned by Defendants Marathon Oil Company ("Marathon") and The Dow Chemical Company's ("Dow"), is a public nuisance per se.

This motion is based on this Notice of Motion and Motion, Plaintiff's Memorandum of Points and Authorities, Plaintiff's Separate Statement of Uncontroverted Facts and Conclusions of Law, Plaintiff's Request for Judicial Notice, the Declaration of Perry Hughes, and all exhibits thereto, the Proposed Order, all other documents in the record in this case, and any matter that may be presented to the Court at the time of the hearing.

DATED:   February 17, 2023        COX, CASTLE & NICHOLSON LLP

By: _____
Perry S. Hughes
Alicia N. Vaz
Kevin M. Hannifan
Attorneys for Plaintiff
MDR Hotels, LLC

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
LOS ANGELES, CA

- 2 -

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR
PARTIAL SUMMARY JUDGMENT
CASE NO. 2:20-CV-08008-FLA (JPRX)