COX, CASTLE & NICHOLSON LLP
Perry S. Hughes (State Bar No. 167784)
Alicia N. Vaz (State Bar No. 215081)
Kevin M. Hannifan (State Bar No. 288135)
2029 Century Park East, Suite 2100
Los Angeles, California 90067-3284
Telephone: (310) 284-2200
Facsimile: (310) 284-2100
Email: phughes@coxcastle.com;
avaz@coxcastle.com;
khannifan@coxcastle.com

Attorneys for Plaintiff MDR HOTELS, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MDR HOTELS, LLC, a Delaware limited liability company,

        Plaintiff,

    v.

MARATHON OIL COMPANY, an Ohio corporation; THE DOW CHEMICAL COMPANY, a Delaware corporation, and DOES 1 through 50, inclusive,

        Defendants.

Case No. 2:20-cv-08008-FLA (JPRx)

Assigned to the Hon. Fernando L. Aenlle-Rocha

**PLAINTIFF'S APPENDIX OF EVIDENCE IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

(Concurrently filed with Notice of Motion and Motion for Partial Summary Judgment; Memorandum of Points and Authorities; Separate Statement; Request for Judicial Notice; and [Proposed] Order)

Date:        March 24, 2023
Time:        1:30 p.m.
Courtroom:     6B
Judge:   Fernando L. Aenlle-Rocha

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
LOS ANGELES, CA

081006\16510603v2

APPENDIX OF EVIDENCE ISO PLTF'S
MOT. FOR PARTIAL SUMMARY JDGMT
CASE NO. 2:20-CV-08008-FLA (JPRX)

Plaintiff MDR HOTELS, LLC ("MDR") submits the attached Declaration of Perry S. Hughes and the supporting exhibits referenced in the declaration, in support of MDR's Motion for Partial Summary Judgment.

| Exhibit | Date | Description | Page No. |
|---|---|---|---|
|  |  | Declaration Of Perry S. Hughes In Support Of Plaintiff's Motion For Partial Summary Judgment | 5 |
| 1 | 02/19/1931 | State of California Division of Oil and Gas Notice of Intention to Drill New Well | 12 |
| 2 | 03/02/1931 | State of California Division of Oil and Gas Report on Proposed Operations | 14 |
| 3 | 04/01/1931 | State of California Division of Oil and Gas Notice of Test of Water Shut-Off | 16 |
| 4 | 04/15/1931 | State of California Division of Oil and Gas Report on Test of Water Shut-Off | 18 |
| 5 | 04/25/1931 | State of California Division of Oil and Gas History of Oil or Gas Well | 20 |
| 6 | 04/23/1931 | State of California Division of Oil and Gas Log of Oil or Gas Well | 22 |
| 7 | 11/12/1940 | State of California Division of Oil and Gas Notice of Intention to Abandon Well | 26 |
| 8 | 11/14/1940 | State of California Division of Oil and Gas Report on Proposed Operations | 28 |
| 9 | 01/03/1941 | State of California Division of Oil and Gas Supplementary Notice | 30 |
| 10 | 01/09/1941 | State of California Division of Oil and Gas Special Report on Operations Witnessed | 32 |
| 11 | 03/28/1941 | State of California Division of Oil and Gas Notice of Intention to Deepen, Redrill, Plug or Alter Casing in Well | 34 |
| 12 | 04/10/1941 | State of California Division of Oil and Gas Report on Proposed Operations | 36 |

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
LOS ANGELES, CA

081006\16510603v2

- 2 -

APPENDIX OF EVIDENCE ISO PLTF'S
MOT. FOR PARTIAL SUMMARY JDGMT
CASE NO. 2:20-CV-08008-FLA (JPRX)

| 13 | 04/29/1941 | State of California Division of Oil and Gas Special Report on Operations Witnessed | 38 |
| 14 | 11/17/1941 | State of California Division of Oil and Gas Subsequent Work Report | 40 |
| 15 | 11/17/1941 | State of California Division of Oil and Gas Subsequent Work Report | 42 |
| 16 | 04/17/1942 | State of California Division of Oil and Gas Subsequent Work Report | 44 |
| 17 | 02/15/1956 | State of California Division of Oil and Gas Notice of Intention to Abandon Well | 46 |
| 18 | 02/21/1956 | State of California Division of Oil and Gas Report on Proposed Operations | 48 |
| 19 | 03/14/1956 | State of California Division of Oil and Gas Memorandum of Telephone or Personal Conversation | 50 |
| 20 | 04/27/1956 | State of California Division of Oil and Gas Report of Well Abandonment | 52 |
| 21 | 12/09/1958 | Quitclaim Deed from Recreation Gun Club to County of Los Angeles, recorded December 9, 1958 | 54 |
| 22 | 12/09/1958 | State of California Division of Oil and Gas Notice of Intention to Abandon Well | 58 |
| 23 | 12/23/1958 | State of California Division of Oil and Gas Report of Property and Well Transfer | 60 |
| 24 | 12/23/1958 | State of California Division of Oil and Gas Report on Proposed Change of Well Designation | 62 |
| 25 | 01/02/1959 | State of California Division of Oil and Gas Report on Proposed Operations | 64 |
| 26 | 04/09/1959 | State of California Division of Oil and Gas Special Report on Operations Witnessed | 66 |
| 27 | 04/14/1959 | State of California Division of Oil and Gas Report of Well Abandonment | 68 |

**LAW OFFICES OF**
**COX, CASTLE &**
**NICHOLSON LLP**
LOS ANGELES, CA

081006\16510603v2

- 3 -

APPENDIX OF EVIDENCE ISO PLTF'S
MOT. FOR PARTIAL SUMMARY JDGMT
CASE NO. 2:20-CV-08008-FLA (JPRX)

| 28 | 01/18/2019 | State of California Natural Resources Agency Department of Conservation Division of Oil, Gas, and Geothermal Resources ("DOGGR") Emergency Order No. 1143 to Perform Remedial Work | 70 |
|---|---|---|---|
| 29 | 12/29/2020 | State of California Natural Resources Agency Department of Conservation Geologic Energy Management Division Amended Emergency Order No. 1143 to Perform Remedial Work (to conform with the facts) and Satisfaction, executed by the State Oil and Gas Supervisor on December 29, 2020 | 83 |

DATED:     February 17, 2023          COX, CASTLE & NICHOLSON LLP

By: _____
Perry S. Hughes
Alicia N. Vaz
Kevin M. Hannifan
Attorneys for Defendant
Plaintiff MDR HOTELS, LLC

**LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP**
LOS ANGELES, CA

081006\16510603v2

- 4 -

APPENDIX OF EVIDENCE ISO PLTF'S
MOT. FOR PARTIAL SUMMARY JDGMT
CASE NO. 2:20-CV-08008-FLA (JPRX)

Declaration of Perry S. Hughes

COX, CASTLE & NICHOLSON LLP
Perry S. Hughes (State Bar No. 167784)
Alicia N. Vaz (State Bar No. 215081)
Kevin M. Hannifan (State Bar No. 288135)
2029 Century Park East, Suite 2100
Los Angeles, California 90067-3284
Telephone: (310) 284-2200
Facsimile: (310) 284-2100
Email: phughes@coxcastle.com;
avaz@coxcastle.com;
khannifan@coxcastle.com

Attorneys for Plaintiff MDR Hotels, LLC

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MDR HOTELS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MARATHON OIL COMPANY, an Ohio corporation; THE DOW CHEMICAL COMPANY, a Delaware corporation, and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 2:20-cv-08008-FLA (JPRx)<br><br>Assigned to the Hon. Fernando L. Aenlle-Rocha<br><br>**DECLARATION OF PERRY HUGHES IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:               March 24, 2023<br>Time:                     1:30 p.m.<br>Place:              Courtroom 6B<br><br>(Concurrently filed with Notice of Motion and Motion for Partial Summary Judgment; Memorandum of Points and Authorities; Separate Statement; Request for Judicial Notice; Appendix of Evidence; and [Proposed] Order) |

LAW OFFICES OF
**COX, CASTLE &
NICHOLSON LLP**
LOS ANGELES, CA

DECLARATION OF PERRY HUGHES ISO PLAINTIFF'S
MOTION FOR PARTIAL SUMMARY JUDGMENT
CASE NO. 2:20-CV-08008-FLA (JPRX)
**AOE 6**

## **DECLARATION OF PERRY HUGHES**

I, Perry S. Hughes, declare and state as follows:

1.      I am a lawyer admitted to practice in California and a partner in the law firm of Cox, Castle & Nicholson LLP, attorneys of record for Plaintiff MDR Hotels, LLC ("MDR").  This declaration is made in support of MDR's Motion for Partial Summary Judgment regarding the Complaint's Second Cause of Action for Continuing Public Nuisance.  The facts set forth in this declaration are personally known to me and I have first-hand knowledge of the same.  If called as a witness, I could and would competently testify to the facts set forth in this declaration.

2.      On February 15, 2023, my office downloaded the well file available for the well known as Dow RGC #10 (API 0403713798) on CalGEM's Well Finder website (https://filerequest.conservation.ca.gov/WellRecord?api=03713798).  The following Exhibits are documents extracted from that downloaded well file.

3.      A true and correct copy of the State of California Division of Oil and Gas Notice of Intention to Drill New Well, dated February 19, 1931, is attached hereto as **Exhibit 1**.

4.      A true and correct copy of the State of California Division of Oil and Gas Report on Proposed Operations, dated March 2, 1931, is attached hereto as **Exhibit 2**.

5.      A true and correct copy of the State of California Division of Oil and Gas Notice of Test of Water Shut-Off, dated April 1, 1931, is attached hereto as **Exhibit 3**.

6.      A true and correct copy of the State of California Division of Oil and Gas Report on Test of Water Shut-Off, dated April 15, 1931, is attached hereto as **Exhibit 4**.

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
LOS ANGELES, CA

7.      A true and correct copy of the State of California Division of Oil and Gas History of Oil or Gas Well, dated April 25, 1931, is attached hereto as **Exhibit 5**.

8.      A true and correct copy of the State of California Division of Oil and Gas Log of Oil or Gas Well, dated April 25, 1931, is attached hereto as **Exhibit 6**.

9.      A true and correct copy of the State of California Division of Oil and Gas Notice of Intention to Abandon Well, dated November 12, 1940, is attached hereto as **Exhibit 7**.

10.     A true and correct copy of the State of California Division of Oil and Gas Report on Proposed Operations, dated November 14, 1940, is attached hereto as **Exhibit 8**.

11.     A true and correct copy of the State of California Division of Oil and Gas Supplementary Notice, dated January 3, 1941, is attached hereto as **Exhibit 9**.

12.     A true and correct copy of the State of California Division of Oil and Gas Special Report on Operations Witnessed, dated January 9, 1941, is attached hereto as **Exhibit 10**.

13.     A true and correct copy of the State of California Division of Oil and Gas Notice of Intention to Deepen, Redrill, Plug or Alter Casing in Well, dated March 28, 1941, is attached hereto as **Exhibit 11**.

14.     A true and correct copy of the State of California Division of Oil and Gas Report on Proposed Operations, dated April 10, 1941, is attached hereto as **Exhibit 12**.

15.     A true and correct copy of the State of California Division of Oil and Gas Special Report on Operations Witnessed, dated April 29, 1941, is attached hereto as **Exhibit 13**.

LAW OFFICES OF
**COX, CASTLE &**
**NICHOLSON LLP**
LOS ANGELES, CA

- 3 -

DECLARATION OF PERRY HUGHES ISO PLAINTIFF'S MOTION
FOR PARTIAL SUMMARY JUDGMENT
CASE NO. 2:20-CV-08008-FLA (JPRX)
**AOE 8**

16.     A true and correct copy of the State of California Division of Oil and Gas Subsequent Work Report, dated November 17, 1941, is attached hereto as **Exhibit 14**.

17.     A true and correct copy of the State of California Division of Oil and Gas Subsequent Work Report, dated November 17, 1941, is attached hereto as **Exhibit 15**.

18.     A true and correct copy of the State of California Division of Oil and Gas Subsequent Work Report, dated April 17, 1942, is attached hereto as **Exhibit 16**.

19.     A true and correct copy of the State of California Division of Oil and Gas Notice of Intention to Abandon Well, dated February 15, 1956, is attached hereto as **Exhibit 17**.

20.     A true and correct copy of the State of California Division of Oil and Gas Report on Proposed Operations, dated February 21, 1956, is attached hereto as **Exhibit 18**.

21.     A true and correct copy of the State of California Division of Oil and Gas Memorandum of Telephone or Personal Conversation, dated March 14, 1956, is attached hereto as **Exhibit 19**.

22.     A true and correct copy of the State of California Division of Oil and Gas Report of Well Abandonment, dated April 27, 1956, is attached hereto as **Exhibit 20**.

23.     A true and correct copy of the Quitclaim Deed from Recreation Gun Club to County of Los Angeles, recorded December 9, 1958, is attached hereto as **Exhibit 21**.

24.     A true and correct copy of the State of California Division of Oil and Gas Notice of Intention to Abandon Well, dated December 9, 1958, is attached hereto as **Exhibit 22**.

LAW OFFICES OF
**COX, CASTLE &
NICHOLSON LLP**
LOS ANGELES, CA

- 4 -

DECLARATION OF PERRY HUGHES ISO PLAINTIFF'S MOTION
FOR PARTIAL SUMMARY JUDGMENT
CASE NO. 2:20-CV-08008-FLA (JPRX)
**AOE 9**

25.     A true and correct copy of the State of California Division of Oil and Gas Report of Property and Well Transfer, dated December 23, 1958, is attached hereto as **Exhibit 23**.

26.     A true and correct copy of the State of California Division of Oil and Gas Report on Proposed Change of Well Designation, dated December 23, 1958, is attached hereto as **Exhibit 24**.

27.     A true and correct copy of the State of California Division of Oil and Gas Report on Proposed Operations, dated January 2, 1959, is attached hereto as **Exhibit 25**.

28.     A true and correct copy of the State of California Division of Oil and Gas Special Report on Operations Witnessed, dated April 9, 1959, is attached hereto as **Exhibit 26**.

29.     A true and correct copy of the State of California Division of Oil and Gas Report of Well Abandonment, dated April 14, 1959, is attached hereto as **Exhibit 27**.

30.     On April 27, 2018, MDR submitted a Notice of Intention to Re-Abandon to the State of California Department of Conservation, Geologic Energy Management Division ("CalGEM").

31.     A true and correct copy of the State of California Natural Resources Agency Department of Conservation Division of Oil, Gas, and Geothermal Resources ("DOGGR") Emergency Order No. 1143 to Perform Remedial Work, dated January 18, 2019, is attached hereto as **Exhibit 28**.

32.     On or around December 29, 2020, I received copy of CalGEM's Amended Emergency Order No. 1143 to Perform Remedial Work (to conform with the facts) and Satisfaction ("Amended Emergency Order No. 1143"), signed by the State Oil and Gas Supervisor, Uduak-Joe Ntuk, from Wendy Johnson, counsel for the Department of Conservation.  I provided her a copy of the signature of MDR's

LAW OFFICES OF
**COX, CASTLE &**
**NICHOLSON LLP**
LOS ANGELES, CA

- 5 -

DECLARATION OF PERRY HUGHES ISO PLAINTIFF'S MOTION
FOR PARTIAL SUMMARY JUDGMENT
CASE NO. 2:20-CV-08008-FLA (JPRX)
**AOE 10**

1   representative on or around December 30, 2020.  A true and correct copy of the

2   Amended Emergency Order No. 1143, executed by the State Oil and Gas

3   Supervisor on December 29, 2020 and including MDR's signature, is attached

4   hereto as **Exhibit 29**.

5            33.     On February 6, 2023, I engaged in a telephonic meet and confer

6   discussion with counsel for Defendant Marathon Oil Company ("Marathon") and

7   counsel for Defendant The Dow Chemical Company ("Dow") pursuant to L.R. 7-3.

