**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Patrick J. Foley (Bar No. 180391)
  E-Mail: Patrick.Foley@lewisbrisbois.com
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071
Tel: 213.250.1800  // Fax: 213.250.7900

**PHILLIPS LYTLE LLP**
Joel Blanchet (*Pro Hac Vice*)
  E-Mail: jblanchet@phillipslytle.com
Tristan D. Hujer (*Pro Hac Vice*)
  E-Mail: thujer@phillipslytle.com
Myles K. Bartley (*Pro Hac Vice*)
  E-Mail: mbartley@phillipslytle.com
One Canalside
125 Main Street
Buffalo, NY 14203-288
Tel: 716.847-7050 // Fax: (716) 852-6100

Attorneys for Defendant The Dow Chemical Company

[Additional Counsel Listed on Next Page]

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MDR HOTELS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MARATHON OIL COMPANY, an Ohio corporation; THE DOW CHEMICAL COMPANY, a Delaware corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:20-CV-08008-FLA-JPR<br><br>Honorable Fernando L. Aenlle-Rocha<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT UNDER FED. R. CIV. P. 56**<br><br>[*Filed Concurrently with Memorandum of Points and Authorities; Statement of Uncontroverted Facts and Conclusions of Law; Declaration of Tristan D. Hujer with Exhibits; Appendix of Evidence; and [Proposed] Order*]<br><br>Hearing:<br>Date:       April 14, 2023<br>Time:      1:30 p.m.<br>Location: Courtroom 6B<br><br>Trial Date:   None Set |

**LATHAM & WATKINS LLP**
Mary Rose Alexander (Bar No. 143899)
  E-Mail: *mary.rose.alexander@lw.com*
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: 312.876.7700 // Fax: 312.993.9767

Shannon D. Lankenau (Bar No. 294263)
  E-Mail: *shannon.lankenau@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: 415.391.0600 // Fax: 415.395.8095

Michael A. Hale (Bar No. 319056)
  E-Mail: *michael.hale@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Tel: 213.485.1234 // Fax: 213.891.8763

Attorneys for Defendant Marathon Oil Company

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on April 14, 2023, at 1:30 p.m., or as soon thereafter as this Court may Order, in Courtroom 6B of the First Street Courthouse, located at 350 W. 1st Street, Los Angeles, California, 90012, before the Honorable Fernando L. Aenlle-Rocha, United States District Judge, Defendants Marathon Oil Company and The Dow Chemical Company will, and hereby do, move for summary judgment pursuant to Federal Rule of Civil Procedure 56 and L.R. 56-1.

This motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on February 6, 2023.

This motion is brought on the grounds that there is no genuine issue of material fact and Defendants are entitled to judgment as a matter of law dismissing the remaining claims of Plaintiff MDR Hotels LLC.

This motion is based on this Notice of Motion, Defendants' Memorandum of Points and Authorities, Defendants' Separate Statement of Uncontroverted Facts and Conclusions of Law, the Declaration of Tristan D. Hujer, and all exhibits thereto, the Declaration of J. Daniel Arthur, and all exhibits thereto, the Declaration of Laura Underkuffler, and all exhibits thereto, the Declaration of Daniel Dudak, and all exhibits thereto, the Proposed Order, all other documents in the record in this case, and any matter that may be presented to the Court at the time of the hearing.

Dated: March 10, 2023

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: */s/ Patrick J. Foley*
Patrick J. Foley
Attorneys for Defendant
*The Dow Chemical Company*

| | |
|---|---|
| 1 | **PHILLIPS LYTLE LLP** |
| 2 | |
| 3 | By: */s/ Tristan D. Hujer* |
| 4 | Joel A. Blanchet (*Pro Hac Vice*) |
| | Tristan D. Hujer (*Pro Hac Vice*) |
| 5 | Myles K. Bartley (*Pro Hac Vice*) |
| | Attorneys for Defendant |
| 6 | *The Dow Chemical Company* |
| 7 | |
| 8 | **LATHAM & WATKINS LLP** |
| 9 | |
| 10 | By: */s/ Mary Rose Alexander* |
| 11 | Mary Rose Alexander |
| | Shannon D. Lankenau |
| 12 | Michael A. Hale |
| | Attorneys for Defendant |
| 13 | *Marathon Oil Company* |

## ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(I), I, Tristan D. Hujer, attest under penalty of perjury that I have obtained concurrence and authorization from the other signatories to affix their electronic signatures to this filing.

Dated: March 10, 2023

**PHILLIPS LYTLE LLP**

By /s/ *Tristan D. Hujer*
Tristan D. Hujer

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

91642754.1     3     Case No. 2:20-cv-08008-FLA (JPRx)
DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT UNDER FED. R. CIV. P. 56

## CERTIFICATION OF CONCURRENCE FROM SIGNATORY

I, Patrick J. Foley, am the ECF user whose ID and password are being used to file this **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT UNDER FED. R. CIV. P. 56**. In compliance with C.D. Cal. Civ. L.R. 5-4.3.4(a)(2)(i), I hereby attest that I have obtained the concurrence of the signatory to this document, who is also an ECF user.

*/s/ Patrick J. Foley*
_____
Atty signature