**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Patrick J. Foley (Bar No. 180391)
  E-Mail:  Patrick.Foley@lewisbrisbois.com
633 West Fifth Street, Suite 4000
Los Angeles, CA  90071
Tel: 213.250.1800  // Fax:  213.250.7900

**PHILLIPS LYTLE LLP**
Joel Blanchet (*Pro Hac Vice*)
  E-Mail:  jblanchet@phillipslytle.com
Tristan D. Hujer (*Pro Hac Vice*)
  E-Mail:  thujer@phillipslytle.com
Myles K. Bartley (*Pro Hac Vice*)
  E-Mail:  mbartley@phillipslytle.com
One Canalside
125 Main Street
Buffalo, NY  14203-288
Tel:  716.847-7050 // Fax:  (716) 852-6100

Attorneys for Defendant The Dow Chemical Company

[Additional Counsel Listed on Next Page]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| MDR HOTELS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MARATHON OIL COMPANY, an Ohio corporation; THE DOW CHEMICAL COMPANY, a Delaware corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:20-CV-08008-FLA-JPR<br><br>Honorable Fernando L. Aenlle-Rocha<br><br>**DEFENDANTS' APPENDIX OF EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>[*Filed Concurrently with Notice of Motion; Memorandum of Points and Authorities; Statement of Uncontroverted Facts and Conclusions of Law; Declaration of Tristan D. Hujer with Exhibits; and [Proposed] Order*]<br><br>Hearing:<br>Date:         April 14, 2023<br>Time:        1:30 p.m.<br>Location:   Courtroom 6B<br><br>Trial Date:    None Set |

| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| | Mary Rose Alexander (Bar No. 143899) |
| 2 | mary.rose.alexander@lw.com |
| | 330 North Wabash Avenue, Suite 2800 |
| 3 | Chicago, IL 60611 |
| | Tel: 312.876.7700 |
| 4 | Fax: 312.993.9767 |
| 5 | Shannon D. Lankenau (Bar No. 294263) |
| | shannon.lankenau@lw.com |
| 6 | 505 Montgomery Street, Suite 2000 |
| | San Francisco, CA 94111 |
| 7 | Tel: 415.391.0600 |
| | Fax: 415.395.8095 |
| 8 | |
| | Michael A. Hale (Bar No. 319056) |
| 9 | michael.hale@lw.com |
| | 355 South Grand Avenue, Suite 100 |
| 10 | Los Angeles, CA 90071 |
| | Tel: 213.485.1234 |
| 11 | Fax: 213.891.8763 |
| 12 | *Attorneys for Defendant Marathon Oil Company* |

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

91674426.1 | 2 | Case No. 2:20-CV-08008-FLA-JPR
DEFENDANTS' APPENDIX OF EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendants Marathon Oil Company and The Dow Chemical Company respectfully submit this Appendix of Evidence in Support of Defendants' Motion for Summary Judgment.

| Exhibit | Date | Description | Page No. |
|---|---|---|---|
|  | 3/10/23 | Declaration of Tristan D. Hujer in Support of Defendants' Motion for Summary Judgment | 1 |
| 1 | 12/28/29 | Oil and Gas Lease between Recreation Gun Club (lessors) to A.A. Curtice (lessees) | 10 |
| 2 | 1/16/30 | Agreement to assign rights under 1929 Oil and Gas Lease from A.A. Curtice to The Ohio Oil Company | 12 |
| 3 | 2/19/31-4/14/59 | Historical Well Records | 15 |
| 4 | 1/21/39 | Agreement to extend the 1929 Oil and Gas Lease between Recreation Gun Club and The Ohio Oil Company | 51 |
| 5 | 7/10/41 | Quitclaim Deed to terminate the 1929 Oil and Gas Lease | 54 |
| 6 | 11/24/58 | Quitclaim Deed to the County of Los Angeles, executed by The Ohio Oil Company | 58 |
| 7 | 7/15/41 | Oil and Gas Lease between Recreation Gun Club (lessors) to Dow (lessees) | 62 |
| 8 | 11/24/41 | Letter by DOGGR confirming transfer of wells from The Ohio Oil Company to Dow Chemical Company | 69 |
| 9 | 12/4/61 | Quitclaim Deed from Dow Chemical Company to County of Los Angeles | 71 |
| 10 | 12/1/58 | Quitclaim Deed to the County of Los Angeles, executed by the Recreation Gun Club | 77 |
| 11 | 7/31/17 | Excerpts from the Lease Agreement between MDR Hotels, LLC and the County of Los Angeles | 81 |
| 12 | 3/2/12 | Proposed Items to Discuss with Beaches and Harbors | 134 |
| 13 | 7/29/96 | Phase I Site Assessment | 140 |
| 14 | 12/30/06 | Phase I Environmental Site Assessment Report9/13/12 | 149 |
| 15 | 9/13/12 | Email from Bill Pangelinan to Sam Hardage | 163 |

