# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MDR HOTELS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MARATHON OIL COMPANY, an Ohio corporation; THE DOW CHEMICAL COMPANY, a Delaware corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:20-CV-08008-FLA-JPR<br><br>Honorable Fernando L. Aenlle-Rocha<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>[*Filed Concurrently with Notice of Motion; Memorandum of Points and Authorities; Statement of Uncontroverted Facts and Conclusions of Law; Declaration of Tristan D. Hujer with Exhibits; and Appendix of Evidence*]<br><br>Hearing:<br>Date:         April 14, 2023<br>Time:        1:30 p.m.<br>Location:  Courtroom 6B<br><br>Trial Date:   None Set |

///

91678841.1                                                       i                                Case No. 2:20-CV-08008-FLA-JPR
[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

# [PROPOSED] ORDER

Pending before the Court is Defendants Marathon Oil Company's and The Dow Chemical Company's (collectively, "Defendants") Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56.

The Court, having considered the Parties' submissions in support of and in opposition to Defendants' Motion to for Summary Judgment, the pleadings, and all arguments presented by counsel, hereby **ORDERS** that Defendants' Motion for Summary Judgment is **GRANTED**. MDR's remaining claim are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

DATED: March ___, 2023

_____
Fernando L. Aenlle-Rocha

# CERTIFICATION OF CONCURRENCE FROM SIGNATORY

I, Patrick J. Foley, am the ECF user whose ID and password are being used to file this **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**.  In compliance with C.D. Cal. Civ. L.R. 5-4.3.4(a)(2)(i), I hereby attest that I have obtained the concurrence of the signatory to this document, who is also an ECF user.

*/s/ Patrick J. Foley*
Atty signature