**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Patrick J. Foley (Bar No. 180391)
  E-Mail: Patrick.Foley@lewisbrisbois.com
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071
Tel: 213.250.1800 // Fax: 213.250.7900

**PHILLIPS LYTLE LLP**
Joel Blanchet (*Pro Hac Vice*)
  E-Mail: jblanchet@phillipslytle.com
Tristan D. Hujer (*Pro Hac Vice*)
  E-Mail: thujer@phillipslytle.com
Myles K. Bartley (*Pro Hac Vice*)
  E-Mail: mbartley@phillipslytle.com
One Canalside
125 Main Street
Buffalo, NY 14203-288
Tel: 716.847-7050 // Fax: (716) 852-6100

Attorneys for Defendant The Dow Chemical Company

[Additional Counsel Listed on Next Page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MDR HOTELS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MARATHON OIL COMPANY, an Ohio corporation; THE DOW CHEMICAL COMPANY, a Delaware corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:20-CV-08008-FLA-JPR<br><br>Honorable Fernando L. Aenlle-Rocha<br><br>**DECLARATION OF TRISTAN D. HUJER IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>[*Filed Concurrently with Notice of Motion; Memorandum of Points and Authorities; Statement of Uncontroverted Facts and Conclusions of Law; Appendix of Evidence; and* [*Proposed*] *Order*]<br><br>Hearing:<br>Date:        April 14, 2023<br>Time:       1:30 p.m.<br>Location:  Courtroom 6B<br><br>Trial Date:   None Set |

/ / /

**LATHAM & WATKINS LLP**
Mary Rose Alexander (Bar No. 143899)
  E-Mail: *mary.rose.alexander@lw.com*
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: 312.876.7700 // Fax: 312.993.9767

Shannon D. Lankenau (Bar No. 294263)
  E-Mail: *shannon.lankenau@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: 415.391.0600 // Fax: 415.395.8095

Michael A. Hale (Bar No. 319056)
  E-Mail: *michael.hale@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Tel: 213.485.1234 // Fax: 213.891.8763

Attorneys for Defendant Marathon Oil Company

# DECLARATION OF TRISTAN D. HUJER

I, Tristan D. Hujer, declare as follows:

1. I am an attorney at the law firm of Phillips Lytle, LLP, counsel of record for Defendant The Dow Chemical Company ("Dow") in this action. I make this declaration in support of Defendants Marathon Oil Company's ("Marathon") and Dow's Motion for Summary Judgment (the "Motion"). The contents of this declaration are based on my own personal knowledge through my representation of Dow in this action and, if called upon to do so, I could fully testify truthfully and competently thereto.

**Documents Produced by Plaintiff and Third-Parties or Publicly Available**

2. Attached as **Exhibit 1** is a true and correct copy of the Oil and Gas Lease between Recreation Gun Club (lessors) to A.A. Curtice (lessees) for the subject property (the "Property"), dated December 28, 1929. This document was recorded with the Los Angeles County Registrar-Recorder/County Clerk's office and is publicly available. It is subject to judicial notice on the basis that it is a matter of public record. *See* Fed. R. Evid. 201(b); *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 (9th Cir. 2006) (courts "may take judicial notice of . . . matters of public record").

3. Attached as **Exhibit 2** is a true and correct copy of an Agreement to assign rights under 1929 Oil and Gas Lease from A.A. Curtice to The Ohio Oil Company, dated January 16, 1930. This document was recorded with the Los Angeles County Registrar-Recorder/County Clerk's office and is publicly available. It is subject to judicial notice on the basis that it is a matter of public record. *See* Fed. R. Evid. 201(b); *Reyn's Pasta Bella, LLC*, 442 F.3d at 746.

