# EXHIBIT 27



# Root Cause Analysis of the Dow RGC 10 Well Blowouts

Exhibit
EXP 0112
Hilbert

350

MDR0003857



# Root Cause Analysis of the Dow RGC 10 Well Blowouts

Prepared for

Mr. Michael Hale, PMP, LEED AP
Executive Vice President of Construction
MDR Hotels, LLC
Hardage Hospitality
12555 High Bluff Drive, Suite 330
San Diego, CA 92130

Prepared by

L. Brun Hilbert, Jr., Ph.D., P.E.
Kelvin N. Abaa, Ph.D., P.E.
Exponent Failure Analysis Associates, Inc.
149 Commonwealth Drive
Menlo Park, CA 94025

June 7, 2019

© Exponent, Inc.

1900764.000 - 4623

# Contents

|  |  | Page |
|---|---|---|
| **List of Figures** | | iv |
| **Executive Summary** | | 1 |
| **1** | **Introduction** | 3 |
| **2** | **Documents Required by DOGGR** | 6 |
| 2.1 | CWS Well Control Plan | 7 |
| 2.2 | InterAct Well Control Plan | 8 |
| 2.3 | CWS Daily Drilling Reports | 8 |
| 2.4 | CWS and InterAct Well Control Training Certifications | 9 |
| 2.5 | Well Control Scenarios and Training Drills | 9 |
| 2.6 | Risk Assessment Completed by InterAct and CWS | 9 |
| 2.7 | Additional Information Provided by InterAct | 10 |
| 2.8 | Dow RGC 10 Critical Well Classification and Stop Work | 11 |
| **3** | **Background of Dow RGC 10 Well** | 12 |
| 3.1 | The Playa del Rey Oilfield | 12 |
| 3.2 | Dow RGC 10 Well Design and History | 14 |
| 3.3 | Sale and Recompletion of Dow RGC 10 | 15 |
| 3.4 | First Abandonment and First Blowout of Dow RGC 10 | 15 |
| 3.5 | Second Abandonment of Dow RGC 10 | 16 |
| 3.6 | Geologic Setting | 17 |
| 3.7 | Condition of Dow RGC 10 Prior to 2018 | 20 |
| **4** | **Proposed Reabandonment in 2018-2019** | 23 |
| **5** | **Analysis of the Blowout** | 26 |
| 5.1 | Timeline of Operations to the Blowout Incidents | 26 |
| 5.2 | The Blowout Incident | 29 |

| | | | |
|---|---|---|---|
| | 5.3 | Post Blowout Operations | 30 |
| | 5.4 | Current Condition of Dow RCG 10 Wellbore | 31 |
| **6** | **Root Cause Factors of the Blowouts** | | **34** |
| | 6.1 | Factors: Historic Well Construction and Abandonment | 34 |
| | | 6.1.1 Poor Historical Characterization of Pressured Formations | 34 |
| | | 6.1.2 Insufficient Prior Abandonment and Cement Barriers | 37 |
| | 6.2 | Factors: 2018-2019 Reabandonment Operations | 39 |
| | | 6.2.1 Lost Circulation Problems | 42 |
| | | 6.2.2 Inadequate Drilling Mud Density | 43 |
| | | 6.2.3 Tripping Speed Pulling The Tubing Up | 44 |
| **7** | **Learnings From the Dow RGC 10 Blowouts** | | **45** |
| **8** | **References** | | **48** |
| **9** | **Limitations** | | **53** |

Appendix A   Professional Résumé for L. Brun Hilbert, Jr., Ph.D., P.E.

Appendix B   Professional Résumé for Kelvin N. Abaa, Ph.D., P.E.

Appendix C   Professional Résumé for Aaron G. Scheet, P.E.

Appendix D   CWS Well Control Plan

Appendix E   InterAct Well Control Plan

Appendix F   Daily Workover / Completion Reports October 23, 2018 through January 13, 2019

Appendix G   Narratives of InterAct Daily Report Summary Dow RGC #10 Re-abandonment August 6, 2018 through February 26, 2019

