# EXHIBIT 52

# Analysis of the Dow RGC #10 Well: Construction in 1931, Plug and Abandonment in 1956, and Re-Abandonment in 2018/2019

**Jeff S. Jordan, P.E.**

**November 21, 2022**

**CONFIDENTIAL**



# Table of Contents

List of Figures Cited in This Report (see Appendix III) ...........................................................................4

List of Tables Referenced in This Report (see Appendix VI) ...................................................................6

Nomenclature .............................................................................................................................................7

Chapter 1 – Executive Summary ...............................................................................................................9

Chapter 2 – Expert Credentials ...............................................................................................................13

    Jeff S. Jordan, P.E. ..............................................................................................................................13

Chapter 3 – Introduction ..........................................................................................................................15

    Methods Used for This Report .............................................................................................................16

Chapter 4 – Playa Del Rey Field History ...............................................................................................17

    Geologic History ................................................................................................................................17

    Southern California Geologic Overview ............................................................................................17

    Field Discovery and Early History .....................................................................................................18

    The Shallow High-Pressure Gas Sand ...............................................................................................20

    Later Field History ..............................................................................................................................22

    Blowouts in the Playa Del Rey Field .................................................................................................23

Chapter 5 – Well History Review ............................................................................................................25

    Well Construction in the Playa Del Rey Field ...................................................................................25

    Well Integrity Definition .....................................................................................................................25

    Typical Playa Del Rey Field Well Construction in the 1930s ...........................................................28

    Well Construction of the Dow RGC #10 Well by Marathon ............................................................30

    Conversion of RGC #10 Well to Saltwater Production by Dow Chemical Company ........................35

    Typical Playa Del Rey Field Well Abandonments ............................................................................35

    Dow Chemical Company's P&A of the Dow RGC #10 Well in 1956 ...............................................37

    LA County's Re-Abandonment of Dow RGC #10 in 1959 ...............................................................40

Chapter 6 – Re-Abandonment of the Dow RGC #10 in 2018/2019 ......................................................41

    Discovery of Leaking Wellbore ..........................................................................................................41

    The Beginning of Re-entry Operations ..............................................................................................41

    Cleanout of the Wellbore ....................................................................................................................42

    Blowout of January 11, 2019 .............................................................................................................45

    Post Blowout Operations ....................................................................................................................46

    Cost Analysis of MDR's P&A of the Dow RGC #10 Well ...............................................................49

    The Root Cause Analysis of the January 2019 Blowout ....................................................................50

Chapter 7 – Conclusions ..........................................................................................................................55

    Opinion 1:  Marathon Did Not Construct the Well to Ensure Isolation of Known Hydrocarbon Zones from Shallow, Permeable, Freshwater Zones or Protect the Well Casings from Corrosion ..................55

Opinion 2:  Marathon Violated California Statutes and Regulations That Were in Place at the Time It Drilled and Completed the RGC #10 Well in 1931. ............................................................... 55

Opinion 3:  The Dow Chemical Company Failed to Properly P&A the Well in 1956 ........................... 56

Opinion 4:  Dow Failed to Adhere to California State Statutes and Regulations in the 1956 P&A ....... 56

Opinion 5:  Dow Mislead DOGGR Prior to the 1956 P&A .................................................................. 56

Opinion 6:  Dow Left Undocumented Junk in the Well During the 1956 P&A ..................................... 57

Opinion 7:  I Agree with the First Two Causal Factors of the RCA of the 2019 Blowout .................... 57

Opinion 8:  The 2018/2019 Re-Abandonment By MDR was Reasonable and Effective ...................... 57

Opinion 9:  The Costs MDR Incurred to Re-Abandon the DOW RGC #10 Well Were Reasonable ..... 57

Opinion 10:  The Hydrocarbon Contaminated Soil Surrounding the DOW RGC #10 Well Was a Result of Oil & Gas Storage and Processing on Location and the Leaking Wellbore ...................................... 58

