1
2
3
4
5
6
7
8
9
10
11
12
13
14

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| MDR HOTELS, LLC, | CASE NO. 2:20-cv-08008-FLA (JPRx) |
|---|---|
| Plaintiff, | |
| vs. | |
| MARATHON OIL COMPANY; THE DOW CHEMICAL COMPANY; and DOES 1 through 10, inclusive | **DECLARATION OF J. DANIEL ARTHUR** |
| Defendants. | |

# DECLARATION OF J. DANIEL ARTHUR

I, J. Daniel Arthur, declare as follows:

1.   I am over the age of 18 and competent to be a witness herein. All statements in this Declaration are true and correct to the best of my knowledge and belief and, if called as a witness, I could and would testify to the facts and opinions stated herein.

2.   I hold a Bachelor of Science degree in Petroleum Engineering from University of Missouri-Rolla. I am a Registered Professional Engineer in 34 States, including the State of California. I am also a Certified Professional Petroleum Engineer through the Society of Petroleum Engineers. I have 40 years of experience in the Energy and Environmental Industries, including work with Halliburton Services, an Independent Oil & Gas Company, the U.S. Environmental Protection Agency, and a large international consulting firm.

3.   For the last 23 years, I have worked with ALL Consulting, LLC, which is a specialized professional engineering and technical services firm. My experience includes all aspects of well planning, design, permitting, drilling and completion operations, well maintenance, well remedial activities, well testing and evaluation, well and industry history, plugging and abandonment operations, site environmental remediation and/or restoration, regulatory research and interaction, and risk analysis, management, and planning. Additionally, I am familiar from an engineering perspective with current and historical laws, rules, and regulations applicable to the operation, abandonment, and plugging of oil wells in California. I have been the Engineer of Record and/or managed a variety of projects, ranging from well-site planning to emergency response. A true and correct copy of my curriculum vitae ("CV") is attached hereto as part of **Exhibit A**.

4.   I have provided expert testimony in the form of an expert report or deposition or trial testimony on approximately 19 occasions in the last four years. A list of matters in which I provided expert testimony is set forth in my CV as part

of **Exhibit A**.

5. Counsel for Marathon Oil Company ("Marathon") and The Dow Chemical Company ("Dow") have retained me to offer expert opinions in this case regarding, among other topics, (1) Marathon's and Dow's adherence to applicable state laws, rules, and regulations in effect at the time each operated the well at issue in this matter (the "Well"), (2) Marathon's and Dow's adherence to widespread industry practices at the time each operated the Well, (3) MDR Hotels, LLC's ("MDR") preparedness and planning for the Well reabandonment, and (4) the cause of multiple surface breaches and blowouts associated with MDR's reabandonment of the Well. I have formulated and offered such opinions in an expert report that is attached hereto as **Exhibit A** and a rebuttal expert report attached hereto as **Exhibit B**. The opinions and other information set forth in my reports are incorporated into this Declaration as if set forth herein.

6. If called as a witness at trial, I would expect to offer testimony consistent with the opinions set forth in my reports.

1  I declare under penalty of perjury under the laws of the United States that the
2  foregoing is true and correct.
3  Executed this 9th day of March, 2023 at ___Tulsa___ , Oklahoma.

*/s/ J. Daniel Arthur*
J. Daniel Arthur