

1

2

3

4

5

6

7

8               **UNITED STATES DISTRICT COURT**

9       **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

10   MDR HOTELS, LLC,                          CASE NO. 2:20-cv-08008-FLA (JPRx)

11                        Plaintiff,

12         vs.

13   MARATHON OIL COMPANY;            **DECLARATION OF LAURA S.**
     THE DOW CHEMICAL                 **UNDERKUFFLER**
14   COMPANY; and DOES 1 through
     10, inclusive
15
                          Defendants.
16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF LAURA S. UNDERKUFFLER

I, Laura S. Underkuffler, declare as follows:

1.     I am over the age of 18 and competent to be a witness herein. All statements in this Declaration are true and correct to the best of my knowledge and belief and, if called as a witness, I could and would testify to the facts and opinions stated herein.

2.     I hold a Doctor of Juridical Science degree and a Master of Laws degree from Yale Law School. I hold a Juris Doctor degree from William Mitchell College of Law in St. Paul, Minnesota. I am the J. DuPratt White Professor of Law at Cornell University Law School. I have held this position since January 2009. Prior to this appointment, I was the Arthur Larson Professor of Law at Duke University Law School from 2004 to 2009, and Professor of Law at Duke before that. I have held visiting appointments as Professor of Law at Harvard Law School, the University of Pennsylvania Law School, Georgetown University Law Center, and the University of Maine Law School. I have taught property law and advanced property law at all of these institutions. I have also taught land use, state and local government, evidence, and federal courts. During these academic appointments, I served as a fellow at the Woodrow Wilson International Center for Scholars in Washington, D.C. I also served in the United States Senate as Special Counsel from 1991 to 1992.

3.     Prior to entering the legal academy, I practiced law at Meagher, Geer in Minneapolis. I was the head of the appellate department during my final four years at the firm. While at Meagher, Geer, I also served as a member of the Advisory Committee to the United States Court of Appeals for the Eighth Circuit. A true and correct copy of my curriculum vitae ("CV") is attached hereto as part of **Exhibit A.**

4.     I am a leading expert in the area of property law, which is the primary focus of my teaching, research, and publication. At Cornell, as at other academic

DECLARATION OF LAURA S. UNDERKUFFLER
CASE NO. 2:20-cv-08008-FLA (JPRx)

779

1   institutions over the past thirty years, I have taught courses in both property law
2   and advanced property law. These courses include basic and advanced concepts
3   involved in the idea of property, the transfer of title, kinds of deeds and their uses
4   and meaning, transaction instruments and interests that run or do not run with the
5   land, commercial leasing, and all phases of interpretation of documents that pertain
6   to property interests and land.

7        5.      Property law is also the focus of my research and scholarship, and I
8   have published extensively about the policies and theory that underlie property
9   law, the historical background of property law, and other significant questions that
10  affect its interpretation by practitioners, legislatures, and courts. I am recognized
11  as a leading authority on American property law, and property theory generally,
12  both in the United States and abroad. I have published in the field of property law
13  and property theory in numerous leading legal journals and law reviews in the
14  United States, Canada, and the United Kingdom. I have also published work in
15  property law as book chapters, commentaries, and essays.

16       6.      Counsel for Marathon Oil Company ("Marathon") and The Dow
17  Chemical Company ("Dow") have retained me to offer expert opinions in this case
18  regarding, among other topics, how contemporary and historical land use records
19  (and gaps in such records) should be understood in light of their language, context,
20  and historical policy concerns. These issues involve historical and (to some extent)
21  contemporary issues, and consideration of the complex area of the intersection of
22  property rights, land transfers, and contract. I have formulated and offered such
23  opinions in an expert report that is attached hereto as **Exhibit A**. The opinions and
24  other information set forth in my report are incorporated into this Declaration as if
25  set forth herein.

26       7.      If called as a witness at trial, I would expect to offer testimony
27  consistent with the opinions set forth in my report.

28

1      I declare under penalty of perjury under the laws of the United States that the

2   foregoing is true and correct.

3      Executed this 9th day of March, 2023 at _Ithaca_ , New York.

4

5

6   Laura S. Underkuffler

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28