**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

MDR HOTELS, LLC,

Plaintiff,

vs.

MARATHON OIL COMPANY; THE DOW CHEMICAL COMPANY; and DOES 1 through 10, inclusive

Defendants.

CASE NO. 2:20-cv-08008-FLA (JPRx)

**DECLARATION OF DANIEL DUDAK**

# DECLARATION OF DANIEL DUDAK

I, Daniel Dudak, declare as follows:

1. I am over the age of 18 and competent to be a witness herein. All statements in this Declaration are true and correct to the best of my knowledge and belief and, if called as a witness, I could and would testify to the facts and opinions stated herein.

2. I hold a Bachelor of Science degree in Geology from Illinois State University, and have attended numerous short courses in petroleum engineering, petroleum geology, geothermal engineering, and well control. I am the founder and co-owner of Dudak, McCullough, and Evans Environmental Consulting, LLC ("DME"). DME's primary focus is to provide expert consulting services to landowners, developers, and government agencies, including local land-use authorities and others, who are seeking guidance on projects that involve sensitive construction and development on properties that contain oil or gas wells.

3. From 2012 to 2020, I served as District Deputy (CEA/Deputy Director) of the Southern District of California Geologic Energy Management Division ("CalGEM") (formerly Division of Oil, Gas, and Geothermal Resources, or "DOGGR") within the California Department of Conservation. Prior to that, I served as manager of the Underground Injection Control Unit in DOGGR's District 1 (predecessor to Southern District). From 2000 to 2011, I managed both the geothermal and natural gas programs for the California State Lands Commission. From 1988 to 2000, I was Energy and Mineral Resources Engineer for DOGGR. Before my government service career began, I spent a total of just over four years at the Earth Technology Corporation's Environmental Geomechanics Laboratory in Huntington Beach and Petroleum Testing Service in Los Angeles, Bakersfield, and Houston. A true and correct copy of my curriculum vitae ("CV") is attached hereto as part of **Exhibit A**.

4. Counsel for Marathon Oil Company ("Marathon") and The Dow

Chemical Company ("Dow") have retained me to offer expert opinions in this case regarding, among other topics, (1) Marathon's and Dow's construction and abandonment of the well at issue in this matter (the "Well"), (2) MDR Hotels, LLC's ("MDR") preparation and planning for the risk of a blowout, (3) MDR's responsibility for the blowout, and (4) MDR's inability to fully reabandon the Well in accordance with CalGEM/DOGGR requirements and regulations. I have formulated and offered such opinions in an expert report that is attached hereto as **Exhibit A** and a rebuttal expert report attached hereto as **Exhibit B**. The opinions and other information set forth in my reports are incorporated into this Declaration as if set forth herein.

5. If called as a witness at trial, I would expect to offer testimony consistent with the opinions set forth in my reports.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 9th day of March, 2023 at Long Beach, California.

Daniel Dudak