UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. **CV 20-8008-FLA (JPRx)**                           Date: **April 5, 2023**
Title: **MDR Hotels, LLC v. Dow Chem. Co. et al.**

===============================================================

**DOCKET ENTRY: Order Requiring Joint Statement**

===============================================================

PRESENT:

**HON. <u>JEAN P. ROSENBLUTH</u>, U.S. MAGISTRATE JUDGE**

| <u>Bea Martinez</u> | <u>n/a</u> |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                                            None present

**PROCEEDINGS: (IN CHAMBERS)**

The Court received a request from Defendants' counsel to take the settlement conference, which is currently scheduled for April 17, 2023, off calendar. But given that Plaintiff has indicated that it wishes to go forward with the conference and that the District Judge has set a deadline of April 21 for the parties to engage in a settlement conference, the conference will remain on calendar and the parties' settlement-conference statements remain due on April 10.

The Court notes, however, that the parties' summary-judgment motions are set to be heard before the District Judge on April 14. No later than 2 p.m. on April 15, the parties must submit a joint statement informing the Court of any rulings made at or other information arising from the April 14 hearing that might bear on the settlement negotiations or whether the conference should go forward.

cc: Judge Aenlle-Rocha