1  Patrick J. Foley (Bar No. 180391)
     E-Mail: *Patrick.Foley@lewisbrisbois.com*
2  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   633 West Fifth Street, Suite 4000
3  Los Angeles, CA 90071
   Telephone: (213) 580-7914
4  Facsimile: (213) 250-7900

5  **PHILLIPS LYTLE LLP**
   Joel Blanchet (*Pro Hac Vice*)
6    E-Mail: *jblanchet@phillipslytle.com*
   Tristan D. Hujer (*Pro Hac Vice*)
7    E-Mail: *thujer@phillipslytle.com*
   Myles K. Bartley (*Pro Hac Vice*)
8    E-Mail: *mbartley@phillipslytle.com*
   One Canalside
9  125 Main Street
   Buffalo, NY 14203-288
10 Telephone: (716) 847-7050
   Facsimile: (716) 852-6100

*Attorneys for Defendant The Dow Chemical Company*

[Additional Counsel Listed on Next Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MDR HOTELS, LLC,<br><br>            Plaintiff,<br><br>       vs.<br><br>MARATHON OIL COMPANY;<br>THE DOW CHEMICAL<br>COMPANY; and DOES 1 through<br>10, inclusive,<br><br>            Defendants. | Case No. 2:20-cv-08008-FLA (JPRx)<br><br>**JOINT REPORT RE: MEDIATION**<br><br><br>Trial Date: TBD<br>Judge: Hon. Fernando L. Aenlle-Rocha |

| | |
|---|---|
| 1 | **LATHAM & WATKINS LLP** |
| 2 | Mary Rose Alexander (Bar No. 143899)<br>   E-Mail: *mary.rose.alexander@lw.com* |
| 3 | 330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611 |
| 4 | Tel: 312.876.7700<br>Fax: 312.993.9767 |
| 5 | Shannon D. Lankenau (Bar No. 294263) |
| 6 |    E-Mail: *shannon.lankenau@lw.com*<br>505 Montgomery Street, Suite 2000 |
| 7 | San Francisco, CA 94111<br>Tel: 415.391.0600 |
| 8 | Fax: 415.395.8095 |
| 9 | Michael A. Hale (Bar No. 319056)<br>   E-Mail: *michael.hale@lw.com* |
| 10 | 355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071 |
| 11 | Tel: 213.485.1234<br>Fax: 213.891.8763 |
| 12 | *Attorneys for Defendant Marathon Oil Company* |
| 13 | **COX, CASTLE & NICHOLSON LLP** |
| 14 | Perry S. Hughes (State Bar No. 167784)<br>   Email: phughes@coxcastle.com; |
| 15 | Alicia N. Vaz (State Bar No. 215081)<br>   E-Mail: avaz@coxcastle.com; |
| 16 | Kevin M. Hannifan (State Bar No. 288135)<br>   E-mail: khannifan@coxcastle.com |
| 17 | 2029 Century Park East, Suite 2100<br>Los Angeles, California 90067-3284 |
| 18 | Telephone: (310) 284-2200<br>Facsimile: (310) 284-2100 |
| 19 | |
| 20 | *Attorneys for MDR Hotels, LLC* |

I.  REPORT

Pursuant to the Court's April 5, 2021 scheduling order [Dkt. No. 53], the parties submit this joint report concerning the April 17, 2023 mediation before U.S. Magistrate Judge Jean P. Rosenbluth.  All parties, and their principals and counsel, attended the mediation in person.

Despite Magistrate Rosenbluth's efforts, the parties were unable to reach a settlement.  The parties do not anticipate any additional negotiations prior to the Court's decision on the parties' summary judgment motions.  The parties also do not believe any other assistance from the Court is necessary, at this point.

Plaintiff has suggested that that parties return to Judge Rosenbluth after the Court rules on the parties' motions. Defendants do not agree, viewing this suggestion as premature, and an ineffective use of resources.  The parties should wait for the outcome of the summary judgment motions to determine next steps.

Respectfully submitted,

Dated: April 24, 2023

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ Patrick J. Foley
Patrick J. Foley
Attorneys for *The Dow Chemical Company*

**PHILLIPS LYTLE LLP**

By: /s/ Myles K. Bartley
Joel A. Blanchet (*Pro Hac Vice*)
Tristan D. Hujer (*Pro Hac Vice*)
Myles K. Bartley (*Pro Hac Vice*)
Attorneys for *The Dow Chemical Company*

**LATHAM & WATKINS LLP**

By: /s/ Mary Rose Alexander
Mary Rose Alexander
Shannon D. Lankenau
Michael A. Hale
Attorneys for *Marathon Oil Company*

**COX, CASTLE & NICHOLSON LLP**

By: /s/ *Perry S. Hughes*
    Perry S. Hughes
    Alicia N. Vaz
    Kevin M. Hannifan
    Attorneys for MDR Hotels, LLC