8   I was on the call for MDR, Michael Hale represented Marathon, and Myles Barkley

9   represented Dow.  We discussed the grounds for MDR's proposed motion for

10  partial summary judgment but our discussion did not resolve the need for this

11  motion.  Consequently, I informed counsel that MDR would be filing its motion for

12  partial summary judgment to be heard on March 24, 2023.

13

14          I declare under penalty of perjury under the laws of the United States of

15  America that the foregoing is true and correct.  Executed this 17th day of February

16  2023 at Los Angeles, California.

17

18                                                              _____

19                                                              Perry S. Hughes

20

21

22

23

24

25

26

27

28

**LAW OFFICES OF**
**COX, CASTLE &**
**NICHOLSON LLP**
LOS ANGELES, CA

- 6 -

DECLARATION OF PERRY HUGHES ISO PLAINTIFF'S MOTION
FOR PARTIAL SUMMARY JUDGMENT
CASE NO. 2:20-CV-08008-FLA (JPRX)
**AOE 11**

EXHIBIT 1

AOE 12

Form 102 (1000 4-29 C.W.)
CALIFORNIA STATE PRINTING OFFICE

**STATE OF CALIFORNIA**
**DEPARTMENT OF NATURAL RESOURCES**

# DIVISION OF OIL AND GAS

### Notice of Intention to Drill New Well
This notice must be given before drilling begins

DIVISION OF OIL AND GAS
RECEIVED
FEB 24 1931
LOS ANGELES, CALIFORNIA

037 - 13798

**Los Angeles** Cal. **February 19th** 19**31**

MR. **E. Huguenin**

Deputy State Oil and Gas Supervisor

**611 New Orpheum Bldg., Los Angeles,** Cal.

DEAR SIR:

In compliance with Section 17, Chapter 718, Statutes of 1915, as amended, notice is hereby given that it is our intention to commence the work of drilling well No. **10** , Sec. **21** , T. **2 S.** , R. **15 W.** , S.B.B. & M., **Recreation Gun Club**

*Playa* **Del Rey** Oil Field, **Los Angeles** County.

The well is **1918.4** feet N. or S., and **114.88** feet E. or W. from **SEE ATTACHED SKETCH** *SW. Cor. Recreation Gun Club (case.*
(Give location in distance from section corners or other corners of legal subdivision)

The elevation of the derrick floor above sea level is **8** feet.

We propose to use the following strings of casing, either cementing or landing them as here indicated:

| Size of Casing, Inches | Weight, Lb. Per Foot | New or Second Hand | Depth | Landed or Cemented |
|---|---|---|---|---|
| 18" (8-8) | 84 | New | 690' ± | Cemented |
| 11¾" | 54 | " | 3500' ± | " |
| | | | | |
| | | | | |

It is understood that if changes in this plan become necessary we are to notify you before cementing or landing casing.

We estimate that the first productive oil or gas sand should be encountered at a depth of about ------ feet, more or less.

Respectfully yours

Address **1250 Subway Terminal Bldg.**

**THE OHIO OIL COMPANY**
(Name of Company or Operator)

Telephone number **Mutual 3251**

By *Frederick D. Anderson*
**Superintendent---California Division**

ADDRESS NOTICE TO DEPUTY STATE OIL AND GAS SUPERVISOR IN CHARGE OF DISTRICT WHERE WELL IS LOCATED

Reference to file of data.

| Maps | Model | Cross Section | Cards | Forms | |
|---|---|---|---|---|---|
| | | | | 11 | 121 |
| FCH | FCH | | | ✓ | ✓ |

*Book 2/25/31 FCH*

Lease consists of: **258 Acres**

known as **Recreation Gun Club Tract**

AOE 13

EXHIBIT 2

STATE OF CALIFORNIA
DEPARTMENT OF NATURAL RESOURCES

# DIVISION OF OIL AND GAS

## Report on Proposed Operations

No. P -1-23068

Los Angeles, Cal. March 2, 1931.

Mr. **Frederick D. Anderson,**

Los Angeles, Cal.

Agent for **THE OHIO OIL** Company

DEAR SIR:

Your proposal to **drill** Well No. **"RECREATION GUN CLUB"** 10,

Section **21**, T. **2 S.**, R. **15 W.**, S.B. B. & M., **Playa del Rey** Oil Field, **Los Angeles** County,

dated **Feb. 19,** 19 **31**, received **Feb. 24,** 19 **31**, has been examined in conjunction with records filed in this office.

Present conditions as shown by the records and the proposal are as follows:

THE NOTICE STATES:

"The well is 1918.4 feet N. and 114.88 feet E. from S.W. Cor. Recreation Gun Club Lease
The elevation of the derrick floor above sea level is 8 feet.
We estimate that the first productive oil or gas sand should be encountered at a depth of about --------- feet, more or less."

PROPOSAL:

"We propose to use the following strings of casing, either cementing or landing them as here indicated:

| Size of Casing | Weight | New or Second Hand | Depth | Landed or Cemented |
|---|---|---|---|---|
| 18" (8-8) | 84 | New | 690' ± | Cemented |
| 11¾" | 54 | " | 3500' ± | " |

It is understood that if changes in this plan become necessary we are to notify you before cementing or landing casing."

DECISION:

THE PROPOSAL IS APPROVED PROVIDED THAT:

1. (a) Mud fluid of not less than 70 lb. per cubic foot shall be used in the drilling of the well and the column of mud fluid shall be maintained at all times to the surface, particularly while pulling the drill pipe.
   (b) Adequate blow-out prevention equipment shall be provided and ready for operation at all times.
2. Any hole to be sidetracked at any time during the drilling of this well shall be completely filled with cement.
3. The exact cementing depth for the 11¾" casing shall be determined by careful coring, beginning not lower than 3400'.
4. The column of mud fluid back of the 11¾" casing shall be maintained to the surface for at least 30 days after cementing this casing.
5. THIS DIVISION SHALL BE NOTIFIED TO WITNESS:
   (a) Final mudding operations before cementing the 11¾" casing.
   (b) Bailing test of the 11¾" shut-off.

cc-Company
BBN:OH

R. D. BUSH
State Oil and Gas Supervisor

By _____ Deputy

EXHIBIT 3

FORM 106.   86793  11-27  8M
[CALIFORNIA STATE PRINTING OFFICE]

STATE OF CALIFORNIA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF MINES AND MINING

# DEPARTMENT OF PETROLEUM AND GAS

DIVISION OF OIL AND GAS
RECEIVED
APR 2 – 1931
LOS ANGELES, CALIFORNIA

## Notice of Test of Water Shut-Off

This notice must be given at least five days before the test, and a longer time is desirable

Los Angeles _____ Cal. **April 1st** ____ 19**31**

Mr. **E. Huguenin** _____
Deputy State Oil and Gas Supervisor

**629 S. Hill Street, Los Angeles,** _____ Cal.

Dear Sir:

In compliance with Section 19, Chapter 718, Statutes of 1915, as amended, notice is hereby given that it is our intention to test the shut-off of water in well No. **Recreation Gun Club No. 10** , Sec. **21** ,

T. **2 S.** , R. **15 W.** , S. B. B. & M., *Playa* **Del Rey** _____ Oil Field,

**Los Angeles** _____ County, on the **6th** day of **April** ____ 19**31**

**11¾** inch **54** lb. casing was landed/cemented in **shale** at **3423**
(Formation)        (Depth)

on **April 1st** 19**31**
(Date)

**600** sacks **Victor O. W.** of cement were used.
(Kind)

The **Perkins** _____ method was used in placing cement.

Fluid level will be bailed to a depth of **1500** feet and left undisturbed for at least 12 hours before your inspection.

The well is **3426** feet deep. There is/is not a plug or bridge from **0** feet to **3426** feet.

**Notice of exact time of test will be given by telephone**

Respectfully yours

**THE OHIO OIL COMPANY**
(Name of Company or Operator)

By *Frederick D. Anderson*
Superintendent---California Division

EXHIBIT 4

AOE 18

STATE OF CALIFORNIA
DEPARTMENT OF NATURAL RESOURCES

# DIVISION OF OIL AND GAS

### Report on Test of Water Shut-off
#### (BAILING)

No. **T-1-22911**

Los Angeles, Cal. **April 15, 1931.**

Mr. **Frederick D. Anderson,**

**Los Angeles,** Cal.

Agent for **THE OHIO OIL** Company

DEAR SIR:

Your well No. **"RECREATION GUN CLUB" 10**, Sec. **21**, T. **2 S.**, R. **15 W.**, S.B. B. & M.,

**Playa del Rey** Oil Field, in **Los Angeles** County, was tested for

shut-off of water on **April 8, 1931**. Mr. **Alva M. Johnson**,

designated by the supervisor, was present as prescribed in Section 19, Chapter 718, Statutes 1915, as amended, and there

were also present **K. E. Bynum, Superintendent, and**

**P. L. Henderson, Engineer.**

Location of water tested **above 3423'** and normal fluid level **Not reported.**

Depth and manner of water shut-off: **3423** ft. of **11¾** in. **54** lb. casing was **cemented 4/1/31** in **Shale** Formation

at **3423** ft. with **600** sacks **Victor** cement by **casing** method.

Water string was landed in **17" rotary** hole.

Casing record of well **18" S.P. cem. 686'; 11¾" as above; 2¼" tubing hung at 3000' for this test only.**

Reported total depth of hole **3431** ft. Hole bridged from **xx** ft. to **xx** ft. Hole cleaned out to **3431** ft. for this test.

At time of test depth of hole measured **3433** ft. and bailer brought up sample of **oil sand.**

At **1:30 p.m., April 7, 1931** oil bailed to **no oil** ft., drilling fluid { swabbed } **500** ft.

At **8:00 a.m., April 8, 1931** top of oil found at **no oil** ft., top of fluid found at **1430** ft.

Result of test:

MR. BYNUM REPORTED THE FOLLOWING:
1. No fluid entered the well when bailed to 1200' and allowed to stand 8 hr. for casing test.
2. 50' of set cement was drilled out of the 11¾" casing, equivalent to 27 sacks.
3. The last 100 sacks of cement was treated with quick setting chemical.

THE INSPECTOR NOTED THE FOLLOWING:
1. The fluid rose 70' in 18½ hr., equivalent to 10.5 bbl. per 24 hr.
2. Fluid samples from 1430' and 3433' consisted of gas-cut mud which tasted fresh.

THE SHUT-OFF IS APPROVED.

cc-Company

AMJ:OH

R. D. BUSH
State Oil and Gas Supervisor

By _____ Deputy

AOE 19

EXHIBIT 5

AOE 20

FORM 103

CALIFORNIA STATE PRINTING OFFICE

STATE OF CALIFORNIA
DEPARTMENT OF NATURAL RESOURCES

# DIVISION OF OIL AND GAS

## History of Oil or Gas Well

DIVISION OF OIL AND GAS
RECEIVED
MAY 11 1931
LOS ANGELES, CALIFORNIA

FIELD Playa DEL REY _____  COMPANY THE OHIO OIL COMPANY

Sec. 21 ____, T. 2 S ____, R. 15 W ____, S.B. B. & M., Well No. RECREATION GUN CLUB #10

Signed *Paul L. Henderson*

Date **April 25th, 1931** _____  Title Chief Geologist

President, Secretary or Agent

It is of the greatest importance to have a complete history of the well. Please state in detail the dates of redrilling, together with the reason for the work and its results. If there were any changes made in the casing, state fully, and if any casing was "sidetracked" or left in the well, give its size and location. If the well has been dynamited, give date, size, position, and number of shots. If plugs or bridges were put in to test for water, state kind of material used, position, and results of pumping or bailing.

| | |
|---|---|
| Mar. 17, 1931 | Commenced drilling 25 1/2" hole. |
| Mar. 18 | Drilled and reamed to 686'. Cemented 686' of 18 5/8" American Double Lock Casing with 500 sacks of Blue Diamond Oil Well cement. |
| Mar. 19 | Stood cemented 20 hrs. Commenced drilling 17 1/2" hole. |
| To Mar. 21 | Drilled to 2200'. Commenced coring 17 1/2" hole. |
| To Mar. 27 | Cored to 3082 ft. |
| Mar. 28 | Drilled to 3300 ft. |
| Mar. 29 | Cored to 3426 ft. |
| To Apr. 1 | Reamed to 3426'. Cemented 3423 ft. of 11 3/4" Republic 54#, 8 thread casing with 600 sacks of Victor Oil Well Cement, Last 100 sacks treated. |
| To April 5 | Stood cemented. Bailed to 1500 ft. at 11:00 PM |
| Apr. 6 | Found fluid at 1500 at 9:00 AM Casing test approved. Found top plug at 3373. Drilled out to 3431. Ran 2 1/2" tubing to 2675'. |
| Apr. 7 | Swabbed to 1500 ft. at 1:30 PM |
| Apr. 8 | Found fluid at 1430 ft. at 8:30 AM Bottom sample consisted of oily, gas cut mud. W. S. O. approved by S. M. B. |
| Apr. 9 | Commenced coring 10 5/8" hole. |
| Apr. 13 | Cored and reamed to 3906'. Hung 507' of 6 5/8" L. H. Insert liner including 479 ft. perforated at 3903 ft. |
| To Apr. 16 | Washed hole. Ran 2½" tubing to 3608 ft. with packer @ 3375'. Swabbed well for 3 days. Well flowed occasional heads. |
| Apr. 17 | Pulled tubing. Repaired packer. Ran tubing with packer at 3380' Swabbed well in at 10:00 PM. I. P.  245 bbls. - 19.6° gr. - 0.4% cut. |
| Apr. 22, 1931 | Production 221 bbls - 20.4° - 10% |

AOE 21

EXHIBIT 6

AOE 22

No. 190.  73588  10-28  20M
CALIFORNIA STATE PRINTING OFFICE

SUBMIT IN DUPLICATE
FILL THIS BLANK IN WITH TYPEWRITER.  WRITE ON ONE SIDE OF PAPER ONLY

STATE OF CALIFORNIA
DEPARTMENT OF NATURAL RESOURCES

# DIVISION OF OIL AND GAS

DIVISION OF OIL AND GAS
RECEIVED
MAY 11 1931
LOS ANGELES, CALIFORNIA

## LOG OF OIL OR GAS WELL

FIELD Playa DEL REY        COMPANY THE OHIO OIL COMPANY

Sec. 21 , T. 2 S , R. 15 W , S. B. B. & M., Elevation 5'+ Well No. RECREATION GUN CLUB #10

In compliance with the provisions of Chapter 718, Statutes of 1915, as amended, the information given herewith is a complete and correct record of the present condition of the well and all work done thereon, so far as can be determined from all available records.