| | | | |
|---|---|---|---|
| 16 | 7/28/16 | Excerpts of a Geotechnical Design Report prepared by Shannon and Wilson | 165 |
| 17 | 11/23/16 | Email from Bruce Leidenberger to Sam Hardage | 172 |
| 18 | 8/23/06 | Methane Site Assessment Report prepared by Methane Specialists | 184 |
| 19 | 3/08 | Draft Environmental Impact Report | 210 |
| 20 | 5/3/08 | Letter from Methane Specialists to Mark Rousseau | 247 |
| 21 | 2/22/18 | Email between Methane Specialists and DOGGR | 250 |
| 22 | 1/18/19 | DOGGR's Emergency Order No. 1143 to Perform Remedial Work | 272 |
| 23 | 2/19 | MDR presentation to DOGGR regarding Well Reabandonment | 285 |
| 24 | 2/14/19 | Letter from Interact PMTI, Inc. to Mike Hale | 312 |
| 25 | 2/17/19 | Email chain including email from Michael Giuliani to DOGGR | 320 |
| 26 | 3/13/19 | Presentation Outline from Interact PMTI, Inc. | 324 |
| 27 | 6/7/19 | Root Cause Analysis of the Dow RGC 10 Well Blowouts prepared by Exponent Inc. | 349 |
| 28 | 4/11/19 | Email chain including an email from Katie Butler with Los Angeles County to Michael Hale | 357 |
| 29 | 9/7/21 | Excerpts of MDR's Responses to The Dow Chemical Company's First Set of Interrogatories | 361 |
| 30 | 5/9/22 | MDR's Responses to The Dow Chemical Company's Third Set of Interrogatories | 379 |
| 31 | 6/13/19 | Letter from DOGGR to Michael Hale | 389 |
| 32 | 6/5/18 | Letter from DOGGR to Anthony Santo | 397 |
| 33 | 3/11/20 | Letter from DOGGR to Anthony Santo, Michael Hale, and Gary Jones | 427 |
| 34 | 1/30/19 | Letter from DOGGR to Amy Bodek and John Kelly | 431 |
| 35 | 10/23/96 | Excerpts from a Phase II Site Assessment | 435 |
| 36 | 12/23/13 | Excerpts from a document titled, "SUMMARY OF TERMS FOR LEASE OPTION MARINA DEL REY PARCEL 9U" | 449 |
| 37 | 9/2/14 | Email from Bruce Leidenberger to Sam Hardage | 452 |