4. Attached as **Exhibit 3** is a true and correct copy of the historical well records for the subject well (the "Well") and bearing beginning Bates number MDR0083178 maintained by the Department of Natural Resources, Division of Oil and Gas ("DOGGR"), dated February 1931 - April 1959. This document was produced by Plaintiff MDR Hotels LLC ("MDR") in this action. It is also publicly available from

the California Geologic Energy Management Division ("CalGEM"), the successor agency to DOGGR, which makes historical well records available for search and download on its official webpage. It is subject to judicial notice on the basis that it is a matter of public record. *See* Fed. R. Evid. 201(b); *Reyn's Pasta Bella, LLC*, 442 F.3d at 746.

5. Attached as **Exhibit 4** is a true and correct copy of an Agreement to extend the 1929 Oil and Gas Lease between Recreation Gun Club and The Ohio Oil Company, dated January 21, 1939. This document was recorded with the Los Angeles County Registrar-Recorder/County Clerk's office and is publicly available. It is subject to judicial notice on the basis that it is a matter of public record. *See* Fed. R. Evid. 201(b); *Reyn's Pasta Bella, LLC*, 442 F.3d at 746.

6. Attached as **Exhibit 5** is a true and correct copy of a Quitclaim Deed to terminate the 1929 Oil and Gas Lease, executed by The Ohio Oil Company on July 10, 1941. This document was recorded with the Los Angeles County Registrar-Recorder/County Clerk's office and is publicly available. It is subject to judicial notice on the basis that it is a matter of public record. *See* Fed. R. Evid. 201(b); *Reyn's Pasta Bella, LLC*, 442 F.3d at 746.

7. Attached as **Exhibit 6** is a true and correct copy of a Quitclaim Deed releasing all rights, title and interest in the Property to the County of Los Angeles, executed by The Ohio Oil Company on November 24, 1958, and recorded on December 9, 1958 in Los Angeles County. This document was recorded with the Los Angeles County Registrar-Recorder/County Clerk's office and is publicly available. It is subject to judicial notice on the basis that it is a matter of public record. *See* Fed. R. Evid. 201(b); *Reyn's Pasta Bella, LLC*, 442 F.3d at 746.

8. Attached as **Exhibit 7** is a true and correct copy of the Oil and Gas Lease between Recreation Gun Club (lessors) to Dow (lessees) for the Property, dated July 15, 1941. This document was recorded with the Los Angeles County Registrar-Recorder/County Clerk's office and is publicly available. It is subject to judicial notice

on the basis that it is a matter of public record. *See* Fed. R. Evid. 201(b); *Reyn's Pasta Bella, LLC*, 442 F.3d at 746.

9. Attached as **Exhibit 8** is a true and correct copy of a letter by DOGGR confirming transfer of wells from The Ohio Oil Company to Dow, dated November 24, 1941, and bearing beginning Bates number PANGEL00084546. It was produced by Bill Pangelinan in this action. It is subject to judicial notice on the basis that they are matters of public record. *See* Fed. R. Evid. 201(b); *Reyn's Pasta Bella*, 442 F.3d at 746.

10. Attached as **Exhibit 9** is a true and correct copy of the Corporation Quitclaim Deed from Dow to County of Los Angeles, dated December 4, 1961 bearing beginning Bates number LACREG00000379. It was produced by the Los Angeles County Registrar-Recorder in this action. This document was recorded with the Los Angeles County Registrar-Recorder/County Clerk's office and is publicly available. It is subject to judicial notice on the basis that it is a matter of public record. *See* Fed. R. Evid. 201(b); *Reyn's Pasta Bella, LLC*, 442 F.3d at 746.

11. Attached as **Exhibit 10** is a true and correct copy of a Quitclaim Deed releasing all rights, title and interest in the Property to the County of Los Angeles, executed by the Recreation Gun Club on December 1, 1958, and recorded on December 9, 1958 in Los Angeles County. This document was recorded with the Los Angeles County Registrar-Recorder/County Clerk's office and is publicly available. It is subject to judicial notice on the basis that it is a matter of public record. *See* Fed. R. Evid. 201(b); *Reyn's Pasta Bella, LLC*, 442 F.3d at 746.