Appendix H   CWS Well Control Training Certifications

Appendix I   InterAct Well Control Training Certifications

Appendix J   CWS BOP Drills

Appendix K   InterAct Risk Assessment Protocol

# List of Figures

| | | Page |
|---|---|---|
| Figure 1. | Location of Playa Del Rey Field in California. | 12 |
| Figure 2. | Location of Playa del Rey oilfield and Dow R.G.C. well. | 13 |
| Figure 3. | Top map contours and cross-section of Playa Del Rey field. | 18 |
| Figure 4. | Simplified stratigraphic cross-section of Dow RGC 10 from cores. | 19 |
| Figure 5. | Schematic of Dow RGC 10 after reabandonment in 1959, provided by InterAct in the reabandonment proposal to DOGGR. | 22 |
| Figure 6. | Schematic of proposed reabandonment by InterAct, provided by InterAct in the reabandonment proposal to DOGGR. | 25 |
| Figure 7. | Photograph of drilling mud blowout and surface broach at Dow RGC 10 pad taken by InterAct on December 28, 2018. | 32 |
| Figure 8. | Wellbore sketch provided by InterAct of configuration of Dow RGC 10 as of February 7, 2019. | 33 |
| Figure 9. | Location of nearby wells with blowout histories. | 36 |

# Nomenclature

| | |
|---|---|
| API | American Petroleum Institute |
| bbls | Barrels |
| BFW | Base of Fresh Water |
| BOP | Blowout Preventer |
| BOPE | Blowout preventer equipment |
| cu-ft. | cubic feet |
| DOGGR | Division of Oil, Gas and Geothermal Resources |
| ETOC | Estimated Top of Cement |
| Ft. | feet |
| lbs | pounds |
| LCM | Lost Circulation Materials |
| MLLW | Mean Lower Low Water |
| ppg | pound per gallon |
| ppf | pound per feet |
| psi | pounds per square inch |
| RCA | Root Cause Analysis |
| SOW | Scope of Work |
| spf | shots per foot |
| TIW | Texas Iron Works |
| WCP | Well Control Plan |
| WSM | Well Site Manager |
| USDW | Underground Source of Drinking Water |

2. December 25, 2018, the well blew out (broached) around the outside of the well cellar.

3. January 11, 2019 the well blew out gas and liquids through 2-7/8" drill string.[5]

The non-emergency required action of Order 1143 included that, "*Within 60 days following receipt of this Order, complete a root cause analysis detailing the causal factors which led to loss of control and the release of fluids, including gas, which occurred on about January 11, 2019 during the Operator's reabandonment efforts of Dow R.G.C. 10.*" Order 1143 included subordinate requirements of the RCA, as discussed in the body of this report. MDR retained Exponent to perform a Root Cause Analysis (RCA) of the Dow RGC 10 blowouts.

In a February 12, 2019 letter to MDR, DOGGR approved Exponent's Scope of Work ("SOW"), with several specific additional requirements, described in Section 2 of this report.[6] As part of the letter, DOGGR proposed a casing logging program of the Dow RGC 10 wellbore, in addition to logs proposed by Exponent. Ultimately, the proposed wellbore logs could not performed due to obstructions in the wellbore at or about 1,500 ft. Additionally, in the February 12, 2019 letter to MDR DOGGR required a well control subject expert ("SME") with practical experience also contribute to the RCA. Exponent designated Mr. Aaron G. Scheet of Wild Well Control ("WWC") to review our RCA report. MDR contracted WWC on or about January 20, 2019, after the blowout incidents, to advise MDR and the field personnel on operations to ensure well control and complete the well reabandonment. Mr. Scheet independently reviewed our report and we have incorporated his comments and suggestions.

InterAct completed reabandonment of the Dow RGC 10 by placing several cement plugs in the well to the depth of 1,500 ft. DOGGR classified the Dow RGC 10 well as abandoned as of April 4, 2019.[7] However, the original objective of the permitted reabandonment procedure was to place cement plugs as follows:

- base of freshwater at 700 ft.;

- USDW at 1512 ft.;

- top of the upper most hydrocarbon zone at 2,200 ft.; and

- top of the upper zone at 3,330 ft.

Because drill collars and a drill bit became irretrievably stuck in the wellbore when drilling a cement plug, InterAct was unable to complete the cement plugs below the depth of approximately 1,500 ft., required by the permit approved by DOGGR.

---

[5] The "drill string" was essentially composed of 2-7/8" tubing, drill collars, and a drill bit. In their daily workover reports, InterAct and CWS referred to the string as "tubing."

[6] Letter dated February 12, 2019 from Kenneth A. Harris, Jr., State Oil and Gas Supervisor, DOGGR, to Michael Hale, MDR Hotels, LLC.

[7] DOGGR, April 18, 2019, 4:00 pm. Dow RGC 10 Well Final Update, available at https://www.conservation.ca.gov/dog/Documents/DOW%20RGC%2010%20Well%20Incident/2019%2004%2008%20DOW%20RGC%2010%20Well%20Incident%20Update%20FINAL.pdf