Summary of Opinions ....................................................................................................................... 58

References and Bibliography ................................................................................................................. 59

Appendix I – Curriculum Vitae of Jeff S. Jordan, P.E. ........................................................................ 64

Appendix II – Wellbore Diagrams ........................................................................................................ 72

Appendix III – Figures Referenced in This Report .............................................................................. 107

Appendix IV – Daily Reports of Dow RGC #10 Well Re-abandonment in 2018/2019 ........................ 150

Appendix V – Formation and Core Records of the Dow RGC #10 Well ............................................... 177

Appendix VI – Tables Referenced in This Report ............................................................................... 182

## List of Figures Cited in This Report (see Appendix III)

Figure 4-1:    Sequence from bottom to top of the movement of the Pacific plate over time.

Figure 4-2:    Depositional setting of the LA Basin.

Figure 4-3    Overall LA Basin structural contours.

Figure 4-4    Cross section A : A' showing Playa Del Rey Field at left.

Figure 4-5    DOGGR Map of Los Angeles Basin Oil & Gas Fields.

Figure 4-6    DOGGR Data on Playa Del Rey Field.

Figure 4-7    Photograph of Venice Area of Playa Del Rey Field in 1930s.

Figure 4-8    Photograph of Aerial View of Playa Del Rey Field in 1930s.

Figure 4-9    Photograph of Coast along Playa Del Rey Oilfield which is now Marina Del Rey, 1937.

Figure 4-10   Beach area of Playa Del Rey Field in 1930s.

Figure 4-11   The Ohio RGC #2 wellsite being prepared in 1930 with the discovery well, the Ohio RGC #1 and its oil storage tanks in the background.

Figure 4-12   1938 aerial photo of the Venice portion of the Playa Del Rey field showing the Dow RGC #10 wellsite.

Figure 4-13   InterAct interpretation of extent of Pico formation high-pressure gas sand. Modified from DOGGR published Map in California Oil Fields, Vol 30, No. 2, 1944.

Figure 4-14   Location of wells used for the multi-well correlations in the Playa Del Rey Field.

Figure 4-15   Multi-well Correlation to Confirm Interact Shale Barrier Interpretation.

Figure 4-16   Map showing the proximity of the RGC #8 & RGC #14 to the RGC #10 well.

Figure 4-17   Comparison of Gamma Ray Neutron Logs on RGC #8 & RGC #14.

Figure 4-18   Oil Production Curve for Upper Zone of Playa Del Rey Field.

Figure 4-19   Oil Production Curve for Lower Zone of Playa Del Rey Field.

Figure 4-20   Location of wells that have a history of blowouts within ~650 ft of the RGC #10.

Figure 4-21   Location of wells that have a history of blowouts in Playa Del Rey field.

Figure 5-1    Location of hundreds of wells projected on a current map of the Marina Del Rey area where the Play Del Rey oilfield is located.

Figure 5-2    Location of Playa Del Rey Wells Reviewed.

Figure 5-3    Example of Wellbore Construction Steps.

Figure 5-4    Example of Wellbore Construction – Surface Hole.

Figure 5-5    Example of Wellbore Construction – Production Hole.

Figure 5-6    Example of Wellbore Construction – Production Liner Hole.

Figure 5-7    Dow RGC #10 Well Location in Marina Del Rey (from Google Earth Imagery).

Figure 5-8    Dow RGC #10 Wellbore Diagram as Drilled and Completed, April 1931.

Figure 5-9    Dow RGC #10 Wellbore Diagram after Marathon plugged the oil zone in 1940.

Figure-5-10   Dow RGC #10 Wellbore Diagram as Completed for SW Production, 1942.

Figure-5-11   Dow RGC #10 Wellbore Diagram after Dow P&A'd the well in 1956.

Figure-5-12   Junk tubing stuck on mill, recovered at 848 ft from Dow RGC #10 in December 2018.