Signed *Paul L. Henderson*

Date April 25, 1931        Title Chief Geologist
(President, Secretary or Agent)

The summary on this page is for the ORIGINAL condition of the well

### OIL SANDS

1st sand from 3426 to 3906        4th sand from _____ to _____
2d sand from _____ to _____        5th sand from _____ to _____
3d sand from _____ to _____        6th sand from _____ to _____

### IMPORTANT WATER SANDS

1st sand from _____ to _____        3d sand from _____ to _____
2d sand from _____ to _____        4th sand from _____ to _____

### CASING RECORD

| Size of Casing | Where Landed | Where Cut | Weight Per Foot | Threads Per Inch | Kind of Shoe | Make of Casing | Yes | No | Number of Sacks |
|---|---|---|---|---|---|---|---|---|---|
| 18 5/8" | 686 | - | 8 - 10 | Welded | Baker | A.D.L. | x | | 500 B.D.O.W. |
| 11 3/4" | 3426 | - | 54 | 8 | " | Republic | x | | 600 V.O.W. |
| | 3423 | | | | | | | | |

CEMENTED

### CEMENTING OR OTHER SHUT-OFF RECORD

| Casing, Size | Sacks | Time Set | Method | Test and Result (Give water level and bailing results) |
|---|---|---|---|---|
| 18 5/8" | 500 | 20 hrs | Perkins | |
| 11 3/4 | 600 | 6 days | " | Bailed 1500 stood 19 hrs 70 ft. rise W.S.O. ok by S.M.B. |

### PLUGS AND ADAPTERS

Heaving Plug—Material _____        Length _____        Where set _____

Adapters —Material Steel        Size 11 3/4 - 54# x 6 5/8 - 26#

### TOOLS

Rotary Tools were used from 0 ft. to 3906 ft. _____

Cable Tools were used from _____ ft. to _____ ft. _____

### PERFORATIONS

State clearly whether a machine was used or casing was drilled in shop

| From | | To | | Size of Holes | Number of Rows | Holes Per Foot | Machine—Shop |
|---|---|---|---|---|---|---|---|
| 3424 ft. | | 3903 ft. | | 100 m slotted | 12 | 2 | Keystone Undercut |
| ft. | | ft. | | | | | |
| ft. | | ft. | | | | | |
| ft. | | ft. | | | | | |
| ft. | | ft. | | | | | |

Eight days after completion well produced 221 barrels of oil per day.

The gravity of oil was 20.4 degrees Baumé API. Water in oil amounted to 10 per cent.

| NAMES OF DRILLERS | NAMES OF TOOL DRESSERS |
|---|---|
| B. H. Doan | Don W. Bivens |
| E. J. McElroy | J. R. Wilkins |
| R. Maxwell | W. B. Heath |

Date drilling started March 17, 1931        Date well was completed April 17, 1931   AOE 23

FORMATIONS PENETRATED BY WELL

101.

CALIFORNIA STATE PRINTING OFFICE

STATE OF CALIFORNIA
DEPARTMENT OF NATURAL RESOURCES

# DIVISION OF OIL AND GAS

### LOG OF OIL OR GAS WELL—Continued   Page No. 2

FIELD **DEL REY**                    COMPANY **THE OHIO OIL COMPANY**

Sec. **21** , T. **2 S** , R. **15 W** , S.B. B. & M.      Well No. **RECREATION GUN CLUB #10**

## FORMATIONS PENETRATED BY WELL

| DEPTH TO | | Thickness | Name of Formation |
|---|---|---|---|
| Top of Formation | Bottom of Formation | | |
| 0 | 124 | 124 | Shale |
| 124 | 643 | 519 | Shale and boulders |
| 643 | 686 | 43 | Shale |
| 686 | 860 | 174 | Shale and sand |
| 860 | 1639 | 779 | Sticky shale and sand |
| 1639 | 1907 | 268 | Sticky shale and sandy shale |
| 1907 | 2200 | 293 | Shale and shells |
| 2200 | 2233 | 33 | Core 33' = Sandy shale |
| 2233 | 2267 | 34 | Core 34' = " " showing gas |
| 2267 | 2297 | 30 | Core 26' = Sand and shale |
| 2297 | 2329 | 32 | Core 32' = " " " showing gas |
| 2329 | 2362 | 33 | Core 33' = " " " " " |
| 2362 | 2395 | 33 | Core 33' = " " " " " |
| 2395 | 2428 | 33 | Core 33' = " " " |
| 2428 | 2461 | 33 | Core 22' = " " " |
| 2461 | 2492 | 31 | Core 31' = " " " |
| 2492 | 2510 | 18 | Core 18' = " " " |
| 2510 | 2540 | 30 | Core 26' = " " " |
| 2540 | 2572 | 32 | Core 24' = Brown shale and sand |
| 2572 | 2604 | 32 | Core 18' = Sand and shale |
| 2604 | 2636 | 32 | Core  4' = Sand |
| 2636 | 2662 | 26 | Core 18' = Sand and shale |
| 2662 | 2694 | 32 | Core 32' = Sand and shale |
| 2694 | 2726 | 32 | Core 21' = Sandy shale and sand |
| 2726 | 2753 | 27 | Core 24' = " " " " |
| 2753 | 2785 | 32 | Core 32' = Sand and shale |
| 2785 | 2818 | 33 | Core 33' = " " " |
| 2818 | 2850 | 32 | Core 32' = Sand and shale |
| 2850 | 2872 | 22 | Core 21' = " " " " |
| 2872 | 2875 | 3 | Core  1' = Shell and shale |
| 2875 | 2907 | 32 | Core  9' = Shale |
| 2907 | 2939 | 32 | Core 15' = Sand and shale |
| 2939 | 2962 | 23 | Core 25' = Hard shale and sand |
| 2962 | 2994 | 32 | Core 21' = Sand, Sand and shale |
| 2994 | 3026 | 32 | Core 30' = Sand and shale |
| 3026 | 3058 | 32 | Core 27' = Sand and shale |
| 3058 | 3082 | 24 | Core 18' = Sand and shale |
| 3082 | 3133 | 51 | Shale and shells |
| 3133 | 3134 | 1 | Shell |
| 3134 | 3300 | 166 | Sand and shale |
| 3300 | 3331 | 31 | Core 31' = Sand and shale |
| 3331 | 3363 | 32 | Core 30' = Oil sand, shale and sandy shale |
| 3363 | 3394 | 31 | Core 18' = Sand and shale |
| 3394 | 3426 | 32 | Core 24' = Shale and oil sand |
| 3426 | 3431 | 5 | Shale |

AOE 24

STATE OF CALIFORNIA
DEPARTMENT OF NATURAL RESOURCES

# DIVISION OF OIL AND GAS

## LOG OF OIL OR GAS WELL—CONTINUED   Page No. 3

FIELD  **DEL REY**                                   COMPANY  **THE OHIO OIL COMPANY**

Sec. **21** , T. **2 S** , R. **15 W** , S.B. B. & M.      Well No. **RECREATION GUN CLUB #10**

## FORMATIONS PENETRATED BY WELL

| DEPTH TO | | Thickness | Name of Formation |
|---|---|---|---|
| Top of Formation | Bottom of Formation | | |
| 3431 | 3456 | 25 | Shale, sand and shells |
| 3456 | 3481 | 25 | Core 20' - Sand, shale and thin shell |
| 3481 | 3506 | 25 | Core 15' - Sand and shale |
| 3506 | 3534 | 28 | Core 28' - Sand and shale |
| 3534 | 3553 | 19 | Core 19' - Oil sand, shale and shells |
| 3553 | 3580 | 27 | Core 21' - Sand and shale |
| 3580 | 3605 | 25 | Core 20' - Sand and shale |
| 3605 | 3633 | 28 | Core 27' - Shale |
| 3633 | 3661 | 28 | Core (2)' - Shale and sand |
| 3661 | 3688 | 27 | Core 27' - Shale and sand |
| 3688 | 3716 | 28 | Core 15' - Sand and shale |
| 3716 | 3743 | 27 | Core 27' - Sand and shale |
| 3743 | 3771 | 28 | Core 28' - "      "      " |
| 3771 | 3781 | 10 | CORRECT MEASUREMENT |
| 3781 | 3809 | 28 | Core 21' - Oil sand and shale |
| 3809 | 3836 | 27 | Core 11' - Sand and shale |
| 3836 | 3864 | 28 | Core 26' - Oil sand and shale |
| 3864 | 3891 | 27 | Core 24' - Shale, thin streaks of sand |
| 3891 | 3906 | 15 | Core 15' - Shell, oil sand and shale |

TOTAL DEPTH   3906

|  | OIL WELL CORE BBL | STEPP CORE BBL | TOTAL |
|---|---|---|---|
| FEET CORED | 1008 | 440 | 1448 |
| FEET RECOVERED | 829 | 346 | 1175 |
| NUMBER CORES TAKEN | 34 | 17 | 51 |
| PERCENT RECOVERY | 82.2 | 78.6 | 81.1 |
| FEET PER CORE DRILLED | 29.6 | 25.9 | 28.4 |
| FT. PER CORE RECOVERED | 24.4 | 20.4 | 23.0 |

AOE 25

EXHIBIT 7

FORM 108. 85795 11-27 5M
[CALIFORNIA STATE PRINTING OFFICE]

DIVISION OF OIL & GAS
RECEIVED
NOV 13 1940.
LOS ANGELES, CALIFORNIA

STATE OF CALIFORNIA
DEPARTMENT OF NATURAL RESOURCES
DIVISION OF MINES AND MINING

# DEPARTMENT OF PETROLEUM AND GAS

### Notice of Intention to Abandon Well

This notice must be given at least five days before work is to begin

**Venice** Cal. **November 12th** 19**40**

MR. **E. Huguenin**

*Deputy State Oil and Gas Supervisor*

**Los Angeles** Cal.

DEAR SIR:

In compliance with Section 16, Chapter 718, Statutes of 1915, as amended, notice is hereby given that it is our intention to abandon well No. **10    Recreation Gun Club Lease** Section **21**, T. **2 S** R. **15 W**, _____ B. & M., **Playa Del Rey** Oil Field, **Los Angeles** County, commencing work ~~from~~ **Interim** ~~day~~ of **November – December** 19**40**

The present condition of the well is as follows:

```
Total Depth      3906'.
18" 8-10 Ga. S P  Casing      L&C    @    686'.
11-3/4" 54#       Casing      L&C    @    3423'.

507'  6-5/8# 26# Liner Landed          @    3903'.
      Top of Liner                     @    3396'.
      Top of Perf.                     @    3424'.
```

The proposed work is as follows:

(1) Fill hole with cement      3903'  to  3376'.
    Remove 11-3/4" casing from            666'.
(2) Place cement plug          666'  to   646'.

(3) Fill hole from top to 3376' with 70# mud.

(4) Cap top of hole in accordance with regulations.

Respectfully yours

**The Ohio Oil Company.**

_Name of Company or Operator_

By _[signature]_

ADDRESS NOTICE TO DEPUTY STATE OIL AND GAS SUPERVISOR IN CHARGE OF DISTRICT WHERE WELL IS LOCATED

AOE 27

EXHIBIT 8

AOE 28

STATE OF CALIFORNIA
DEPARTMENT OF NATURAL RESOURCES

# DIVISION OF OIL AND GAS

### Report on Proposed Operations

No. P 1-35768

Los Angeles, Calif. November 14, 1940.

Mr. John B. Southerland,

Los Angeles, Calif.

Agent for THE OHIO OIL COMPANY

DEAR SIR:

"RECREATION GUN CLUB"

Your proposal to abandon Well No. 10,

Section 21, T. 2 S., R. 15 W., S.B. B. & M., Playa del Rey Field, Los Angeles County,

dated Nov. 12, 19 40, received Nov. 13, 19 40, has been examined in conjunction with records filed in this office.

Present conditions as shown by the records and the proposal are as follows:

Records in addition to, or at variance with those shown in the notice:
11-3/4" cem. 3423', W. S. O.
The last production reported from this well was during 30 days in September, 1940, when the daily average yield was 11 bbl. of oil and 73 bbl. of water.

THE NOTICE STATES:
"The present condition of the well is as follows:

| | | | | | |
|---|---|---|---|---|---|
| Total Depth | | 3906'. | | | |
| 18" 8-10 Ga. S P Casing | L&C | @ | | 686'. | |
| 11-3/4" 54# Casing | L&C | @ | | 3423'. | |
| 507' 6-5/8" 26# Liner Landed | | @ | | 3903'. | |
| Top of Liner | | @ | | 3396'. | |
| Top of Perf. | | @ | | 3424'." | |

PROPOSAL:
"The proposed work is as follows:
(1) Fill hole with cement 3903' to 3376'.
    Remove 11-3/4" casing from 666'.
(2) Place cement plug 666' to 646'.
(3) Fill hole from top to 3376' with 70# mud.
(4) Cap top of hole in accordance with regulations."

DECISION:
THE PROPOSAL IS APPROVED PROVIDED THAT THIS DIVISION SHALL BE NOTIFIED TO WITNESS the location and hardness of cement plugs at 3376' and 646'.

NOTE: A complete report in duplicate on our Form 102 should be filed with this division after the completion of the above work.

NOTE: In the event the proposed work is done by a contractor, this division shall be consulted regarding additional requirements.

P.W.B. to Edmondson

cc- Company
CVB:OH

R. D. BUSH
State Oil and Gas Supervisor

By _____ Deputy

AOE 29

EXHIBIT 9

FORM 123. 62133 1-31 10M
CALIFORNIA STATE PRINTING OFFICE

STATE OF CALIFORNIA
DEPARTMENT OF NATURAL RESOURCES

# DIVISION OF OIL AND GAS

## Supplementary Notice

MEMO

Venice _____ Cal. _____ Jan 3rd _____ 19 41

Mr. __E.Huguenin_____

Deputy State Oil and Gas Supervisor

____Los Angeles_____Cal.

Dear Sir:

Please be advised that our notice to you dated __Nov 12th,1940_____ 19____,

stating our intention to____Abandon_____ well No.__Recreation Gun Club # 10_____,
(Drill, deepen, redrill, abandon)

Sec.__21____, T.__2 S____, R.__15 W__, _____ B. & M. __Del Rey_____Oil Field

____Los Angeles_____County, must be amended on account of changed or recently

discovered conditions.

The new conditions are as follows:

Hole has been filled with cement from bottom at 3906' to 3376'.
Hardness and location of the plug witnessed by R.S.M.B.

We now propose

The I-O-Dow Chemical Co has proposed to take this well and attempt to
develop Salt Water production.If and when satisfactory arrangements are
made,tests will be made by perforating casing above present plug at
3376'.Your office will be notified if the well is transferred to the
above Company or if abandonment is completed.

Respectfully yours

The Ohio Oil Co.
_____
(Name of Company)

By_____

AOE 31

# EXHIBIT 10

FORM 109-D.
CALIFORNIA STATE PRINTING OFFICE

STATE OF CALIFORNIA
DEPARTMENT OF NATURAL RESOURCES

# DIVISION OF OIL AND GAS

## Special Report on Operations Witnessed

No. T 1-38998

Los Angeles, Calif. January 9, 19 41

Mr. John B. Sutherland,

Los Angeles, Calif.

Agent for THE OHIO OIL COMPANY

DEAR SIR:

Operations at your well No. 10 Sec. 21, T. 2S, R. 15W., S. B. B. & M.,

Playa del Rey Field, in Los Angeles County, were witnessed by

Chas. Corwin, Inspector, representative of the supervisor,

on December 30, 19 40. There was also present L. H. Hollingsworth, Drilling Foreman,

and C. W. Doe, Driller.

| Casing Record 18" S. P. cem. 686', 11-3/4" cem. | Junk None. |
|---|---|
| 3423' W. S. O.; 6-5/8" liner ld. 3396'-3903', perf. | |
| 3424'-3903', T. D. 3906', plugged with cement 3906'- | |
| 3376'. | |
| | |
| | |
| | |

The operations were performed for the purpose of testing the location and hardness of a cement plug proposed to be placed from 3903' to 3376' in the process of abandonment,

and the data and conclusions are as follows:

THE INSPECTOR ARRIVED AT THE WELL AT 11:30 A. M. AND MR. DOE REPORTED THE FOLLOWING:
1. The hole was cleaned out to 3906'.
2. On December 20 and 21, 1940, a total of 90 sacks of Victor construction cement was dumped in the hole, beginning at 3906'.

THE INSPECTOR NOTED THAT the bailer could not be spudded below 3376' and brought up a sample of set cement.

The test was completed at 12:20 p. m.