| # | Date | Description | Page |
|---|---|---|---|
| 38 | 9/2/14 | Spreadsheet titled "Marina Del Rey" | 454 |
| 39 | 12/17/21 | Excerpts from the certified transcription of the deposition of Christopher Phillips as Fed. R. Civ. P. 30(b)(6) witness for CalGEM. | 456 |
| 40 | 1/13/23 | Excerpts from the certified transcription of the deposition of Jeff Jordan | 465 |
| 41 | 4/14/22 | Excerpts from the certified transcription of the deposition of Bill Pangelinan | 480 |
| 42 | 5/16/22 | Excerpts from the certified transcription of the deposition of Samuel A. Hardage | 500 |
| 43 | 2/14/23 | Excerpts from the certified transcription of the deposition of Daniel Dudak | 507 |
| 44 | 2/11/22 | Excerpts from the certified transcription of the deposition of Aaron G. Scheet as Fed. R. Civ. P. 30(b)(6) witness for Wild Well Control | 510 |
| 45 | 3/29/22 | Excerpts from the certified transcription of the deposition of Val Lerma as Fed. R. Civ. P. 30(b)(6) witness for Interact PMTI Inc. | 515 |
| 46 | 2/8/22 | Excerpts from the certified transcription of the deposition of Michael Hale | 518 |
| 47 | 5/25/22 | Excerpts from the certified transcription of the deposition of Don Geisinger as Fed. R. Civ. P. 30(b)(6) witness for Los Angeles County Department of Beaches and Harbors | 522 |
| 48 | 2/14/22 | Excerpts from the certified transcription of the deposition of Michel Vasconcellos as Fed. R. Civ. P. 30(b)(6) witness for CalGEM | 526 |
| 49 | 8/30/22 | Excerpts from the certified transcription of the deposition of Michael Welch as Fed. R. Civ. P. 30(b)(6) witness for Marathon | 531 |
| 50 | 5/24/22 | Excerpts from the certified transcription of the deposition of Hyrum Madsen as Fed. R. Civ. P. 30(b)(6) witness for MDR | 536 |
| 51 | 2/24/22 | Excerpts from the certified transcription of the deposition of Chris Conahan as Fed. R. Civ. P. 30(b)(6) witness for Methane Specialists | 541 |
| 52 | 11/21/22 | Excerpts from the Analysis of the Dow RGC #10 Well: Construction in 1931, Plug and Abandonment in 1956, and Re-Abandonment in 2018/2019 by Jeff S. Jordan, P.E. | 545 |

| 53 | 1/19/23 | Rebuttal Expert Report by Jeff S. Jordan, P.E. | 561 |
|---|---|---|---|
|  |  | Declaration of J. Daniel Arthur | 570 |
| A | 11/22/22 | Initial Expert Report of J. Daniel Arthur | 574 |
| B | 1/19/23 | Rebuttal Expert Report of J. Daniel Arthur | 732 |
|  |  | Declaration of Laura Underkuffler | 778 |
| A | 11/22/22 | Initial Expert Report of Laura Underkuffler | 782 |
|  |  | Declaration of Daniel Dudak | 868 |
| A | 11/22/22 | Initial Expert Report of Daniel Dudak | 872 |
| B | 1/19/23 | Rebuttal Expert Report of Daniel Dudak | 901 |

Dated: March 10, 2023

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:  **/s/ Patrick J. Foley**
Patrick J. Foley
Attorneys for Defendant
*The Dow Chemical Company*


**PHILLIPS LYTLE LLP**

By:  **/s/ Tristan D. Hujer**
Joel A. Blanchet (*Pro Hac Vice*)
Tristan D. Hujer (*Pro Hac Vice*)
Myles K. Bartley (*Pro Hac Vice*)
Attorneys for Defendant
*The Dow Chemical Company*


**LATHAM & WATKINS LLP**

By:  **/s/ Mary Rose Alexander**
Mary Rose Alexander
Shannon D. Lankenau
Michael A. Hale
Attorneys for Defendant
*Marathon Oil Company*

# **ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(I), I, Tristan D. Hujer, attest under penalty of perjury that I have obtained concurrence and authorization from the other signatories to affix their electronic signatures to this filing.

Dated: March 10, 2023               **PHILLIPS LYTLE LLP**


By */s/ Tristan D. Hujer*
    Tristan D. Hujer

# CERTIFICATION OF CONCURRENCE FROM SIGNATORY

I, Patrick J. Foley, am the ECF user whose ID and password are being used to file this **DEFENDANTS' APPENDIX OF EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**. In compliance with C.D. Cal. Civ. L.R. 5-4.3.4(a)(2)(i), I hereby attest that I have obtained the concurrence of the signatory to this document, who is also an ECF user.

*/s/ Patrick J. Foley*
_____
Atty signature