12. Attached as **Exhibit 11** is a true and correct copy of relevant excerpts from the Lease Agreement between MDR Hotels, LLC and the County of Los Angeles, dated July 31, 2017. These excerpts include MDR's 2013 Development Plan attached as Ex. B to the Lease. The Lease Agreement and Development Plan were provided to Defendants by Los Angeles County on October 19, 2020 in response to Defendants' public records request pursuant to the California Public Records Act, Gov. Code sections 6250 et seq.

91662858.1    3    Case No. 2:20-cv-08008-FLA (JPRx)
DECLARATION OF TRISTAN D. HUJER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

13.     Attached as **Exhibit 12** is a true and correct copy of a document titled, Proposed Items to Discuss with Beaches and Harbors, sent on March 2, 2012 from Bill Pangelinan at La Jolla Pacific Development Group, Inc., to Aaron Clark at Armbruster Goldsmith & Delvac LLP and Sam Hardage and Jeff Greenberg at Hardage Hospitality, and bearing beginning Bates number MDR0456180. It was produced by MDR in this action.

14.     Attached as **Exhibit 13** is a true and correct copy of excerpts from the Phase I Site Assessment for Parcel 9-U, Marina Del Rey, California, dated July 29, 1996, and bearing beginning Bates number LACDBH0022307. It was produced by the Los Angeles County Department of Beaches and Harbors in this action.

15.     Attached as **Exhibit 14** is a true and correct copy of excerpts from the Phase I Environmental Site Assessment Report for Parcel 9-U, 13800 Tahiti Way, Assessor Parcel Number 4224-002-900, Marina Del Rey, Los Angeles County, California, dated November 30, 2006, prepared for the County of Los Angeles Department of Public Works, and bearing beginning Bates number LEIGHTON00000291. It was produced by Leighton Consulting, Inc. in this action.

16.     Attached as **Exhibit 15** is a true and correct copy of an email dated September 13, 2012 from Bill Pangelinan at La Jolla Pacific Development Group, Inc., to Sam Hardage at Hardage Hospitality, titled "Marriot – MdR : Oil Well," and bearing beginning Bates number MDR0447889. It was produced by MDR in this action.

17.     Attached as **Exhibit 16** is a true and correct copy of excerpts of a Geotechnical Design Report prepared by Shannon and Wilson dated July 28, 2016 and bearing beginning Bates number MDR0107358. It was produced by MDR in this action.

18.     Attached as **Exhibit 17** is a true and correct copy of an email from Bruce Leidenberger to Sam Hardage dated November 23, 2016 bearing beginning Bates number MDR0137923, and excerpts of an attached Phase II Subsurface Investigation Report prepared by Partner Engineering and Science, Inc., dated November 17, 2016

1  bearing beginning Bates number MDR0137926.  These documents were produced by
2  MDR in this action.

3       19.    Attached as **Exhibit 18** is a true and correct copy of a Methane Site
4  Assessment Report prepared by Methane Specialists dated August 23, 2006.

5       20.    Attached as **Exhibit 19** is a true and correct copy of a March 2008 draft
6  Environmental Impact Report bearing beginning Bates number LACDBH0021218.  It
7  was produced by the Los Angeles County Department of Beaches and Harbors in this
8  action.

9       21.    Attached as **Exhibit 20** is a true and correct copy of a May 3, 2008 letter
10 from Methane Specialists, addressed to Mark Rousseau, the President of Woodfin
11 Suites LLC at that time, and bearing beginning Bates number SHANNON00028625.  It
12 was produced by Shannon & Wilson, Inc. in this action.

13      22.    Attached as **Exhibit 21** is a true and correct copy of an email dated
14 February 22, 2018, between Methane Specialists and DOGGR, and bearing beginning
15 Bates number CAGEM00011956.  It was produced by CalGEM in this action.

16      23.    Attached as **Exhibit 22** is a true and correct copy of DOGGR's Emergency
17 Order No. 1143 to Perform Remedial Work, dated January 18, 2019.  Exhibit 31 is
18 subject to judicial notice on the basis that it is a matter of public record.  *See* Fed. R.
19 Evid. 201(b); *Reyn's Pasta Bella, LLC*, 442 F.3d at 746.