Figure-5-13   Dow RGC #10 Wellbore Diagram after LA County P&A'd well in 1959.

Figure-6-1    Imagery from Google Earth showing DOGGR documented location of Dow RGC #10 well and the actual location it was found in 2017.

Figure-6-2    Wellsite being excavated. Note gas bubbles coming from wellbore.

Figure-6-3    Wellbore exposed during excavation.

Figure-6-4    Wellbore exposed during excavation. Note oily sheen.

Figure-6-5    Section of old stovepipe used as surface casing recovered in August 2018.

Figure-6-6    Picture captured from video of January 11, 2019 blowout on the Dow RGC #10 well.

Figure-6-7    Dow RGC #10 Wellbore Diagram after P&A of 2018/2019.

Figure-6-8    Dow RGC #10 Well Estimated Cumulative Costs During Rig Operations of 2018/2019 P&A.

Figure-6-9    Diagram of an Inside BOP (IBOP).

## List of Tables Referenced in This Report (see Appendix VI)

Table 3-1: The 35 Wells Reviewed for This Report ............................................................... 182

Table 4-1: Documented Blowouts in the Playa Del Rey Field ............................................... 183

Table 5-1: P&A Data on the Wells Reviewed ....................................................................... 184

Table 6-1: Cost Breakdown During 2018-2019 P&A From Daily Cost Estimates ................................. 186

## Nomenclature

| | |
|---|---|
| ' | symbol for feet |
| " | symbol for inches |
| # | symbol for number; also symbol for pounds (lbs) as in lbs/ft |
| #/ft | pounds per foot |
| 2M | two thousand (lbs per square inch pressure) |
| 3M | three thousand (lbs per square inch pressure) |
| API | American Petroleum Institute |
| API RP | American Petroleum Institute recommended practice |
| bbl | barrels |
| BFW | base of fresh water (depth of) |
| BOP | blowout preventers |
| BOPE | blowout prevention equipment |
| BOPD | barrels of oil per day |
| BWPD | barrels of water per day |
| CalGEM | California Geologic Energy Management Division (formerly known as DOGGR) |
| CT | coiled tubing |
| CT BOPs | coiled tubing blowout preventers |
| CV | curriculum vitae |
| CWS | California Well Services, LLC (workover rig supplier) |
| DOGGR | California Division of Oil, Gas & Geothermal Resources |
| Dow | Dow Chemical Company |
| ETOC | estimated top of cement |
| Exponent | Exponent Failure Analysis Associates, Inc |
| FOSV | full opening safety valve |
| ft | feet |
| IBOP | inside blowout preventer |
| ID | inside diameter |
| InterAct | InterAct PMTI (consulting company) |
| LA | Los Angeles |
| lbs | pounds (mass) |
| LCM | lost circulation material |
| LIH | lost in hole |
| Marathon | Marathon Oil Company (formerly known as Ohio Oil Company) |
| MCFD | thousand cubic feet of gas per day |
| MDR | MDR Hotels, LLC |
| MLLW | mean low level water (depth of) |
| OD | outside diameter |
| P&A | plug and abandon |
| PDR0 | upper sealing shale geologic interval in Playa Del Rey field |
| PDR1 | sealing shale geologic interval below PDR0 in Playa Del Rey field |
| ppg | pound per gallon (fluid density) |

| | |
|---|---|
| psi | pounds per square inch (pressure) |
| RCA | root cause analysis |
| RGC | Recreational Gun Club (the lease name on which the Dow RGC #10 well is located) |
| RST | reservoir saturation tool (wireline logging) |
| S.P. | Stovepipe (stove pipe) |
| SP | spontaneous potential (wireline logging) |
| SPE | Society of Petroleum Engineers |
| spud | the initiation of drilling of a well |
| SW | saltwater |
| sx | sacks (of cement or drilling/completion fluid additives) |
| TD | total depth |
| TIH | trip in hole (install pipe into wellbore by single joints or multiple joints) |
| TIW | full opening safety valve (original version manufactured by Texas Iron Works) |
| TOOH | trip out of hole (remove pipe from wellbore by single joints or multiple joints) |
| USDW | underground source of drinking water (depth of) |
| Wild Well Control | Wild Well Control, Inc. (well control service company) |
| WSO | water shutoff (perforations or a test) |