THE LOCATION AND HARDNESS OF THE CEMENT PLUG AT 3376' ARE APPROVED.

cc- Company (2)
CC:G

R. D. BUSH
State Oil and Gas Supervisor

By _Kugelman_

AOE 33
Deputy

# EXHIBIT 11

**AOE 34**

FORM 107.  76788 5-30 10M
CALIFORNIA STATE PRINTING OFFICE

STATE OF CALIFORNIA
DEPARTMENT OF NATURAL RESOURCES

# DIVISION OF OIL AND GAS

OIL & GAS
RECEIVED
APR 3 — 1941
LOS ANGELES, CALIFORNIA

### Notice of Intention to Deepen, Redrill, Plug or Alter Casing in Well

This notice must be given fifteen days before work begins when possible

Venice, _____ Cal. March 28, 19 41

Mr. E. Huguenin _____

Deputy State Oil and Gas Supervisor
629 S. Hill St.
Los Angeles, _____ Cal.

DEAR SIR:

In compliance with Section 17, Chapter 718, Statutes of 1915, as amended, notice is hereby given that it is our intention to commence the work of deepening, redrilling, plugging or altering casing at well No. 10

(Cross out unnecessary words)

Recreation Gun Club , Sec. 21 , T. 2 S , R. 15 W , _____ B. & M.

Venice _____ Oil Field, Los Angeles, _____ County.

The present condition of the well is as follows:

11-3/4" - 54# Casing at 3423'
Top of Cement Plug at 3376½ (Witnessed by RSMB)

The proposed work is as follows:

Perforate between 3376 ft. and 3076 ft. and test the well for salt water production.

cc. Contractor
J.C.C. of Ohio Oil Co.
The Dow Chemical Company, Contractor.
P.O. Box 3598. Belmont Shore Station, L.B. Calif.

C.V.B. - Nicholas
4/9/41.

Contractors.

Reference to file of data

| Maps | Model | Cross Section | Cards | Forms |
|------|-------|------|-------|-------|
|      |       |      |       | 121   |

Respectfully yours

THE DOW CHEMICAL COMPANY, (Phone
Name of Company or Operator  L.B ch 32117)

By H. Hilsinger
H. Hilsinger

AOE 35

ADDRESS NOTICE TO DEPUTY STATE OIL AND GAS SUPERVISOR IN CHARGE OF DISTRICT WHERE WELL IS LOCATED

EXHIBIT 12

AOE 36

FORM 1
CALIFORNIA STATE PRINTING OFFICE

STATE OF CALIFORNIA
DEPARTMENT OF NATURAL RESOURCES

# DIVISION OF OIL AND GAS

## Report on Proposed Operations

No. P 1-36234

Los Angeles, Calif. April 10, 19 41.

Mr. H. Hilsinger,

Long Beach, Calif.

~~Agent for~~ THE DOW CHEMICAL COMPANY, CONTRACTORS

DEAR SIR:

Your supplementary proposal to abandon / THE OHIO OIL COMPANY Well No. "RECREATION GUN CLUB" 10

Section 21, T. 2S., R.15W. S. B. B. & M., Playa del Rey Field, Los Angeles County,

dated Mar. 28, 19 41, received Apr. 8, 19 41, has been examined in conjunction with records filed in this office.

Present conditions as shown by the records and the proposal are as follows:

Records in addition to, or at variance with those shown in the notice:
18" S. P. cem. 686'; 6-5/8" ld. 3396'-3903', perf. 3424'-3903'. Total depth 3906',
plugged with cement 3906'-3376'.
This well has stood idle since December 30, 1940, when the hole below 3376' was abandoned
by The Ohio Oil Company.

THE NOTICE STATES:
"The present condition of the well is as follows:
11-3/4" - 54# Casing at 3423'.
Top of Cement Plug at 3376' (Witnessed by RSMB).

PROPOSAL:
"The proposed work is as follows:
Perforate between 3376 ft. and 3076 ft. and test the well for salt water production."

— should be 11¾"

DECISION:
THE PROPOSAL IS APPROVED PROVIDED ~~THAT~~ this division shall be notified to witness a bailing
test to demonstrate that the 6-5/8" casing is now water tight.

NOTE: A complete report in duplicate on our form 102 should be filed with this division
after the completion of the above work.

cc-The Dow Chemical Company
The Ohio Oil Co. (3)
CVB:G

R. D. BUSH
State Oil and Gas Supervisor

By E. Huguenin Deputy

AOE 37

# EXHIBIT 13

AOE 38

FORM 109-D
CALIFORNIA STATE PRINTING OFFICE

STATE OF CALIFORNIA
DEPARTMENT OF NATURAL RESOURCES

# DIVISION OF OIL AND GAS

## Special Report on Operations Witnessed

No. T 1-39386

Los Angeles, _____ Calif. April 29, ____ 19 41.

Mr. H. Hilsinger, _____

_____ Long Beach, _____ Calif.

Agent for THE DOW CHEMICAL COMPANY, CONTRACTORS

DEAR SIR:        THE OHIO OIL COMPANY

Operations at your/well No. "RECREATION _____ Sec. 21 ____, T. 2S. ___, R. 15W. S. B. B. & M.,
                            GUN CLUB" 10

Playa del Rey _____ Field, in Los Angeles _____ County, were witnessed by

_____ James T. Carriel, Inspector _____, representative of the supervisor,

on April 15 _____, 19 41. There was also present R. Austin, Driller,

_____ and G. Wilkinson, Helper

| Casing Record 18" cem. 686', 11-3/4" cem. 3423', W. S. | Junk | None |
| O., 6-5/8" liner ld. 3396'-3903', perf. 3424'-3903'. | | |
| T. D. 3906', plugged with cement 3906'-3376'. | | |
| | | |
| | | |
| | | |

The operations were performed for the purpose of demonstrating that the 11-3/4" casing is water tight,

and the data and conclusions are as follows:

THE INSPECTOR ARRIVED AT THE WELL AT 8:15 A. M. AND MR. AUSTIN REPORTED THAT at 8:30 p. m.
on April 14, 1941, the water in the 11-3/4" casing had been bailed to 2100'.

THE INSPECTOR NOTED THE FOLLOWING:
1. The fluid rose 25' in 12-1/2 hr., equivalent to 5.5 bbl. per 24 hr.
2. The hole was open to 3376'.
The test was completed at 9:15 a. m.

THE OPERATIONS AS WITNESSED AND REPORTED ARE APPROVED AS INDICATING THAT the 11-3/4"
casing is water tight.

cc- The Ohio Oil Co. (3)
The Dow Chemical Co.
JTC:G

*Wm Howard Nicholas VA 6121 knows about the work done on this well.*

*ohio oil Co*
*Mi 3291*

R. D. BUSH
State Oil and Gas Supervisor

By _____ Deputy

AOE 39

EXHIBIT 14

RECEIVED

NOV 18 1941

LOS ANGELES, CALIFORNIA

FORM ... OF
CALIFORNIA STATE PRINTING OFFICE

SUBMIT IN DUPLICATE

STATE OF CALIFORNIA
DEPARTMENT OF NATURAL RESOURCES

# DIVISION OF OIL AND GAS

### Subsequent Work Report

OPERATOR **Great Western Division**
**The Dow Chemical Company**    FIELD   **Playa del Rey**

Well No. **Recreation Gun Club #10**, Sec. **21** , T. **2-S** , R. **15-W** , **SB** B. & M.

In compliance with the provisions of Chapter 93, Statutes 1939, the information given herewith is a complete and correct record of all **work done on the well since the previous record**, dated **April 10, 1941**

........................, was filed.

SIGNED *H. Hilsinger*

Date **November 17, 1941**    Title **Manager, Seal Beach Plant**
(President, Secretary or Agent)

Outline in the order of performance, **together with the dates thereof**, all important operations which alter the condition of the well. Include such information as depth at which redrilling operations were started, size of hole redrilled or deepened; size of pipe, amount of perforations in casing, weight and length of casing landed or cemented or removed; number of sacks of cement used in cementing or plugging operations and exact position thereof. If the well was dynamited, give date, size, position and number of shots. If plugs or bridges were put in to test for water, state kind of material used, position and results of pumping or bailing.

| Date | |
|---|---|
| | **Using Midway knife perforator** |
| 4-16 | **Perforated 100 holes, 3341 to 3241** |
| 5- 5 | **Perforated 165 holes, 3241 to 3076** |
| 10-6 to 10-11 | **Perforated 392 holes, 3272 to 3076** |
| * | **Well is producing water only,** *for Iodine purposes* |

* *Wm Howard Nicholas, Atty. - A BH, 11/18/41*

EXHIBIT 15

AOE 42

DIVISION OF OIL & GAS
RECEIVED
NOV 19 1941
LOS ANGELES, CALIFORNIA

FORM 102.        15M
CALIFORNIA STATE PRINTING OFFICE

SUBMIT IN DUPLICATE

STATE OF CALIFORNIA
DEPARTMENT OF NATURAL RESOURCES

# DIVISION OF OIL AND GAS

## Subsequent Work Report

OPERATOR **The Dow Chemical Company**     FIELD **Playa Del Rey**

Well No. **Recreation Gun Club #10** , Sec. _____ , T. _____ , R. _____ , _____ B. & M.

In compliance with the provisions of Chapter 93, Statutes 1939, the information given herewith is a complete and

correct record of all **work done on the well since the previous record,** dated _____

_____ , was filed.

SIGNED **The Dow Chemical Company**

Date **November 17, 1941**            Title *Wm Howard Nicholas* **Attorney**

(President, Secretary or Agent)

Date

Outline in the order of performance, **together with the dates thereof,** all important operations which alter the condition of the well. Include such information as depth at which redrilling operations were started, size of hole redrilled or deepened; size of pipe, amount of perforations in casing, weight and length of casing landed or cemented or removed; number of sacks of cement used in cementing or plugging operations and exact position thereof. If the well was dynamited, give date, size, position and number of shots. If plugs or bridges were put in to test for water, state kind of material used, position and results of pumping or bailing.

**Well produced for iodine bearing salt water.**

**Perforated with knife perforator 265' commencing 35' above plug**

**which is set at 3376'**

**No oil being produced.**

$$\begin{array}{r} 3376 \\ 35 \\ \hline 3341 \\ 265 \\ \hline 3076 \end{array}$$

**AOE 43**

EXHIBIT 16

AOE 44

FORM 128
CALIFORNIA STATE PRINTING OFFICE

SUBMIT IN DUPLICATE

STATE OF CALIFORNIA
DEPARTMENT OF NATURAL RESOURCES

DIVISION OF OIL & GAS
RECEIVED
APR 2 0 1942
LOS ANGELES, CALIFORNIA

# DIVISION OF OIL AND GAS

## Subsequent Work Report

THE DOW CHEMICAL COMPANY

Playa

Operator **The Ohio Oil Co.** ............................ Field **Del Rey** ............................

Well No. **Recreation Gun Club # 10** ............, Sec. **21** ............, T. **2 S** ., R. **15 W** ., ............ B. & M.

In compliance with the provisions of Chapter 93, Statutes 1939, the information given herewith is a **complete and**

correct record of all **work done on the well since the previous record**, dated **Jan 3-1941** ........................

**Supplementary Report** was filed.

Signed ........................

Date **4-17-1942** ............................ Title **Superintendent.** ............................
(President, Secretary or Agent)

Outline in the order of performance, **together with the dates thereof**, all important operations which alter the condition of the well. Include such information as depth at which redrilling operations were started, size of hole redrilled or deepened; size of pipe, amount of perforations in casing, weight and length of casing landed or cemented or removed; number of sacks of cement used in cementing or plugging operations and exact position thereof. If the well was dynamited, give date, size, position and number of shots. If plugs or bridges were put in to test for water, state kind of material used, position and results of pumping or bailing.

Date

**Abandonment as an Oil well.**

**12-30-40** Cement plug from 3906' to 3376' witnessed by Chas Corwin RSMB.

**7-10-41** Well sold to Dow Chemical Co to be used for the production of salt water. 122' Steel derrick left over hole.

AOE 45

# EXHIBIT 17

RM 108. 95391 3-54 23,800 ⓞ SPO

STATE OF CALIFORNIA
DEPARTMENT OF NATURAL RESOURCES

# DIVISION OF OIL AND GAS

DIVISION OF OIL AND GAS
D S
FEB 16 1956
LOS ANGELES, CALIFORNIA

## Notice of Intention to Abandon Well

This notice must be given at least five days before work is to begin; one copy only

Long Beach _____ Calif. **February 15** ____ 19 56

DIVISION OF OIL AND GAS

In compliance with Division 3, Public Resources Code, notice is hereby given that it is our intention to abandon

Well No. **"Recreation Gun Club" 10** _____ , Sec. **21** , T. **2S** ,

R. **15W** , **SB** B. & M., **Playa Del Rey** _____ Field, **Los Angeles** _____ County,

commencing work on **February 16** _____ 19 **56** .

THE PRESENT CONDITION OF THE WELL IS:

1. Total Depth:
   3906'

2. Complete casing record, including plugs:
   18-5/8" cem. 686'
   11-3/4" cem. 3423', W.S.O.
   6-5/8" ld. 3396'-3903', perf. 3424'-3903'

   **plugged with cement 3906' to 3376'**

3. Last Produced _____ **Unknown** _____
   (Date)     (Oil, B/D)     (Water, B/D)

ADDITIONAL DATA FOR DRY HOLE

4. Oil or Gas showings and results of tests:

5. Stratigraphic markers and depths:

6. Geologic age at bottom: _____
7. Base of fresh water sands: _____

THE PROPOSED WORK IS

1. **Shoot and pull as much 11-3/4" casing as possible, and place a 20' cement plug on the stub.**
2. **If the 11-3/4" casing is recovered from below the shoe of the 18-5/8" casing a 40' cement plug will be placed across the shoe.**
3. **Place a 10' cement plug in the 18-5/8" casing at the surface.**

**The Division of Oil and Gas shall be notified to witness the location and hardness of each cement plug.**

| MAP | MAP BOOK | CARDS | BOND | FORMS 114 | 121 |
|---|---|---|---|---|---|

Scr'pt. to abandon
no bond required

**P. O. Box 245, Seal Beach** _____
(Address)

_____
(Telephone No.)

**THE DOW CHEMICAL COMPANY**
(Name of Operator)

By _____ Graham
Contractor

AOE 47

ADDRESS ONE COPY OF NOTICE TO DIVISION OF OIL AND GAS IN DISTRICT WHERE WELL IS LOCATED

EXHIBIT 18

AOE 48

FORM 115

STATE OF CALIFORNIA
DEPARTMENT OF NATURAL RESOURCES

# DIVISION OF OIL AND GAS

## REPORT ON PROPOSED OPERATIONS

No. P 156-293

Mr. G L Graham
P O Box 229
Long Beach California
~~Agent~~ for THE DOW CHEMICAL CO

Los Angeles 15 Calif.
February 21 1956

DEAR SIR:

Your _____ proposal to __abandon__ _____ Well No. 10,

"Recreation Gun Club"

Section 21, T. 2 S, R. 15 W, S B B. & M., Playa del Rey Field, Los Angeles County,

dated Feb. 15, 1956, received Feb. 16, 1956, has been examined in conjunction with records filed in this office.

Present conditions as shown by the records and the proposal are as follows:

THE NOTICE STATES
"The present condition of the well is:
1. Total Depth: 3906'

2. Complete casing record, including plugs:
   18-5/8" cem. 686'
   11-3/4" cem. 3423', W.S.O.
   6-5/8" ld. 3396'-3903', perf. 3424'-3903'

   plugged with cement 3906' to 3376'

3. Last Produced  Unknown."

PROPOSAL
"The proposed work is
1. Shoot and pull as much 11-3/4" casing as possible, and place a 20' cement plug on the stub.
2. If the 11-3/4" casing is recovered from below the shoe of the 18-5/8" casing a 40' cement plug will be placed across the shoe.
3. Place a 10' cement plug in the 18-5/8" casing at the surface.

   The Division of Oil and Gas shall be notified to witness the location and hardness of each cement plug."