20      24.    Attached as **Exhibit 23** is a true and correct copy of an MDR presentation
21 to DOGGR regarding Well Reabandonment dated February 2019 and bearing beginning
22 Bates number CALGEM00008965.  It was produced by CalGem in this action.

23      25.    Attached as **Exhibit 24** is a true and correct copy of a letter from Interact
24 PMTI, Inc. to Mike Hale dated February 14, 2019 bearing beginning Bates number
25 MDR0001848,  It was produced by MDR in this action.

26      26.    Attached as **Exhibit 25** is a true and correct copy of an email chain bearing
27 beginning Bates number MDR0070102 that includes an email dated February 17, 2019
28 from Michael Giuliani to DOGGR.  It was produced by MDR in this action.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

91662858.1                                    5                         Case No. 2:20-cv-08008-FLA (JPRx)
DECLARATION OF TRISTAN D. HUJER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

27. Attached as **Exhibit 26** is a true and correct copy of a Presentation Outline from Interact PMTI, Inc. dated March 13, 2019 bearing beginning Bates number LACDBH0021022. It was produced by the Los Angeles County Department of Beaches and Harbors in this action.

28. Attached as **Exhibit 27** is a true and correct copy of excerpts of a Root Cause Analysis of the Dow RGC 10 Well Blowouts prepared by Exponent Inc. dated June 7, 2019 and bearing beginning Bates number MDR0003857. It was produced by MDR in this action.

29. Attached as **Exhibit 28** is a true and correct copy of an email chain including an email from Katie Butler with Los Angeles County to Michael Hale dated April 11, 2019 and bearing beginning Bates number MDR0071334. It was produced by MDR in this action.

30. Attached as **Exhibit 29** is a true and correct copy of excerpts of MDR's Responses to Dow's First Set of Interrogatories dated September 7, 2021.

31. Attached as **Exhibit 30** is a true and correct copy of MDR's Responses To Dow's Third Set of Interrogatories dated May 9, 2022.

32. Attached as **Exhibit 31** is a true and correct copy of a letter from DOGGR to Michael Hale dated June 13, 2019 bearing beginning Bates number MDR0054083. It was produced by MDR in this action.

33. Attached as **Exhibit 32** is a true and correct copy of a letter from DOGGR to Anthony Santo dated June 5, 2018 bearing beginning Bates number MDR0001272. It was produced by MDR in this action.

34. Attached as **Exhibit 33** is a true and correct copy of a letter from DOGGR to Anthony Santo, Michael Hale, and Gary Jones dated March 11, 2020 bearing beginning Bates number MDR0000034. It was produced by MDR in this action.

35. Attached as **Exhibit 34** is a true and correct copy of a letter from DOGGR to Amy Bodek and John Kelly dated January 30, 2019 bearing beginning Bates number CALGEM00006971. It was produced by CalGem in this action.

36. Attached as **Exhibit 35** is a true and correct copy of excerpts from the Phase II Site Assessment for Parcel 9-U, Marina Del Rey, California, dated October 23, 1996, and bearing beginning Bates number LACDBH0022418. It was produced by the Los Angeles County Department of Beaches and Harbors in this action.

37. Attached as **Exhibit 36** is a true and correct copy of excerpts from a document titled, "SUMMARY OF TERMS FOR LEASE OPTION MARINA DEL REY PARCEL 9U," dated December 23, 2013, and bearing beginning Bates number PANGEL00042980. It was produced by Bill Pangelinan in this action.

38. Attached as **Exhibit 37** is a true and correct copy of an email dated September 2, 2014 from Bruce Leidenberger at La Jolla Pacific Development Group, Inc., to Sam Hardage at Hardage Hospitality, titled "MDR," and bearing beginning Bates number PANGEL00072109. It was produced by Bill Pangelinan in this action.

39. Attached as **Exhibit 38** is a true and correct copy of an attachment to Exhibit 37, a spreadsheet titled "Marina Del Rey," dated September 2, 2014, and bearing beginning Bates number PANGEL00072110. It was produced by Bill Pangelinan in this action.