# Chapter 1 – Executive Summary

In 2017, an abandoned oil well on the real property located at 4360 Via Marina in Marina Del Rey, California was discovered by MDR Hotels, LLC (MDR) to be leaking natural gas and other hydrocarbons. The well, Dow RGC #10 (API # 04-037-13798), is now owned by the County of Los Angeles, as is the property.  MDR is the ground lessee of the property, on which it was undertaking to construct a 288-room hotel.  In 1931, Marathon Oil Company (Marathon)**,** formerly known as The Ohio Oil Company, drilled and completed the Dow RGC #10 well as a producing oil well on the property. Marathon operated and produced oil from the well in what became known as the Playa Del Rey oilfield from approximately 1931 to 1941.  In 1941, Marathon abandoned the oil production zone of the well, which occurs at approximately 3,400 feet below surface level.  The Dow Chemical Company (Dow) acquired the well in July 1941, and then converted the well to produce saltwater for iodine extraction.  Dow plugged and abandoned (P&A'd) the well in April 1956, experiencing a blowout during its abandonment operations which resulted in the uncontrolled release of natural gas, oil, and drilling fluids onto the surface of the property and into the atmosphere.  The County of Los Angeles acquired ownership of the well in December 1958.  In April 1959, the County of Los Angeles re-abandoned the Dow RGC #10 well, but that re-abandonment did not enter the wellbore past a previously set cement plug at 304 ft.  The abandoned well was discovered to be leaking during MDR's construction operations to build a new hotel on the property in September 2017.  MDR proposed to re-abandon the Dow RGC #10 well and in August 2018, re-abandonment operations commenced.  However, due to the original 1931 construction of the well by Marathon, the previous P&A attempt performed by Dow in 1956, and the age of the well, significant complications arose during the re-abandonment including several well control issues.  The well experienced a blowout of short duration in January 2019 which precipitated a Root Cause Analysis (RCA) of the blowout incident being mandated by the California Division of Oil, Gas, and Geothermal Resources (DOGGR).  The complications during the re-abandonment, including the blowout, caused MDR to incur significant time and expense until the re-abandonment of the Dow RGC #10 well was completed in April 2019.

I was retained by the Plaintiffs in this litigation to evaluate Marathon's construction of the well in 1931, Dow's subsequent abandonment of the well in 1956, and the influence of the well construction and 1956 P&A on the 2018/2019 re-abandonment of the well performed by MDR.  I also opine on the root cause analysis of the January 11, 2019 blowout, which was submitted by Exponent Failure Analysis Associates, Inc. (Exponent).

Based on my work for this litigation, I summarize my conclusions as follows:

- Marathon did not originally construct the well to ensure isolation of known hydrocarbon zones above the main oil producing zone of the Repetto formation.  It also did not construct the well to ensure

isolation of the shallow, permeable, freshwater zones above the hydrocarbon zones.  This failure to isolate hydrocarbon zones from the permeable shallow zones above with competent, permanent barriers, such as steel casing with cement, left the wellbore susceptible to allowing formation fluid crossflow resulting in the invasion of hydrocarbons into shallow water zones.  The failure to isolate the shallow permeable zones facilitated corrosion of the steel production casing and surface casing in the well which results in casing failures.  The failure to isolate the pressurized hydrocarbon zones resulted in pathways for natural gas, saltwater, and other hydrocarbons with toxic constituents to ultimately breach the surface inside and outside the wellbore and created a serious safety concern for the public as well as causing environmental damage.

- Marathon violated California Statutes and Regulations in effect at the time they drilled and completed the Dow RGC #10 well in 1931.  The statutes regarding the duty imposed on well operators and drillers state that a firm or corporation that is engaged in operating an oil or gas well where the pressure of the oil or gas is unknown shall equip the well with sufficient strength casing and other safety devices as necessary and use every effort and endeavor to prevent blowouts, explosions, and fires.  Marathon did not set sufficient strength casing prior to drilling into overpressured hydrocarbon zones because they used riveted stovepipe (a thin-walled sheet metal) as surface casing set at only 686 ft that had no pressure integrity and little cement behind it.  Marathon also did not isolate the shallow, high-pressure gas zones with competent steel casing and cement which resulted in contamination of water zones, well integrity failures, gas leaking to surface, and subsequent blowouts. In addition, Marathon did not document whether all water overlying and underlying oil-bearing strata were shut off as required by the California statutes.

- The Dow Chemical Company did not properly plug and abandon the Dow RGC #10 well in 1956 because it: 1) failed to plug several hundred feet of holes in the production casing directly above the original oil producing zone of the Repetto formation; 2) failed to plug perforations in the production casing that were in an oil-saturated sand in the Repetto formation; 3) failed to isolate the known hydrocarbon zones above the original oil producing zone of the Repetto formation; 4) failed to isolate shallow, permeable water zones above the known hydrocarbon zones to prevent contaminating the freshwater zones and prevent pathways for hydrocarbons to escape to the surface soil and atmosphere; and 5) it did not leave competent barriers in and/or outside the casings of the wellbore to prevent hydrocarbons from breaching the surface.  After concluding its P&A operations in 1956, Dow left the Dow RGC #10 well in a condition of severely compromised well integrity.  The compromised well integrity created by Dow's P&A operations in 1956 made it extremely difficult, if not impossible, to re-enter and properly P&A the well to isolate all hydrocarbon zones and protect shallow, permeable

water zones.  This created a serious safety concern for the public and owners and lessees of the surface property, including MDR, as well as causing environmental damage.

- Even though the California regulatory agency at the time, the California Conservation Department's Division of Oil & Gas (DOGGR) approved Dow's 1956 P&A of the Dow RGC #10 well, Dow did not comply with existing California state statutes and regulations in place at the time of that P&A.  This is based on provisions of the California Public Resource Code in effect at the time, which clearly stated that the operator of a well must protect any underground water suitable for irrigation or domestic purposes from the infiltration of any detrimental substances.  The Public Resource Code also stated that upon abandonment of a well, the operator must cap the well so as to prevent the escape of natural gas into the atmosphere.  Dow failed to do either during the 1956 P&A.

- Dow's Notice of Intention to Abandon a Well that was submitted to the DOGGR prior to their 1956 abandonment attempt failed to list several hundred feet of perforations that were present at the time in the 11-3/4" production casing.  This omission likely influenced the DOGGR not to require Dow to plug these perforations with cement.  Dow was negligent by not including the full description of the wellbore in the Notice of Intention to Abandon a Well proposal, which likely caused DOGGR to approve the proposal and the actual P&A without requiring that Dow plug the open perforations in the production casing, including 10 feet of perforations in a documented oil sand.

- During Dow's P&A of the Dow RGC #10 well in 1956, they left significant metal junk in the hole.  The junk Dow left inside the production casing was not expected by MDR when they re-entered the well in 2018 to re-abandon it because it was not documented in the well history file.  When Dow P&A'd the well in 1956, California state statutes and DOGGR required the condition of the well be fully documented, including the presence of any junk left in the hole (as well as the status of all perforations of the casing - see above).  The junk Dow left in the hole in 1956 severely increased the difficulty and costs of MDR's re-abandonment operations in 2018/2019.

- On June 7, 2019, Exponent submitted the "*Root Cause Analysis of the Dow RGC 10 Well Blowouts*".  In this Root Cause Analysis (RCA), the first two main causal factors of the 2019 blowout are similar to the first two bullet points in the executive summary above, namely: 1) Marathon's construction of the well in 1931 and Dow's abandonment in 1956 resulted in compromised well integrity of the casing strings that allowed gas influx into the wellbore through corrosion holes, and manmade perforations and cuts; and 2) insufficient placement and lack of cement barriers during Dow's abandonment in 1956 allowed gas from both deep and shallow intervals to enter the wellbore and led to lost circulation problems.

- The re-abandonment of the Dow RGC #10 well in 2019 by MDR was accomplished in a reasonable and appropriate manner considering the condition of the well when MDR re-entered it.  When MDR

# Chapter 3 – Introduction

In 1931, the Ohio Oil Company, now known as Marathon Oil Company (Marathon), drilled and completed the Ohio RGC #10 well (API # 04-037-13798[*]), now known as the Dow RGC #10 well, in the Playa Del Rey oilfield in Los Angeles County as a producing oil well.  The RGC in the well name is an acronym for the lease upon which the well was drilled, Recreational Gun Club.  The well was an active oil producer until 1941 when the open slots in the production liner casing adjacent to the oil producing zone were plugged with cement.  The well was then acquired by the Dow Chemical Corporation (Dow) in 1941.  Dow converted the well to saltwater production to extract iodine from the produced saltwater by intentionally perforating hundreds of feet in the production casing.  In 1956, the well was plugged and abandoned by Dow.  However, during the 1956 P&A, the hundreds of feet of perforations that Dow shot in the production casing immediately above the oil producing perforations for saltwater production were left open and not plugged.  In addition, the production casing was intentionally cut and pulled apart in several places at shallow depths.  This compromised the well's integrity and immediately after the first cut at 887 ft, the well experienced a blowout.  The source of the hydrocarbons that caused the blowout were shallow gas sands located at an approximate depth from 1,500 ft to 2,500 ft below ground level [1].

The County of Los Angeles acquired ownership of the Dow RGC #10 well in December 1958.  In April 1959, the County of Los Angeles re-abandoned the Dow RGC #10 well, but that re-abandonment did not enter the wellbore past a cement plug previously set at 304 ft.  The abandoned well was then discovered leaking during MDR's construction operations in September 2017.  After several discussions and correspondence with the County of Los Angeles and the California Division of Oil, Gas, and Geothermal Resources (DOGGR) [2], MDR submitted a proposal to DOGGR to re-abandon the Dow RGC #10 well in April 2018, so it could continue with the construction of the hotel without delay.  DOGGR required the well to be P&A'd per regulatory standards.  Specifically, DOGGR required the hydrocarbon zones that had not been previously isolated to be isolated from sources of water and the surface.  In August 2018, MDR commenced operations to re-abandon the well.  However, due to the original 1931 construction of the well by Marathon, the previous P&A attempt performed by Dow in 1956 that compromised the well's integrity, and the age of the well, significant complications arose during re-abandonment, including several well control issues.

The well experienced multiple blowouts of short duration in December 2018 and January 2019, during which natural gas was released into the atmosphere.  The December 2018 event was not observed and the

---

[*] API is an acronym for American Petroleum Institute.  The API well number (or API #) is a unique, permanent numeric identifier assigned to each well drilled for oil and gas in the United States.  The system was first developed in the 1960s.  Though many wells in the Playa Del Rey Field were drilled prior to the development of the API numbering system, all wells have been assigned API #s based on when they were drilled.

However, in the Playa Del Rey field, most of the wells that were drilled in the early 1930s used riveted stovepipe as surface casing [22].  The stovepipe was sheet metal from 8 to 10 gauge that was riveted to form a cylinder and had an inside joint (usually of 8 gauge metal) and an outside joint (usually of 10 gauge metal) and approximately 4 feet in length [20].  The joints were welded (or banded) together and then run into the surface hole.  The stovepipe used as surface casing was inadequate as it was thin-walled, pliable, and had no pressure integrity.  The use of stovepipe for surface casing in oil and gas wells was mostly discontinued in the 1930s, undoubtedly due to its lack of pressure integrity and the fact that steel casing with threaded connections and pressure integrity became more commonly available.

Figure 5-5 shows an example of the proper casing and cementing of the production hole.  Note how the cement behind the production casing comes all the way back to surface between the surface casing and production casing.  This ensures isolation of all permeable zones including hydrocarbon zones and water zones and protects the casing from corrosion.  If the cement behind the production casing does not come all the way back to surface, it should at least be made to come up inside the setting depth of the surface casing, so all the subsurface geologic formations are isolated.

Figure 5-6 shows the drilling and casing of the hole for a production liner that was typical of the wells in the Playa Del Rey field.  The production liner is pre-perforated with slots (called a slotted liner) to allow the oil to be produced into the casing yet prevent the sand of the oil producing zone from collapsing the hole.  In this case, the liner is not cemented in place, but the top is "hung" inside the production casing.  It is critical that the production casing be well cemented to prevent escape of pressurized oil and gas into permeable zones up the hole (or to surface) and prevent water from invading the oil zone from above.  As stated, most wells drilled in the Playa Del Rey field in the 1930s were **not** cemented sufficiently to prevent the escape of hydrocarbons into other uphole zones.  In the 1930s, DOGGR used to require "water shutoff tests" (WSOs) after operators set and cemented the production casing.  These tests were supposed to determine if the potential hydrocarbon producing zone was isolated from a water zone above it.  The objective was to prevent the water zone from invading the hydrocarbon zone which would result in waste of the resource because it could not be economically produced if the zone was flooded with water.  For the WSO, the shoe (bottom) of the casing was drilled out a few feet to expose the hydrocarbon-bearing formation.  The drilling fluid inside the casing was then swabbed out to a certain level.  The well was then observed for water entry up the casing.  If there was water entry it meant that the production casing was not cemented sufficiently to achieve isolation of a hydrocarbon zone from a water zone.  DOGGR might then require the operator to perform remedial cementing to achieve isolation.  Note that such WSO tests could only confirm that a few feet below the production casing shoe, the oil producing zone was not in communication with a water bearing zone.  It did **not** test whether other hydrocarbon zones up hole were

DOGGR in June of 2018.  The proposal included the proper steps to fully isolate all hydrocarbon zones, including plugging the open perforations in the Repetto interval at 3,076-3,341 ft, and the high-pressure gas sands in the Pico formation, and isolating the USDW and BFW [44].  These actions should have been taken by Dow in 1956 when it originally P&A'd the well.

Operations began in August 2018 and InterAct/MDR selected California Well Services (CWS) to supply the workover rig for the job.  Excavation of the area immediately surrounding the wellbore revealed oil-stained soil and water with gas bubbling up from the well.  The surface casing was exposed, and pieces broke off during excavation.  Documents in the DOGGR well history file contained conflicting information regarding the surface casing.  Later documents (2018) reference an 18-5/8" 54# casing, which is an API casing size but of course it was actually 18" stovepipe as described in the previous chapter.  Twenty-five feet of stovepipe was excavated and removed while searching for a competent connection point to install a riser so that blowout prevention equipment could be installed.  Figure 6-5 is a picture of a portion of 18" stovepipe that was removed from the well.  No competent connection point was found on the 18" stovepipe, so 24" casing was driven over the 18" stovepipe to a depth of approximately 51 ft.  A 20" Class II 2M annular BOP was installed and the surface plugs were drilled out to expose the 11-3/4" production casing stub at approximately 41 ft.  After washing over the stub, a joint of 12-3/4" casing with an 11-3/4" casing packoff bowl was installed to tie back the production casing to surface.  The annulus between the 12-3/4" casing and the 24" riser was cemented back to surface.  Metal base plates were installed from the 24" casing to the 12-3/4" casing and welded to a 12" 3M wellhead.  A 20" Class II 2M BOP was then installed.

### Cleanout of the Wellbore

The 11-3/4" production casing was entered with a 10-5/8" bit and the cleanout of the wellbore commenced in earnest.  Cement and cement stringers were drilled out down to 165 ft.  At this depth, a gas kick was taken, the first positive confirmation that the integrity of the well was compromised and gas from the Pico sand and/or the oil producing Upper zone had not been isolated during the 1956 P&A by Dow.  The wellbore was cleaned out of cement and wood plug debris down to 310 ft where numerous drilling problems occurred related to the window in the 11-3/4" casing from 290 ft to 310 ft that Dow had left open in 1956.  The casing had been severed here in 1956 and pulled apart, leaving jagged metal edges which hindered the ability to mill past this area and clean out the wellbore below.  After two weeks of difficulty passing through this window area and trying to clean out below it, a decision was made to install a 7" casing liner from surface to a depth below this casing window to try and get past this spot.  This would avoid an unintentional sidetrack of the wellbore which would have effectively junked the hole, preventing deeper re-entry into the wellbore and resulting in the inability to effectively P&A the well.  In late November 2018, 7" 23 lbs/ft Flush Max II casing was set at 466 ft and landed in the casing bowl at surface.

      *g. Any other actions deemed necessary to eliminate the threat of gas
migration and properly abandon the well.*

8. *Preserve and secure all records and evidence acquired by the operator and/or any third-
party contractors related to the plugging and abandonment work associated with the
well, which includes but is not limited to the blow out prevention equipment.*

DOGGR also required in Order No. 1143 that a root cause analysis be performed as a "Non-Emergency"
action [52].

InterAct developed a program for MDR to comply with DOGGR Order 1143.  InterAct also recommended
to MDR that well control experts be contracted for their advice and supervision of the continued operations
as a preventative measure due to continued loss of circulation and repeated gas influx into a wellbore with
compromised integrity.  MDR accepted InterAct's recommendation.

Fishing operations continued with many difficulties but MDR eventually recovered most of the drill string
that was stuck after it was intentionally dropped when the blowout occurred.  Daily reports note lost
circulation and gas influx events continued to be experienced as late as March 16, 2019.  Cased hole logs
were run multiple times.  Noise and temperature logs were run to determine fluid movement behind pipe.
An RST (Reservoir Saturation Tool) log was run to try and determine if gas intervals could be located in
shallow intervals above 1,000 ft.  Gamma Ray logs were run after cementing where the cement was tagged
with a radioactive marker to determine the top of cement plugs.  The drill string fish dropped in the hole
was recovered down to a depth of 1,302 ft.  This left 275 feet of fish in the hole with the bottom at 1,577
ft.

InterAct recommended that further attempts to retrieve the remaining fish and efforts to P&A the well from
the permitted depth of 3,376 ft be discontinued based on the increasing loss of well integrity, lost circulation,
and gas influxes that would likely cause additional well control events.  The experts from Wild Well Control
agreed with this approach due to concerns with well control.  Even before the January 11 blowout, InterAct
had recommended to DOGGR that the well be P&A'd without having to clean out to 3,376 ft but DOGGR
insisted they continue [48].  After a lengthy delay of 20 days without a decision, DOGGR agreed that further
attempts to retrieve the remaining fish and P&A the well from the permitted depth of 3,376 ft should be
discontinued [55].  Therefore, the well was P&A'd by a series of cement plugs and cement squeeze jobs
from below the fish at approximately 2,027 ft to the surface.  A total of 11 cement jobs were performed to
accomplish this.  Cement plugs and/or cement squeeze jobs were performed across identified shale intervals
between the Pico gas sands and the USDW (PDR0 and PDR1 shales), the USDW, the BFW, the shoe of
the surface casing and inside the 11-3/4" production casing to surface.  The Dow #10 RGC well was
officially P&A'd on April 9, 2019.  MDR successfully isolated the hydrocarbon-bearing zones from the