DECISION
THE PROPOSAL IS APPROVED PROVIDED THAT THIS DIVISION SHALL BE NOTIFIED TO WITNESS the placing of and the location and hardness of each cement plug.

RC:OH

cc  Mr G L Graham, Contractor
    P O Box 245
    Seal Beach California

E. H. MUSSER, State Oil and Gas Supervisor

By _R. H. Walling_, Deputy

AOE 49

25463 10-55 60M SPO

No bond required.

EXHIBIT 19

FORM OE 51
1973 7-54 1350 SPO

STATE OF CALIFORNIA
DEPARTMENT OF NATURAL RESOURCES

# DIVISION OF OIL AND GAS

## MEMORANDUM OF TELEPHONE OR PERSONAL CONVERSATION

Los Angeles , Calif.

March 14 19 56

Operator  **The Dow Chemical Company**   Well No. **"Recreation Gun Club" 10**

Field  **Playa del Rey**   Sec. **21**  T. **2 S.**  R. **15 W.**  S. B. B. & M.

A ~~telephone~~ personal conversation was held, concerning the above well, with Mr. **Gordon Graham**

**contractor**   for the above operator on  **March 12** 19 56 at **5:00 P.** M.

Details of the conversation were as follows:

The well was being abandoned by the contractor, Gordon Graham. The 11-3/4"

casing was shot and parted at 887' and was pulled up 4' when the well blew out at

3:10 p.m., March 12, 1956.

The well is located on the northeast corner of the structure with no producing

wells to the north or east. The well was being used to produce salt water for the

manufacturing of iodine.

Engineer Crowder arrived at the well at 5:00 p.m., March 12, 1956, and noted

that the well was blowing marsh gas, salt water and sand at an undetermined rate

through the 11-3/4" casing. The gas was apparently coming from behind the 11-3/4"

casing at a depth of 1800'.

At 3:00 a.m., March 14, 1956, the well had bridged itself off with sand and a

MacClatchie head was installed.

[SIGNED] *Robert E Crowder*

Title  **Associate Oil and Gas Engineer**

REC:rw

EXHIBIT 20

AOE 52

Form 159 (9-49)

**STATE OF CALIFORNIA**
**DEPARTMENT OF NATURAL RESOURCES**
**DIVISION OF OIL AND GAS**

# REPORT OF WELL ABANDONMENT



Los Angeles _____ California

April 27 1956 _____

Mr. Gordon Graham _____
The Dow Chemical Co _____
P O Box 229 _____
Long Beach California _____

Dear Sir

Your report of abandonment of Well No. "Recreation Gun Club" 10 _____,

Sec. 21 , T. 2 S , R. 15 W , S B B. & M., Playa del Rey _____ field,

Los Angeles _____ County, dated April 24, 1956 _____, has been

examined in conjunction with records filed in this office.

A review of the reports and records shows that the requirements of this Division, which

are based on all information filed with it, have been fulfilled.

| MAP | MAP BOOK | CARDS | BOND | FORMS | |
|---|---|---|---|---|---|
| | | | | 114 | 121 |
| av ah | RS | | No bond required | | ys |

cc Mr E H Musser
   Mr Gordon Graham
   Mr L A Dutton
   Fire Prevention Bureau
   Conservation Committee

es

**E. H. MUSSER**
*State Oil and Gas Supervisor*

By _R. J. W. Walling_ _____
                    *Deputy Supervisor*

**AOE 53**

17601 5-55 11,200 6PO

EXHIBIT 21

AOE 54

RECORDING REQUESTED BY

GRANTEE

4591

12.9.1958
Inst #
4594

QUITCLAIM DEED

FREE 3 M

For a VALUABLE CONSIDERATION, receipt of which is hereby
acknowledged,

RECREATION GUN CLUB, a California corporation,

does hereby remise, release, and forever quitclaim to

COUNTY OF LOS ANGELES, a body politic and corporate,

all its right, title, and interest in and to all that certain real
property situate in the County of Los Angeles, State of California,
more particularly described as follows:

PARCEL A:  (Partly in the City of Los Angeles)

Lots 1 and 2, Tract No. 7750, as shown on map recorded
in Book 171, pages 8 and 9, of Maps, in the office of
the Recorder of said County.

Excepting from said Lot 1, that portion thereof within
the following described boundaries:  Beginning at the
intersection of the southeasterly prolongation of the
northeasterly line of said Lot 1 with the southwesterly
prolongation of the northwesterly line of said last
mentioned lot; thence northeasterly along said south-
westerly prolongation 84.00 feet to the easterly terminus
of that certain course shown as having a length of 195.16
feet in the northerly boundary of said tract; thence west-
erly along said certain course 195.16 feet to said north-
easterly line; thence southeasterly along said southeast-
erly prolongation 141.75 feet to the point of beginning.

PARCEL B:

Block A, Tract No. 9532, as shown on map recorded in
Book 171, page 10, of above mentioned map.

PARCEL C:

All oil, gas, and other hydrocarbon substances lying
within and under the above described Parcels A and B.

PARCEL D:

All right, title, and interest accruing to the transferor
under that certain oil and gas lease recorded February 3,
1930, in Book 9672, page 242, of Deeds, insofar as the
transferor is entitled to participate in production and all
other benefits under said lease.

RECORDED IN OFFICIAL RECORDS
OF LOS ANGELES COUNTY, CALIF.

47 Min. Past 3 P.M. DEC 9 1958

RAY E. LEE, County Recorder

AOE 55

PARCEL E:

Also all the right, title, and interest which transferor
may have by reason of the recordation of Map of Recreation
Gun Club's Tract, recorded March 2, 1908, in Book 13, page
131, of Maps, in the office of the Recorder of the County
of Los Angeles, and map of Tract No. 7750, recorded April
29, 1930, in Book 171, pages 8 and 9, of Maps, in the
office of said Recorder, which recite that the transferor
is the sole owner or proprietor of said land.  Said interest
affects that certain real property situate in the County of
Los Angeles, State of California, within the following
described boundaries:

That portion of Lot 1, Tract No. 7750, as shown on map
recorded in Book 171, pages 8 and 9, of Maps, in the
office of the Recorder of said County, within the following
described boundaries:  Beginning at the intersection of the
southeasterly prolongation of the northeasterly line of
said lot with the southwesterly prolongation of the north-
westerly line of said lot; thence northeasterly along said
southwesterly prolongation 84.00 feet to the easterly
terminus of that certain course shown as having a length
of 195.16 feet in the northerly boundary of said tract;
thence westerly along said certain course 195.16 feet to
said northeasterly line; thence southeasterly along said
southeasterly prolongation 141.75 feet to the point of
beginning.

PARCEL F:

All right, title, and interest in and to all easements and
rights of way conveyed in the deed recorded December 6,
1884, in Book 132, page 345, of Deeds; together with all
right, title, and interest in and to any and all other
easements and rights of way which may exist, in, over,
under, along, and across the following described property
situate in the County of Los Angeles, State of California,
and more particularly described as follows:

   Lots 5, 6, and 7, Pradera Tract, partly in the City
   of Los Angeles, said County and State, as shown on
   map recorded in Book 16, page 38, of Maps, in the
   office of the Recorder of said County.

   Excepting from said Lots 6 and 7, those portions
   thereof which lie northeasterly of the southwest-
   erly boundary of the 100 foot strip of land
   described in deed to State of California for State
   Highway purposes, recorded on July 6, 1931, in Book
   10970, page 203, of Official Records, in the office
   of said Recorder.

PARCEL G:

All right, title, and interest of transferor in and to
that certain appurtenant easement and right of way for
road purposes, as established by a decree quieting
title, in the Superior Court of the State of California,
in and for the County of Los Angeles, Case No. 602357
a certified copy of which was recorded January 12, 1943,
in Book 40712, page 129, of Official Records.

AOE 56

Dated: _Dec 1_ 195_8_.

RECREATION GUN CLUB,
A California corporation

_[signature]_
President

_[signature]_
Secretary

STATE OF CALIFORNIA }
County of Los Angeles) ss.

On this _1st_ day of _December_, in the year
195_8_, before me, the undersigned, a Notary Public in and for
said County and State, personally appeared_____
_Albert Ralphs, Jr_ known to me to be the_____
President, and _James A. Cugnus_ known to me
to be the_____ Secretary of the corporation that
executed the within instrument, and known to me to be the persons
who executed the within instrument on behalf of the corporation
therein named, and acknowledged to me that such corporation
executed the within instrument pursuant to its by-laws or a
resolution of its board of directors.

WITNESS my hand and official seal.

_[signature]_
Notary Public in and for said
County and State
My Commission Expires August 11, 1959

CERTIFICATE OF ACCEPTANCE

This is to certify that the inter-
est in real property conveyed by the
within deed or grant to the County of
Los Angeles, a governmental agency, is
hereby accepted under authority of a
resolution adopted by the Board of
Supervisors of said County on Septem-
ber 10, 1957, and the Grantee consents
to the recordation thereof by its duly
authorized officer.

Dated _Dec 4, 1958_

By _[signature]_

This is to certify that this document covers county busi-
ness within the meaning of Section 6103 of the Gov-
ernment Code

HAROLD J OSTLY County Clerk

By _[signature]_
Deputy

When recorded, return to R. B. Wood,
Room 1007, Hall of Records

AOE 57

EXHIBIT 22

AOE 58

Form 108. 80261 7-49 15M ⊕ SPO

STATE OF CALIFORNIA
DEPARTMENT OF NATURAL RESOURCES

# DIVISION OF OIL AND GAS

DIVISION OF OIL AND GAS
RECEIVED

DEC 23 1958

ENGLEWOOD, CALIFORNIA

## Notice of Intention to Abandon Well

This notice must be given at least five days before work is to begin; one copy to Division.

LOS ANGELES _____ Calif. DECEMBER 9 __ 19 58

DIVISION OF OIL AND GAS

In compliance with Division 3, Public Resources Code, notice is hereby given that it is our intention to abandon

~~Well No.~~ DOW CHEMICAL COMPANY WELL R.G.C. NO. 10 _____, Sec. 21 , T. 2-S ,

R. 15-W S.B. B. & M., PLAYA DEL REY _____ Field, LOS ANGELES _____ County,

commencing work on _____ 19____.

THE PRESENT CONDITION OF THE WELL IS: ABANDONED ADDITIONAL DATA FOR DRY HOLE

1. Total Depth: 3906'

2. Complete casing record, including plugs:

18⅝" CEMENTED AT 686'
11¾" CEMENTED AT 3426'
11¾" CASING KNIFE PERFORATED 3341' (100 HOLES), 3245' TO 3076' (165 HOLES), 3272' TO 3076' (392 HOLES). SHOT AT 887' AND PULLED UP TO 883' — WELL BLEW OUT. SHOT HOLE AT 625' FOR CEMENTING DURING ABANDONMENT. COLLAR SHOT AT 542' FOR CEMENTING DURING ABANDONMENT. COLLAR SHOT AT 310' AND PULLED

3. Last Produced ___ NOT AVAILABLE ___
(Date)      (Oil, B/D)    (Water, B/D)

THE PROPOSED WORK IS RE-ENTER AND RE-ABANDON

1. CLEAN OUT TOP PLUG AND CLEAN OUT 11¾" CASING TO TOP OF CEMENT PLUG REPORTED AT A DEPTH OF 291'
2. TEST LOCATION AND HARDNESS OF CEMENT PLUG @ 291' WITH DRILL PIPE & BIT. CLEAN OUT, ADDITIONAL CEMENT PLUG WILL BE PLACED AT DISCRETION OF COUNTY ENGINEER.
3. PLACE A 50' RUNNING BRIDGE (CEMENT) IN TOP OF 18⅝" & 11¾" CASING STRINGS.
4. CUT AND PULL 18⅝" CASING FROM A MINIMUM DEPTH OF 0.0' M.L.L.W.
5. WELD STEEL PLATE ON TOP OF 18⅝" CASING.

4. ~~Oil or Gas showings and results of tests:~~

CASING UP TO 295' FOR CEMENTING DURING ABANDONMENT. BACKED OFF AND REMOVED FROM 40'
507' OF 6⅝" LINER LANDED AT 3903' (TOP AT 3396') INCLUDING 479' OF PERFORATIONS FROM 3424'-3903'

5. ~~Stratigraphic markers and depths:~~
PLUGS:
(A) 3376'-3906'
(B) FROM UNKNOWN DEPTH BELOW 883' IN STAGES, BY PRESSURE CEMENTING

6. ~~Geologic age at bottom:~~
7. ~~Base of fresh water sands:~~
AND PUMPING TO 291'
(C) WOOD PLUG IN 18⅝" CASING AT 35'
(D) 35' TO 10' FROM SURFACE.

THE PROPERTY ON WHICH THIS WELL IS LOCATED WAS ACQUIRED BY THE COUNTY OF LOS ANGELES AS A PART OF THE MARINA DEL REY ON DECEMBER 4, 1958. IT IS REQUESTED THAT THE FORMER DESIGNATION OF DOW CHEMICAL COMPANY WELL R.G.C. NO. 10 BE CHANGED TO COUNTY OF LOS ANGELES WELL DOW R.G.C. NO. 10.

| | MAP | MAP BOOK | CARDS | BOND | FORMS | |
|---|---|---|---|---|---|---|
| | | | | | 114 | 121 |
| | | | | no bond required | EB | EB |

Suppl to abandon

PLEASE SEND 3 COPIES OF ALL NOTICES TO STANLEY AND STOLZ

530 WEST SIXTH
(Address)

MAdison 2-2079
(Telephone No.)

COUNTY OF LOS ANGELES
(Name of Operator)

By HARRY P. STOLZ, AGENT

AOE 59

ADDRESS ONE COPY OF NOTICE TO DIVISION OF OIL AND GAS IN DISTRICT WHERE WELL IS LOCATED

EXHIBIT 23

AOE 60

FORM 156

**STATE OF CALIFORNIA**
**DEPARTMENT OF NATURAL RESOURCES**
**DIVISION OF OIL AND GAS**

# REPORT OF PROPERTY AND WELL TRANSFER

Field or County **Playa del Rey**                    District **1**

Former Owner: **The Dow Chemical Co.**              Date **December 23, 1958**

Description of Property **Sec. 21 and 28, T. 2 S., R. 15 W., S. B. B. & M.**

List of Wells       **"Recreation Gun Club" 7, "Recreation Gun Club" 9, Sec. 28, and
"Recreation Gun Club" 10, Sec. 21.**

Date of Transfer    **December 4, 1958**
New Owner:          **County of Los Angeles**
Address:            **c/o Richard A. Del Guercio, Deputy County Counsel, Suite 1100 Hall of**
Telephone No.              **Records, Los Angeles 12, Calif.**

Type of Organization    **Governmental**
Reported by:            **Harry F. Stols for County of Los Angeles (Notices to abandon dated**
Confirmed by:                                                              **12-9-58)**
New Operator New Status    **NPI**        , Old Operator New Status    **NPI**
Request designation of agent for the following County.    **No**

Remarks:

eb
CC- Mr. E. H. Musser
    Prod. Dept.
    Conservation Committee

_Wm. C. Bailey_
Deputy Supervisor

| | INITIALS | DATE |
|---|---|---|
| Form 121 | | |
| New Well Cards | | |
| Well Records | | |
| Electric Logs | | |
| Production Reports | | |
| Map and Book 42 | R J | 1-5 |
| Form 148 | | |
| Notice to be cancelled | | |

**LEGEND**

PA—Producing Active
NPA—Non Potential Active
PI—Potential Inactive
NPI—Non Potential Inactive
Ab—Abandoned or No More Wells
NOTE—If Transfer Does Not Change Overall Status Enter "No Change"

AOE 61

68375 12-57 4500 ⊗ SPO

EXHIBIT 24

**AOE 62**

FORM 157

**STATE OF CALIFORNIA**
**DEPARTMENT OF NATURAL RESOURCES**
**DIVISION OF OIL AND GAS**

## REPORT ON PROPOSED CHANGE OF WELL DESIGNATION

830 North La Brea Avenue
Inglewood 3, _____ California

December 23, 1958 _____

Mr. Harry P. Stols
530 West Sixth Street
Los Angeles 14, California
Agent for COUNTY OF LOS ANGELES

DEAR SIR:

Your request dated December 9, 1958 _____, relative to change in designation of

well(s) in Sec. 28, T. 2 S., R. 15 W., S.B. B. & M., Playa del Rey _____ field,
21 and

Los Angeles _____ County, District No. 1, has been received;

and in accordance with Section 3203, Public Resources Code, reading in part as follows:

> "* * * The number or designation by which any well heretofore drilled has
> been known, and the number or designation specified for any well in a notice
> filed as required by Section 3203, shall not be changed without first obtaining
> a written consent of the Supervisor."

the proposed change in designation is hereby authorized as follows:

Wells No. "Recreation Gun Club" 7, "Recreation Gun Club" 9 and "Recreation Gun Club" 10,

formerly owned by The Dow Chemical Company, will hereafter be known as your wells No.

"Dow R.G.C." 7, "Dow R.G.C." 9 and "Dow R.G.C." 10, respectively.

42 RJ 1-5

eb
CC- Mr. E. H. Musser
   Prod. Dept.
   Conservation Committee
   Mr. Richard A. Del Guercio
   Dept. of Harbors and Marina
   County Engineer, 524 Pan Amer. Bldg.
   Stanley & Stols (2)

**E. H. MUSSER**
*State Oil and Gas Supervisor*

By _Wm. C. Bailey_
          *Deputy Supervisor*

**AOE 63**

66445 11-57 2350 SPO

EXHIBIT 25

AOE 64

FORM 111

STATE OF CALIFORNIA
DEPARTMENT OF NATURAL RESOURCES

# DIVISION OF OIL AND GAS

## REPORT ON PROPOSED OPERATIONS

No. P 159-4

Mr. **Harry P Stolz**
**530 West 6th Street**                                    **Inglewood 3** Calif.
**LOS ANGELES 14**                                         **January 2, 1959**
Agent for **COUNTY OF LOS ANGELES**

**DEAR SIR:**

Your **supplementary** proposal to **abandon** Well No. **"Dow R.G.C." 10** ,

Section **21** , T. **2 S** , R. **15 W** , S B B. & M., **Playa del Rey** Field, **Los Angeles** County,

dated **Dec. 9, 1958** , received **Dec. 23, 1958** , has been examined in conjunction with records filed in this office.

Present conditions as shown by the records and the proposal are as follows:

**RECORDS IN ADDITION TO, OR AT VARIANCE WITH, THOSE SHOWN IN THE NOTICE:** 11-3/4" cem. 3423',
W.S.O., perf. 3341'-3076', shot 887', pulled to 883', shot at 625', 542', 310' and 40',
pulled from 40'. Plugged w/150 sacks of cement below 786', 150 sacks of cement below 556',
310'-291', and 40'-10'.

**THE NOTICE STATES**
"The present condition of the well is: Abandoned
1. Total Depth: 3906'
2. Complete casing record including plugs: 18-5/8" cemented at 686'
                                              11-3/4" cemented at 3426'
   11-3/4" casing knife perforated 3341' (100 holes), 3245' to 3076' (165 holes), 3272' to 3076'
   (392 holes). Shot at 887' and pulled up to 883' - well blew out. Shot hole at 625' for
   cementing during abandonment. Collar shot at 542' for cementing during abandonment. Collar
   shot at 310' and pulled casing up to 295' for cementing during abandonment. Backed off and
   removed from 40'. 507' of 6-5/8" liner landed at 3903' (top at 3396') including 479' of
   perforations from 3424'-3903'. Plugs: (a) 3376'-3906'
3. Last Produced  Not Available                (b) From unknown depth below 883' in stages, by
                                                   pressure cementing and pumping to 291'
                                               (c) Wood plug in 18-5/8" casing at 35'
                                               (d) 35' to 10' from surface."

**PROPOSAL**
"The proposed work is  Re-enter and Re-abandon
1. Clean out top plug and clean out 11-3/4" casing to top of cement plug reported at a depth
   of 291'.
2. Test location and hardness of cement plug @ 291' with drill pipe & bit. Clean out, addi-
   tional cement plug will be placed at discretion of County Engineer.
3. Place a 50' running bridge (cement) in top of 18-5/8" & 11-3/4" casing strings.
4. Cut and pull 18-5/8" casing from a minimum depth of 0.0' M.L.L.W.
5. Weld steel plate on top of 18-5/8" casing."

**DECISION**
THE PROPOSAL IS APPROVED PROVIDED THAT
1. If the hole is cleaned out below 341', a 50' cement plug shall be placed from 3̶1̶0̶' to 291'.   341
2. All portions of the hole not plugged with cement, shall be filled with heavy rotary mud.
3. THIS DIVISION SHALL BE NOTIFIED TO WITNESS (a) The location and hardness of the cement
   plug at 291'. (b) The placing of the 50' cement surface plug.

RC:OH
cc  Mr Richard A Del Guercio                    E. H. MUSSER, State Oil and Gas Supervisor
    Dept of Harbors & Marina
**No bond**  Stanley & Stolz (3)                                                        **AOE 65**
**required** 8444 7-57 60M SPO  County Engineers, Attn Geo Arndt    By _____, Deputy

EXHIBIT 26

AOE 66

FORM 109-D

STATE OF CALIFORNIA
DEPARTMENT OF NATURAL RESOURCES

# DIVISION OF OIL AND GAS

## Special Report on Operations Witnessed

No. T **159-250**

Mr. **Harry P Stolz**
**530 West 6th Street**                                    **Inglewood 3**    Calif.
**LOS ANGELES 14**                                        **April 9, 1959**
Agent for **COUNTY OF LOS ANGELES**

DEAR SIR:

Operations at your well No. **"Dow R.G.C." 10**          , Sec. **21** , T. **2 S** , R. **15 W** , **S B** B & M.
**Playa del Rey**          Field, in        **Los Angeles**        County, were witnessed
on **April 7, 1959**          , Mr. **G. Beecroft, Engineer**          , representative of the supervisor was present
from **5:00**          to **9:00 p.m.** . There were also present    **R. Geddes, Engineer.**

Present condition of well: **18-5/8" cem. 686'; 11-3/4" cem. 3423', shot 887', pulled to 883', shot at 625', 542', 310', pulled from 40': 6-5/8" ld. 3396'-3906', perf. 3424'-3903'. T.D. 3906', plugged w/cement 3906'-3376', 150 sacks of cement below 786', 150 sacks of cement below 556', plugged w/cement 310'-304' and 68'-17'.**

The operations were performed for the purpose of **witnessing the plugging operations in the process of reabandonment.**

~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~

**MR. GEDDES REPORTED THAT the hole was cleaned out to 304'.**

**THE ENGINEER NOTED:**
1. **The cement plug at the reported depth of 304' supported all the weight of the drill pipe.**
2. **On April 7, 1959, 76 sacks of cement was pumped into the hole through 4-1/2" drill pipe hanging at 68'.**
3. **Cement returned to the surface.**
4. **Cement was circulated out of the hole to 17'.**

**THE PLUGGING OPERATIONS AS WITNESSED AND REPORTED ARE APPROVED.**

**GB:OH**

cc  Mr Richard A Del Guercio
    Department of Harbors & Marina
    Stanley & Stolz
    County Engineers, Attention Mr Geo Arndt

E. H. MUSSER
State Oil and Gas Supervisor

By _____ Deputy

Y/H

63193 9-57 17M ⊙ SPO

EXHIBIT 27

AOE 68

FORM 159 (9-49)



### STATE OF CALIFORNIA
### DEPARTMENT OF NATURAL RESOURCES
### DIVISION OF OIL AND GAS

# REPORT OF WELL ABANDONMENT

Inglewood ———————————— California

April 14 1959 ———————————————

Mr. Harry P Stolz ————————————
530 West 6th Street ————————————
Los Angeles 14 California ————————
Agent for COUNTY OF LOS ANGELES ————————

DEAR SIR:

Your report of abandonment of Well No. **"Dow R.G.C." 10** ——————————,

Sec. **21**, T. **2 S**, R. **15 W**, **S B** B. & M., **Playa del Rey** ———————— field,

**Los Angeles** ————————— County, dated **April 8, 1959** ————————, has been

examined in conjunction with records filed in this office.

A review of the reports and records shows that the requirements of this Division,

which are based on all information filed with it, have been fulfilled.

| MAP | MAP BOOK | CARDS | BOND | FORMS | |
|---|---|---|---|---|---|
| | | | | 114 | 121 |
| N C 6 B | N C 6 B | | No bond required | | E J |

RC:es
cc Mr E H Musser
   Mr R A Del Guercio
   Dept of Harbors and Marina
   Stanley and Stolz
   County Engineers
      Attn Mr Geo Arndt
   Conservation Committee
   Mr L A Dutton
   Fire Prevention Bureau

E. H. MUSSER
*State Oil and Gas Supervisor*

By ~~Wm C Bah~~
                              *Deputy Supervisor*

84442 9-58 10M SPO

AOE 69

EXHIBIT 28

AOE 70

DEPARTMENT OF CONSERVATION
Division of Oil, Gas, and Geothermal Resources
801 K Street, MS 24-03 (Legal Office)
Sacramento, California 95814-3530
Telephone (916) 323-6733
Facsimile (916) 445-9916

# STATE OF CALIFORNIA

# NATURAL RESOURCES AGENCY

# DEPARTMENT OF CONSERVATION

# DIVISION OF OIL, GAS, AND GEOTHERMAL RESOURCES

## EMERGENCY ORDER TO

## PERFORM REMEDIAL WORK

## NO. 1143

**Dated:  January 18, 2019**

**Operator:  MDR Hotels, LLC.**

**Field:  Playa Del Rey**

**Well:  DOW R.G.C. 10 (API 0403713798)**

**BY**
**Kenneth A. Harris, Jr.**
**STATE OIL AND GAS SUPERVISOR**

1

AOE 71

# I.    Introduction

On the afternoon of January 11, 2019, well DOW R.G.C. 10 in Marina del Rey released fluids and gas.  Despite the use of blow-out prevention equipment, an uncontrolled release of fluids, including gas, occurred spraying about 60 feet into the air.

DOW R.G.C. 10 was first drilled in 1931.  It has not been used for production since it was plugged with cement in the 1950s.  When the uncontrolled release occurred, the well was being brought into compliance with current standards for unused wells, a process called "re-abandonment" of the well.  The operator was re-abandoning the well as part of a commercial construction project in a populated section of Marina del Rey.

The uncontrolled release suggests that the well's pressure is higher than the Operator expected and causes the Division of Oil, Gas, and Geothermal Resources (Division) to question the structural integrity of the well.  Immediate action is necessary to secure the well site and stabilize the well to prevent another uncontrolled release.  The well is in a dense urban area on the coast and any such release threatens damage to life, health, property, and natural resources. The well must also be tested and evaluated.  The entire well must be plugged and abandoned to current standards which will require sealing any conduit for pressurized fluids, including gas. The Operator must monitor air quality to protect public health and safety.

The State Oil and Gas Supervisor (Supervisor) has determined that an emergency exists, and that this order is necessary to prevent damage to life, health, property, and natural resources.

# II.    Factual and Procedural Summary

At all times relevant to this Order, MDR Hotels, LLC (Operator) was the "Operator," as defined in PRC section 3009, of the herein identified "well," as defined in PRC section 3008, subdivision (a), located in the Playa Del Rey Field, and was conducting "operations" as defined in Regulations section 1720, subdivision (f).

On or about June 5, 2018, the Operator received approval to re-abandon DOW R.G.C. 10. As part of its permit to re-abandon the well, the Operator was required to install and maintain blowout prevention equipment as defined by the Division's publication No. MO7.

///

*EMERGENCY ORDER TO PERFORM REMEDIAL WORK; NO. 1143*

AOE 72

1    On or about January 11, 2019, during well-abandonment activities, pressure built up

2 within the well casing which caused an uncontrolled release of fluid, including gas, from the

3 well thereby causing the Division to question the structural integrity of the well.  The well must

4 now be properly plugged and abandoned which includes the sealing of any conduit for

5 pressurized gas to escape.

6    From January 11 through January 16, 2019, Division staff maintained 24-hour

7 supervision of DOW R.G.C. 10, coordinated with state and local emergency responders, and

8 instructed the Operator in regaining well control and planning to protect life, health, property,

9 and natural resources.  The Operator's proposals for maintaining well control and proceeding

10 with re-abandonment were determined to be insufficient to protect life, health, property, and

11 natural resources. Because of the serious concerns about the structural integrity of the well and

12 the sensitive location of the well, efforts to secure the site and properly plug and abandon the

13 well must be undertaken without delay.

14    Acting through the State Oil and Gas Supervisor, and under the authority of the Public

15 Resources Code (PRC) and California Code of Regulations, title 14 (Regulations), the

16 California Department of Conservation, Division of Oil, Gas, and Geothermal Resources may

17 determine that an emergency exists in connection with oilfield operations.  In so determining,

18 the Division may issue an order that directs the Operator to take any actions that the Supervisor

19 deems necessary to protect life, health, property, or natural resources.  (PRC, §§ 3013, 3106,

20 3224, 3226.)

21    For the reasons described in this Order, including the likely loss of the structural integrity

22 of the well, the Supervisor determined that an emergency exists which poses an immediate

23 danger to life, health, property, or natural resources.  Therefore, according to PRC sections

24 3013, 3106, 3208.1, 3224, and 3226, and Regulations section 1722.5, among others, and as set

25 forth below in Section VI and VII, the Supervisor is requiring the Operator to immediately and

26 properly plug and abandon Well Dow R.G.C. 10 (API 0403713798) and all associated casing by

27 sealing off any conduit for pressurized gas to escape and in a manner consistent with PRC

28 sections 3208, 3219 and 3220.

3

The Supervisor further orders that the Operator prepare a report detailing the causal factors that contributed to the uncontrolled release of fluids, including gas (Root Cause Analysis Report) which occurred on or about January 11, 2019, during the well reabandonment effort. The Supervisor is required to supervise the drilling, operation, maintenance, and abandonment of wells to prevent, as far as possible, damage to life, health, property, and natural resources pursuant to PRC section 3106.  The Operator and Supervisor must understand the causal factors associated with the uncontrolled release to confirm the necessary steps to effectively remediate the well and protect the public.

### III.   Definitions

The following definitions apply to the terms used in this Order:

**PRC section 3008, subdivision (a)** defines "Well" to mean, among other things, "any well on lands producing or reasonably presumed to contain oil or gas[.]"

**PRC section 3009** defines "Operator" to mean "a person who, by virtue of ownership, or under the authority of a lease or any other agreement, has the right to drill, operate, maintain, or control a well or production facility."

**Regulations section 1720, subdivision (f)**, defines "Operations" to mean "any one or all of the activities of an Operator covered by Division 3 of the Public Resources Code [i.e., the oil and gas law, commencing with PRC section 3000]."

### IV.   Statutory and Related Authority

**PRC section 3013** states that the oil and gas law (Division 3 of the PRC, commencing with section 3000) "shall be liberally construed to meet its purposes" and grants the Supervisor "all powers" that may be necessary to carry out those purposes.

**PRC section 3106, subdivision (a),** authorizes the Supervisor to "supervise the drilling, operation, maintenance, and abandonment of wells and the operation, maintenance, and removal or abandonment of tanks and facilities attendant to oil and gas production … so as to prevent, as far as possible, damage to life, health, property, and natural resources[.]"

**PRC section 3208** states that a well is properly abandoned when it has been shown, to the satisfaction of the Supervisor, that all proper steps have been taken to isolate all oil-bearing

4

1  or gas-bearing strata encountered in the well, and to protect underground or surface water

2  suitable for irrigation or farm or domestic purposes from the infiltration or addition of any

3  detrimental substance and to prevent subsequent damage to life, health, property, and other

4  resources. For purposes of this subdivision, proper steps include the plugging of the well,

5  decommissioning the attendant production facilities of the well, or both, if determined necessary

6  by the Supervisor.

7      **PRC section 3208.1** authorizes the Supervisor to order the reabandonment of any

8  previously abandoned well if the Supervisor or the district deputy has reason the question the

9  previous abandonment.

10     **PRC section 3219** states that "any person engaged in operating any oil or gas well

11  wherein high pressure gas is known to exist, and any person drilling for oil or gas in any district

12  where the pressure of oil or gas is unknown shall equip the well with casings of sufficient

13  strength, and with such other safety devices as may be necessary, in accordance with methods

14  approved by the Supervisor, and shall use every effort and endeavor effectually to prevent

15  blowouts, explosions, and fires."

16     **PRC section 3220** states that "[t]he owner or Operator of any well on lands producing or

17  reasonably presumed to contain oil or gas shall properly case it with water-tight and adequate

18  casing, in accordance with methods approved by the Supervisor or the district deputy, and shall,

19  under his direction, shut off all water overlying and underlying oil-bearing or gas-bearing strata

20  and prevent any water from penetrating such strata. The owner or Operator shall also use every

21  effort and endeavor to prevent damage to life, health, property, and natural resources; to shut out

22  detrimental substances from strata containing water suitable for irrigation or domestic purposes

23  and from surface water suitable for such purposes; and to prevent the infiltration of detrimental

24  substances into such strata and into such surface water."

25     **PRC section 3222** provides: "The owner or Operator of any well shall, at the request of

26  the Supervisor, demonstrate that water from any well is not penetrating oil-bearing or gas-

27  bearing strata or that detrimental substances are not infiltrating into underground or surface

28  water suitable for irrigation or domestic purposes. The owner or Operator shall give the district

*EMERGENCY ORDER TO PERFORM REMEDIAL WORK; NO. 1143*

1  deputy adequate notice of the time at which he will demonstrate the test for shutoff in the well."

2  **PRC section 3224** requires the Supervisor to "order such tests or remedial work as in his

3  judgment are necessary to prevent damage to life, health, property, and natural resources[.]"

4  **PRC section 3226** states: "[I]f the Supervisor determines that an emergency exists, the

5  Supervisor may order or undertake the actions he or she deems necessary to protect life, health,

6  property, or natural resources."

7  **PRC section 3357** authorizes the Supervisor with authority to require technical or

8  monitoring reports.

9  **Regulations section 1722, subdivision (a)**, requires Operator to conduct all operations

10  "in accordance with good oilfield practice."

11  **Regulations section 1722.5** states that "[b]lowout prevention and related well control

12  equipment shall be installed, tested, used, and maintained in a manner necessary to prevent an

13  uncontrolled flow of fluid from a well. Division of Oil, Gas, and Geothermal Resources

14  publication No. MO 7, "Blowout Prevention in California," shall be used by Division personnel

15  as a guide in establishing the blowout prevention equipment requirements specified in the

16  Division's approval of proposed operations."

17  **Regulations section 1723** provides general requirements which apply to plugging and

18  abandoning wells.

19  **Regulations section 1723.1** applies to plugging of Oil or Gas Zones.

20  ## V.     Alleged Acts/Omissions

21  Upon information and belief, Operator experienced serious well control issues which led

22  to a degradation of the well's mechanical integrity resulting in a loss of well control and an

23  uncontrolled release of fluid, including gas, on or about January 11, 2019. Operator's

24  subsequent actions to the uncontrolled release of January 11, 2019, have not been consistent

25  with the actions required to properly control the well and protect life, health, property, and

26  natural resources.

27  / / /

28  / / /

6

*EMERGENCY ORDER TO PERFORM REMEDIAL WORK; NO. 1143*

**AOE 76**

# VI.  Operator's Required Actions (Emergency)

Based on information and belief arising from the above referenced facts, and in accord with the legal authorities described in this Order, the Supervisor has determined that an emergency exists and immediate action is necessary to protect life, health, property, or natural resources.  Therefore, **IT IS HEREBY ORDERED**, pursuant to PRC sections 3013, 3106, 3222, 3224, and 3226, and Regulations section 1722.5, among others, that Operator shall perform the work and acts identified below:

1. **Immediately initiate and maintain continuous ("24/7") well control operations until the anomalous gas zone(s) that contributed to the January 11, 2019 event (described above) are permanently isolated from the wellbore.**

2. **If not already completed, within twelve hours, establish a safety perimeter to limit public access to the well site and surrounding area. The safety perimeter shall be sufficient to prevent public persons from exposure to hazards associated with well control and plugging and abandonment operations.**

3. **If not already completed, within twelve hours, begin monitoring and recording of well pressure, and report well pressure to the Division daily.  Monitoring and recording shall be done continuously.**

4. **If not already completed, within twelve hours, acquire adequate blowout prevention equipment and achieve well control to protect natural resources and public health and safety until the well is properly plugged and abandoned.**

5. **If not already completed, within twelve hours, and every twelve hours thereafter, conduct inspections of the well site, construction site, harbor, and surrounding area for signs of gas or other fluids surfacing.  Inspections should include thermal imaging and/or other technologies designed to detect methane gas emissions. Utilize air monitoring equipment capable of detecting methane concentrations of 1% of the lower explosive limit (LEL) or less.  Report inspection results to the Division daily.**

7

6. Within twelve hours, develop and submit to the Division a plan presenting Operator's rationale and actions to:

a. Establish the safety perimeter;

b. Monitor air quality at the well site, within and outside the safety perimeter to ensure public safety;

c. Monitor well pressure, fluid level, and other well conditions.

7. Within twenty-four hours, develop and submit to the Southern District office, for review and approval by the Supervisor, a well-control and well-abandonment program which will include the following:

a. Stabilization of the well;

b. Removing all debris, as practical, from inside the production casing of the well,

c. Diagnostic testing to determine lithology and gas migration pathways within and immediately outside the well to include but not limited to a gamma ray, temperature, and noise log;

d. Evaluating casing and cement integrity. This will include, but is not limited to, an ultrasonic cement evaluation log and appropriate magnetic flux casing inspection;

e. Identifying anomalous gas-bearing zones behind casing;

f. A detailed chemical evaluation of any fluids released, including but not limited to natural gas; and

g. Any other actions deemed necessary to eliminate the threat of gas migration and properly abandon the well.

8. Preserve and secure all records and evidence acquired by the operator and/or any third-party contractors related to the plugging and abandonment work associated with the well, which includes but is not limited to the blow out prevention equipment.

/ / /

8

## VII.   Operator's Required Actions (Non-Emergency)

Based on information and belief arising from the above referenced facts, and in accord with the legal authorities described in this Order, the Supervisor has determined that remedial work is necessary to prevent damage to life, health, property and natural resources.  Therefore, **IT IS HEREBY ORDERED**, pursuant to PRC sections 3013, 3106, 3222, 3224, and 3357(b)(1), and Regulations section 1722.5, among others, that Operator shall perform the work and acts identified below:

**A. Within 60 days following receipt of this Order, complete a root cause analysis detailing the causal factors which led to loss of well control and the release of fluids, including gas, which occurred on or about January 11, 2019 during the Operator's reabandonment efforts of DOW R.G.C. 10.**

    **a. The Analysis must be facilitated by an independent third party acceptable to the Supervisor and must document the decision-making process and all factors contributing to the uncontrolled release, including geology and reservoir characterization.**

    **b. The report must include findings and any lessons learned.**

    **c. Within 10 days of receipt of this Order, develop and submit the protocol for the analysis, for review, and approval by the Supervisor.**

    **d. Prior to beginning any testing, provide the Southern District Office with the scheduled date, time, and location of the testing to allow for a Division representative to witness any testing.**

    **e. Ensure the contractor performing the root cause analysis distributes all reports, whether final or draft, in their entirety to the Supervisor at the same time they are made available to Operator.**

## VIII.  Operator's Appeal Rights

The Operator may appeal this Order by filing a written notice of appeal with the Director of Conservation as described in PRC section 3350.  Failing to file a notice of appeal within the

9

1  timeframe prescribed in PRC section 3350, subdivision (a), waives Operator's right to challenge

2  this Order and makes the Order final.

3         If the Operator timely files a notice of appeal, Operator will be informed of the appeal

4  hearing date, time, and place.  After the close of the hearing, Operator will receive a written

5  decision that affirms, sets aside, or modifies the Order.

6         The filing of an appeal of this Order will not operate as a stay of any remedial actions

7  which are issued pursuant to the Supervisor's emergency order authority according to PRC

8  section 3226.  (PRC, § 3350, subd. (b)(1).)  Therefore, **regardless of whether Operator timely**

9  **files a notice of appeal of the "Operator's Required Actions (Emergency)" in section VI**

10  **above, Operator must immediately perform the work described herein.**  If the work is not

11  immediately commenced and continued to completion, the Supervisor may appoint necessary

12  agents to enter the premises and perform the work.  Any amount the Supervisor expends will

13  constitute a lien against Operator's real and/or personal property.  (PRC, § 3226.)  If Operator

14  believes that it will be irretrievably injured by performing the work required by this Order

15  pending the appeal's outcome, Operator may seek an order from the appropriate superior court

16  restraining the Division from enforcing the Order pending the outcome of the appeal.  (PRC, §

17  3350, subd. (b)(4).)

18              **IX.    Other Potential Actions to Enforce This Order**

19         Failing to comply with Sections VI or VII (Operator's Required Actions – Emergency

20  and Non-Emergency) of this Order could subject Operator to further enforcement action.

21         PRC section 3236.5 authorizes the Supervisor to impose a civil penalty on a person who

22  violates any provision in Chapter 1 of Division 3 of the PRC or any regulation that implements

23  those statutes, and the Supervisor may in the future impose a civil penalty based on the facts and

24  omissions underlying this emergency order.

25         Further, PRC section 3236 makes it a misdemeanor for any person to violate, fail,

26  neglect, or refuse to comply with any of the provisions of the oil and gas law.  The misdemeanor

27  is punishable by a fine of not less than one hundred dollars ($100) nor more than one thousand

28  dollars ($1,000), or by imprisonment not exceeding six months, or by both the fine and

*EMERGENCY ORDER TO PERFORM REMEDIAL WORK; NO. 1143*                                    **AOE 80**

imprisonment for each separate offense.  PRC section 3359 makes it a misdemeanor to fail or
neglect to comply with an order of the Supervisor.  Each day's further failure, refusal, or neglect
is a separate and distinct offense.  (PRC, § 3359.)

DATED: January 18, 2019

Kenneth A. Harris, Jr.

State Oil and Gas Supervisor

See attached PROOF OF SERVICE for distribution list

11

1

## PROOF OF SERVICE BY CERTIFIED U.S. MAIL

2

   I declare that I am employed in the County of Sacramento, California. I am over the age of 18 and not a party to the within captioned cause. My business address is 801 K Street, MS 18-05, Sacramento, California 95814. On January 18, 2019, I served the following document(s):

3

4

**EMERGENCY ORDER PERFORM REMEDIAL WORK and ORDER NO. 1143**

5

by enclosing them in an envelope and placing the envelope for collection and mailing by certified U.S. mail on the date and at the below listed address(es) following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

6

7

8

9

I served the documents on the person or persons below, as follows:

10

11

| | |
|---|---|
| Anthony Santo<br>MDR Hotels, LLC<br>Hardage Hospitality<br>12555 High Bluff Drive, Suite 330<br>San Diego, CA 92130<br>Certified Mail Receipt Number:<br>7016 1370 0000 0837 9491 | Don Geisinger<br>County of Los Angeles<br>13837 Fiji Way<br>Marina del Rey, CA 90292<br>Certified Mail Receipt Number:<br>7016 1370 0000 0837 9507 |
| Wu Tan<br>Los Angeles County<br>Department of Regional Planning<br>900 Fremont Avenue<br>Alhambra, CA 91808<br>Certified Mail Receipt Number:<br>7016 1370 0000 0837 9514 | Interact (contractor):<br>Val Lerma<br>Interact PMTI<br>260 Maple Court Suite 210<br>Ventura, CA 93003<br>Certified Mail Receipt Number:<br>7016 1370 0000 0837 9521 |

12

13

14

15

16

17

18

19

20

   I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on <u>January 18, 2019</u>, at Sacramento, CA.

21

22

23

_____

Rachael Tadlock

24

25

26

27

28

1

**AOE 82**

EXHIBIT 29

Department of Conservation
Geologic Energy Management Division
Uduak-Joe Ntuk
STATE OIL AND GAS SUPERVISOR
801 K Street, MS 24-03
Sacramento, California 95814-3530
Telephone (916) 323-6733
Facsimile (916) 445-9916

**STATE OF CALIFORNIA**

**NATURAL RESOURCES AGENCY**

**DEPARTMENT OF CONSERVATION**

**GEOLOGIC ENERGY MANAGEMENT DIVISION**

**AMENDED EMERGENCY ORDER TO**

**PERFORM REMEDIAL WORK**

**(to conform with the facts)**

**AND**

**SATISFACTION**

**No. 1143**

**Operator:  MDR Hotels, LLC.**

**Field:  Playa Del Rey**

**Well:  DOW R.G.C. 10 (API 0403713798)**

1

*AMENDED EMERGENCY ORDER TO PERFORM REMEDIAL WORK NO. 1143 AND SATISFACTION*

**AOE 84**

MDR0193814

## I.   <u>Introduction</u>

On the afternoon of January 11, 2019, well DOW R.G.C. 10 in Marina del Rey released fluids and gas. Despite the use of blow-out prevention equipment, an uncontrolled release of fluids, including gas, occurred spraying about 60 feet into the air for approximately ten minutes, as reported by MDR Hotels, LLC.

DOW R.G.C. 10 was first drilled in 1931. It has not been used for production since it was plugged with cement in the 1950s. When the uncontrolled release occurred, the well was being brought into compliance with current standards for unused wells, a process called "re-abandonment" of the well. The operator was re-abandoning the well as part of a commercial construction project in a populated section of Marina del Rey.

The uncontrolled release suggests that the well's pressure is higher than the Operator expected and causes the Geologic Energy Management Division (CalGEM) to question the structural integrity of the well. Immediate action is necessary to secure the well site and stabilize the well to prevent another uncontrolled release. The well is in a dense urban area on the coast and any such release threatens damage to life, health, property, and natural resources. The entire well must be plugged and abandoned to current standards which will require sealing any conduit for pressurized fluids, including gas. The Operator must monitor air quality to protect public health and safety.

The State Oil and Gas Supervisor (Supervisor) has determined that an emergency exists, and that this order is necessary to prevent damage to life, health, property, and natural resources.

## II.   <u>Factual and Procedural Summary</u>

At all times relevant to this Order, MDR Hotels, LLC (Operator) was the "Operator," as defined in PRC section 3009, of the herein identified "well," as defined in PRC section 3008,

2

subdivision (a), located in the Playa Del Rey Field, and was conducting "operations" as defined in Regulations section 1720, subdivision (f).

On or about June 5, 2018, the Operator received approval to re-abandon DOW R.G.C. 10. As part of its permit to re-abandon the well, the Operator was required to install and maintain blowout prevention equipment as defined by the Division's publication No. MO7.

On or about January 11, 2019, during well-abandonment activities, pressure within the well casing caused an uncontrolled release of fluid, including gas, from the well thereby causing the Division to question the structural integrity of the well. The well must now be properly plugged and abandoned which includes the sealing of any conduit for pressurized gas to escape.

From January 11 through January 16, 2019, Division staff maintained 24-hour supervision of DOW R.G.C. 10, coordinated with state and local emergency responders, and instructed the Operator to regain well control and to protect life, health, property, and natural resources. The Operator's initial proposal for maintaining well control and proceeding with re-abandonment included various actions to reduce pressure and make the well safe, including the installation of a Class III Blowout Preventer, but it did not specifically include plans to maintain continuous oversight of well control operations. The Supervisor believes that a re-abandonment plan must specifically include continuous oversight of the well, to protect life, health, property, and natural resources. Because of the serious concerns about the structural integrity of the well and the sensitive location of the well, efforts to secure the site and properly plug and abandon the well must be undertaken without delay.

Acting through the State Oil and Gas Supervisor, and under the authority of the Public Resources Code (PRC) and California Code of Regulations, title 14 (Regulations), CalGEM may determine that an emergency exists in connection with oilfield operations, which is defined to include well abandonment activities. In so determining, the Division may issue an order that

3

directs the Operator to take any actions that the Supervisor deems necessary to protect life, health, property, or natural resources. (PRC, §§ 3013, 3106, 3224, 3226.)

For the reasons described in this Order, including the likely loss of the structural integrity of the well, the Supervisor determined that an emergency exists which poses an immediate danger to life, health, property, or natural resources. Therefore, according to PRC sections 3013, 3106, 3208.1, 3224, and 3226, and Regulations section 1722.5, among others, and as set forth below in Section VI and VII, the Supervisor is requiring the Operator to immediately and properly plug and abandon Well Dow R.G.C. 10 (API 0403713798) and all associated casing by sealing off any conduit for pressurized gas to escape.

The Supervisor further orders that the Operator prepare a report detailing the causal factors that contributed to the uncontrolled release of fluids, including gas (Root Cause Analysis Report) which occurred on or about January 11, 2019, during the well reabandonment effort. The Supervisor is required to supervise the drilling, operation, maintenance, and abandonment of wells to prevent, as far as possible, damage to life, health, property, and natural resources pursuant to PRC section 3106. The Operator and Supervisor must understand the causal factors associated with the uncontrolled release to confirm the necessary steps to effectively remediate the well and protect the public.

### III.   <u>Definitions</u>

The following definitions apply to the terms used in this Order:

**PRC section 3008, subdivision (a)** defines "Well" to mean, among other things, "any well on lands producing or reasonably presumed to contain oil or gas[.]

**PRC section 3009** defines "Operator" to mean "a person who, by virtue of ownership, or under the authority of a lease or any other agreement, has the right to drill, operate, maintain, or control a well or production facility."

4

*AMENDED EMERGENCY ORDER TO PERFORM REMEDIAL WORK NO. 1143 AND SATISFACTION*

**Regulations section 1720, subdivision (f)**, defines "Operations" to mean "any one or all of the activities of an Operator covered by Division 3 of the Public Resources Code [i.e., the oil and gas law, commencing with PRC section 3000]."

### IV.   Statutory and Related Authority

**PRC section 3013** states that the oil and gas law (Division 3 of the PRC, commencing with section 3000) "shall be liberally construed to meet its purposes" and grants the Supervisor "all powers" that may be necessary to carry out those purposes.

**PRC section 3106, subdivision (a),** authorizes the Supervisor to "supervise the drilling, operation, maintenance, and abandonment of wells and the operation, maintenance, and removal or abandonment of tanks and facilities attendant to oil and gas production … so as to prevent, as far as possible, damage to life, health, property, and natural resources[.]"

**PRC section 3208** states that a well is properly abandoned when it has been shown, to the satisfaction of the Supervisor, that all proper steps have been taken to isolate all oil-bearing or gas-bearing strata encountered in the well, and to protect underground or surface water suitable for irrigation or farm or domestic purposes from the infiltration or addition of any detrimental substance and to prevent subsequent damage to life, health, property, and other resources. For purposes of this subdivision, proper steps include the plugging of the well, decommissioning the attendant production facilities of the well, or both, if determined necessary by the Supervisor.

**PRC section 3208.1** authorizes the Supervisor to order the reabandonment of any previously abandoned well if the Supervisor or the district deputy has reason the question the previous abandonment.

**PRC section 3219** states that "any person engaged in operating any oil or gas well wherein high pressure gas is known to exist, and any person drilling for oil or gas in any district where the pressure of oil or gas is unknown shall equip the well with casings of sufficient

5

strength, and with such other safety devices as may be necessary, in accordance with methods approved by the Supervisor, and shall use every effort and endeavor effectually to prevent blowouts, explosions, and fires."

**PRC section 3220** states that "[t]he owner or Operator of any well on lands producing or reasonably presumed to contain oil or gas shall properly case it with water-tight and adequate casing, in accordance with methods approved by the Supervisor or the district deputy, and shall, under his direction, shut off all water overlying and underlying oil-bearing or gas-bearing strata and prevent any water from penetrating such strata. The owner or Operator shall also use every effort and endeavor to prevent damage to life, health, property, and natural resources; to shut out detrimental substances from strata containing water suitable for irrigation or domestic purposes and from surface water suitable for such purposes; and to prevent the infiltration of detrimental substances into such strata and into such surface water."

**PRC section 3222** provides: "The owner or Operator of any well shall, at the request of the Supervisor, demonstrate that water from any well is not penetrating oil-bearing or gas-bearing strata or that detrimental substances are not infiltrating into underground or surface water suitable for irrigation or domestic purposes. The owner or Operator shall give the district deputy adequate notice of the time at which he will demonstrate the test for shutoff in the well."

**PRC section 3224** requires the Supervisor to "order such tests or remedial work as in his judgment are necessary to prevent damage to life, health, property, and natural resources[.]"

**PRC section 3226** states: "[I]f the Supervisor determines that an emergency exists, the Supervisor may order or undertake the actions he or she deems necessary to protect life, health, property, or natural resources."

*AMENDED EMERGENCY ORDER TO PERFORM REMEDIAL WORK NO. 1143 AND SATISFACTION*

**AOE 89**

MDR0193819

**PRC section 3357** authorizes the Supervisor with authority to require technical or monitoring reports.

**Regulations section 1722, subdivision (a)**, requires Operator to conduct all operations "in accordance with good oilfield practice."

**Regulations section 1722.5** states that "[b]lowout prevention and related well control equipment shall be installed, tested, used, and maintained in a manner necessary to prevent an uncontrolled flow of fluid from a well. Division of Oil, Gas, and Geothermal Resources Publication No. MO 7, "Blowout Prevention in California," shall be used by Division personnel as a guide in establishing the blowout prevention equipment requirements specified in the Division's approval of proposed operations."

**Regulations section 1723** provides general requirements which apply to plugging and abandoning wells.

**Regulations section 1723.1** applies to plugging of Oil or Gas Zones.

## V.   Alleged Acts/Omissions

Upon information and belief, as a result of wellbore integrity issues related to the original abandonment, Operator encountered well control challenges involving gas pockets and kicks, and lost circulation of drilling mud which resulted in an uncontrolled release of fluid, including gas, on or about January 11, 2019. In addition to those actions taken by Operator subsequent to the uncontrolled release of January 11, 2019, CalGEM concludes that additional actions are necessary to properly control the well and protect life, health, property, and natural resources.

## VI.  Operator's Required Actions (Emergency)

Based on information and belief arising from the above referenced facts, and in accord with the legal authorities described in this Order, the Supervisor has determined that an emergency exists, and immediate action is necessary to protect life, health, property, or

*AMENDED EMERGENCY ORDER TO PERFORM REMEDIAL WORK NO. 1143 AND SATISFACTION*

AOE 90

MDR0193820

natural resources. Therefore, **IT IS HEREBY ORDERED**, pursuant to PRC sections 3013, 3106, 3222, 3224, and 3226, and Regulations section 1722.5, among others, that Operator shall perform the work and acts identified below:

1.  **Immediately initiate and maintain continuous ("24/7") well control operations until the anomalous gas zone(s) that contributed to the January 11, 2019 event (described above) are permanently isolated from the wellbore.**

2.  **If not already completed, within twelve hours, establish a safety perimeter to limit public access to the well site and surrounding area. The safety perimeter shall be sufficient to prevent public persons from exposure to hazards associated with well control and plugging and abandonment operations.**

3.  **If not already completed, within twelve hours, begin monitoring and recording of well pressure, and report well pressure to the Division daily. Monitoring and recording shall be done continuously.**

4.  **If not already completed, within twelve hours, acquire adequate blowout prevention equipment and achieve well control to protect natural resources and public health and safety until the well is plugged and abandoned.**

5.  **If not already completed, within twelve hours, and every twelve hours thereafter, conduct inspections of the well site, construction site, harbor, and surrounding area for signs of gas or other fluids surfacing. Inspections should include thermal imaging and/or other technologies designed to detect methane gas emissions. Utilize air monitoring equipment capable of detecting methane concentrations of 1% of the lower explosive limit (LEL) or less. Report inspection results to the Division daily.**

6.  **Within twelve hours, develop and submit to the Division a plan presenting Operator's rationale and actions to:**

    a.  **Establish the safety perimeter;**

*AMENDED EMERGENCY ORDER TO PERFORM REMEDIAL WORK NO. 1143 AND SATISFACTION*

MDR0193821

b.  Monitor air quality at the well site, within and outside the safety perimeter to ensure public safety;

c.  Monitor well pressure, fluid level, and other well conditions.

7.  Within twenty-four hours, develop and submit to the Southern District office, for review and approval by the Supervisor, a well-control and well-abandonment program which will include the following:

a.  Stabilization of the well;

b.  Removing all debris, as practical, from inside the production casing of the well,

c.  Diagnostic testing to determine lithology and gas migration pathways within and immediately outside the well to include but not limited to a gamma ray, temperature, and noise log;

d.  Evaluating casing and cement integrity. This will include, but is not limited to, an ultrasonic cement evaluation log and appropriate magnetic flux casing inspection;

e.  Identifying anomalous gas-bearing zones behind casing;

f.  A detailed chemical evaluation of any fluids released, including but not limited to natural gas; and

g.  Any other actions deemed necessary to eliminate the threat of gas migration and properly abandon the well.

8.  Preserve and secure all records and evidence acquired by the operator and/or any third-party contractors related to the plugging and abandonment work associated with the well, which includes but is not limited to the blow out prevention equipment.

## VII.   Operator's Required Actions (Non-Emergency)

Based on information and belief arising from the above referenced facts, and in accord with the legal authorities described in this Order, the Supervisor has determined that remedial work is necessary to prevent damage to life, health, property and natural resources.

9

Therefore, **IT IS HEREBY ORDERED**, pursuant to PRC sections 3013, 3106, 3222, 3224, and 3357(b)(1), and Regulations section 1722.5, among others, that Operator shall perform the work and acts identified below:

1. **Within 60 days following receipt of this Order, complete a root cause analysis detailing the causal factors which led to loss of well control and the release of fluids, including gas, which occurred on or about January 11, 2019 during the Operator's reabandonment efforts of DOW R.G.C. 10.**

   a. **The Analysis must be facilitated by an independent third party acceptable to the Supervisor and must document the decision-making process and all factors contributing to the uncontrolled release, including geology and reservoir characterization.**

   b. **The report must include findings and any lessons learned.**

   c. **Within 10 days of receipt of this Order, develop and submit the protocol for the analysis, for review, and approval by the Supervisor.**

   d. **Prior to beginning any testing, provide the Southern District Office with the scheduled date, time, and location of the testing to allow for a Division representative to witness any testing.**

   e. **Ensure the contractor performing the root cause analysis distributes all reports, whether final or draft, in their entirety to the Supervisor at the same time they are made available to Operator.**

### VIII.  Operator's Appeal Rights

The Operator may appeal this Order by filing a written notice of appeal with the Director of Conservation as described in PRC section 3350. Failing to file a notice of appeal within the timeframe prescribed in PRC section 3350, subdivision (a), waives Operator's right to challenge this Order and makes the Order final.

*AMENDED EMERGENCY ORDER TO PERFORM REMEDIAL WORK NO. 1143 AND SATISFACTION*

**AOE 93**

MDR0193823

If the Operator timely files a notice of appeal, Operator will be informed of the appeal hearing date, time, and place. After the close of the hearing, Operator will receive a written decision that affirms, sets aside, or modifies the Order.

The filing of an appeal of this Order will not operate as a stay of any remedial actions which are issued pursuant to the Supervisor's emergency order authority according to PRC section 3226. (PRC, § 3350, subd. (b)(1).) Therefore, regardless of whether Operator timely files a notice of appeal of the "Operator's Required Actions (Emergency)" in section VI above, Operator must immediately perform the work described herein. If the work is not immediately commenced and continued to completion, the Supervisor may appoint necessary agents to enter the premises and perform the work. Any amount the Supervisor expends will constitute a lien against Operator's real and/or personal property. (PRC, § 3226.) If Operator believes that it will be irretrievably injured by performing the work required by this Order pending the appeal's outcome, Operator may seek an order from the appropriate superior court restraining the Division from enforcing the Order pending the outcome of the appeal. (PRC, § 3350, subd. (b)(4).)

## IX.   Other Potential Actions to Enforce This Order

Failing to comply with Sections VI or VII (Operator's Required Actions – Emergency and Non-Emergency) of this Order could subject Operator to further enforcement action.

PRC section 3236.5 authorizes the Supervisor to impose a civil penalty on a person who violates any provision in Chapter 1 of Division 3 of the PRC or any regulation that implements those statutes, and the Supervisor may in the future impose a civil penalty based on the facts and omissions underlying this emergency order.

Further, PRC section 3236 makes it a misdemeanor for any person to violate, fail, neglect, or refuse to comply with any of the provisions of the oil and gas law. The misdemeanor is punishable by a fine of not less than one hundred dollars ($100) nor more than

11

MDR0193824

one thousand dollars ($1,000), or by imprisonment not exceeding six months, or by both the

fine and imprisonment for each separate offense. PRC section 3359 makes it a misdemeanor

to fail or neglect to comply with an order of the Supervisor. Each day's further failure, refusal,

or neglect is a separate and distinct offense. (PRC, § 3359.)

## X.    Terms of Satisfaction

State Oil and Gas Supervisor, Mr. Uduak-Joe Ntuk, hereby delineates, and MDR Hotels, LLC.

Operator hereby agrees to, the current and contingent terms of the Amended Emergency

Order to Perform Remedial Work and Satisfaction No. 1143.

The Supervisor's execution below indicates the Supervisor's finding that operator

satisfied Emergency Remedial Order No. 1143 (dated January 18, 2019) by acting in

accordance of the alternate programs "Dow RGC 10, Two Stage Program to Cement through

Fish" and "DOW RGC 10, Abandonment Program above Fish" submitted to CalGEM on March

18, 2019 and March 26, 2019, respectively.


DATED: <u>December 29, 2020</u>                  _____

                                                Uduak-Joe Ntuk

                                                State Oil and Gas Supervisor

12

*AMENDED EMERGENCY ORDER TO PERFORM REMEDIAL WORK NO. 1143 AND SATISFACTION*

**AOE 95**

MDR0193825

MDR Hotels, LLC., by the signature of its authorized representative below, attests that it has reviewed the terms set forth above, that it had an opportunity to discuss the terms with its attorneys, and that after such review and discussion agrees to all the above terms as set forth above.   By the signature of MDR Hotel, LLC.'s authorized representative below, MDR Hotels, LLC. agrees that its appeal of Emergency Remedial Order No. 1143 (January 28, 2019) is resolved.

**MDR Hotels, LLC.**

By: _____          Dated:_____

Chase Hardage

Vice President of Operations

*AMENDED EMERGENCY ORDER TO PERFORM REMEDIAL WORK NO. 1143 AND SATISFACTION*          **AOE 96**