## Deposition Testimony

40. Attached as **Exhibit 39** is a true and correct copy of excerpts from the certified transcription of the December 17, 2021 deposition of Christopher Phillips as Fed. R. Civ. P. 30(b)(6) witness for CalGEM.

41. Attached as **Exhibit 40** is a true and correct copy of excerpts from the certified transcription of the January 13, 2023 deposition of Jeff Jordan.

42. Attached as **Exhibit 41** is a true and correct copy of excerpts from the certified transcription of the April 14, 2022 deposition of Bill Pangelinan.

43. Attached as **Exhibit 42** is a true and correct copy of excerpts from the certified transcription of the May 16, 2022 deposition of Samuel A. Hardage.

44. Attached as **Exhibit 43** is a true and correct copy of excerpts from the certified transcription of the February 14, 2023 deposition of Daniel Dudak.

45. Attached as **Exhibit 44** is a true and correct copy of excerpts from the certified transcription of the February 11, 2022 deposition of Aaron G. Scheet as Fed. R. Civ. P. 30(b)(6) witness for Wild Well Control.

46. Attached as **Exhibit 45** is a true and correct copy of excerpts from the certified transcription of the March 29, 2022 deposition of Val Lerma as Fed. R. Civ. P. 30(b)(6) witness for Interact PMTI Inc.

47. Attached as **Exhibit 46** is a true and correct copy of excerpts from the certified transcription of the February 8, 2022 deposition of Michael Hale.

48. Attached as **Exhibit 47** is a true and correct copy of excerpts from the certified transcription of the May 25, 2022 deposition of Don Geisinger as Fed. R. Civ. P. 30(b)(6) witness for Los Angeles County Department of Beaches and Harbors.

49. Attached as **Exhibit 48** is a true and correct copy of excerpts from the certified transcription of the February 14, 2022 deposition of Michel Vasconcellos as Fed. R. Civ. P. 30(b)(6) witness for CalGEM.

50. Attached as **Exhibit 49** is a true and correct copy of excerpts from the certified transcription of the August 30, 2022 deposition of Michael Welch as Fed. R. Civ. P. 30(b)(6) witness for Marathon.

51. Attached as **Exhibit 50** is a true and correct copy of excerpts from the certified transcription of the May 24, 2022 deposition of Hyrum Madsen as Fed. R. Civ. P. 30(b)(6) witness for MDR.

52. Attached as **Exhibit 51** is a true and correct copy of excerpts from the certified transcription of the February 24, 2022 deposition of Chris Conahan as Fed. R. Civ. P. 30(b)(6) witness for Methane Specialists.

### Expert Reports

53. Attached as **Exhibit 52** is a true and correct copy of excerpts from the Analysis of the Dow RGC #10 Well: Construction in 1931, Plug and Abandonment in 1956, and Re-Abandonment in 2018/2019 by Jeff S. Jordan, P.E., dated November 21, 2022.

54. Attached as **Exhibit 53** is a true and correct copy of excerpts from the Rebuttal Expert Report by Jeff S. Jordan, P.E., dated January 19, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of March, 2023 at Buffalo, New York.

*/s/ Tristan D. Hujer*
Tristan D. Hujer

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

91662858.1  9  Case No. 2:20-cv-08008-FLA (JPRx)
DECLARATION OF TRISTAN D. HUJER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

# CERTIFICATION OF CONCURRENCE FROM SIGNATORY

I, Patrick J. Foley, am the ECF user whose ID and password are being used to file this **DECLARATION OF TRISTAN D. HUJER IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**. In compliance with C.D. Cal. Civ. L.R. 5-4.3.4(a)(2)(i), I hereby attest that I have obtained the concurrence of the signatory to this document, who is also an ECF user.

*/s/ Patrick J. Foley*
Atty signature

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

91662858.1  1  Case No. 2:20-cv-08008-FLA (JPRx)
DECLARATION OF TRISTAN D. HUJER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT