**LATHAM & WATKINS LLP**
Mary Rose Alexander (Bar No. 143899)
mary.rose.alexander@lw.com
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: 312.876.7700
Fax: 312.993.9767

Shannon D. Lankenau (Bar No. 294263)
shannon.lankenau@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: 415.391.0600
Fax: 415.395.8095

Michael A. Hale (Bar No. 319056)
michael.hale@lw.com
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Tel: 213.485.1234
Fax: 213.891.8763

*Attorneys for Defendant Marathon Oil Company*

[Additional Counsel Listed on Next Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MDR HOTELS, LLC,<br><br>            Plaintiff,<br><br>      vs.<br><br>MARATHON OIL COMPANY; THE DOW CHEMICAL COMPANY; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 2:20-cv-08008-FLA (JPRx)<br><br>**JOINT REPORT RE: PROPOSED TRIAL SCHEDULE**<br><br>Proposed Trial Date: October 8, 2024<br><br>Judge: Hon. Fernando L. Aenlle-Rocha |

1
2  Patrick J. Foley (Bar No. 180391)
3  *Patrick.Foley@lewisbrisbois.com*
   **LEWIS BRISBOIS BISGAARD & SMITH LLP**
4  633 West Fifth Street
   Suite 4000
5  Los Angeles, CA 90071
   Telephone:   (213) 580-7914
6  Facsimile:   (213) 250-7900
7  *Attorneys for Defendant The Dow Chemical Company*
8  **PHILLIPS LYTLE LLP**
   Joel Blanchet (*Pro Hac Vice*)
9  *jblanchet@phillipslytle.com*
   Tristan D. Hujer (*Pro Hac Vice*)
10 *thujer@phillipslytle.com*
   Myles K. Bartley (*Pro Hac Vice*)
11 *mbartley@phillipslytle.com*
   One Canalside
12 125 Main Street
   Buffalo, NY 14203-288
13 Telephone:   (716) 847-7050
   Facsimile:   (716) 852-6100
14
   *Attorneys for Defendant The Dow Chemical Company*
15
   **COX, CASTLE & NICHOLSON LLP**
16 Perry S. Hughes (State Bar No. 167784)
   Alicia N. Vaz (State Bar No. 215081)
17 Kevin M. Hannifan (State Bar No. 288135)
   2029 Century Park East, Suite 2100
18 Los Angeles, California 90067-3284
   Telephone: (310) 284-2200
19 Facsimile: (310) 284-2100
   Email: phughes@coxcastle.com;
20 avaz@coxcastle.com;
   khannifan@coxcastle.com
21
   *Attorneys for Plaintiff MDR Hotels, LLC*
22
23
24
25
26
27
28

## I. REPORT

Pursuant to the Court's January 17, 2024 Order re Trial Scheduling [Dkt. No. 145], the parties engaged in multiple telephone meet and confer sessions in an effort to determine a workable trial schedule given trial counsel's known conflicts.

Counsel for Defendant Marathon Oil Company ("Marathon") indicated that she has an extended trial scheduled beginning in March and continuing through the beginning of May 2024 (*City of Modesto v. The Dow Chemical Company, et al.*, Case No. CGC-98-999345 (San Francisco Super. Ct.). Counsel is highly confident that the trial will proceed as scheduled. Counsel for Defendant Marathon also has a two-week trial scheduled for September 9, 2024 (*City of Creve Coeur v. Netflix, Inc., et al.*, Case No. 18SL-CC02819 (St. Louis Cty. Cir. Ct.)). Counsel for Defendant The Dow Chemical has a scheduled arbitration in the middle of August 2024 (Manning & Napier, LLC v. InvestCloud, Inc., JAMS Arbitration No. 542000939). This provides the parties a window in early summer (May through July) and after late September 2024 to conduct the trial in this matter.

The parties further discussed the possibility of returning to mediation. Previously, settlement negotiations had been stayed while the parties awaited the Court's decision on the parties' summary judgment motions. The parties agreed that there was value in attending mediation prior to engaging in costly trial preparation, and agreed that May and June would be the first available time to hold a mediation given Marathon's counsel's trial schedule. The parties are discussing potential mediators, including the Honorable Daniel J. Buckley (Ret.), the Honorable Jay C. Gandhi (Ret.), the Honorable Edward A. Infante (Ret.), and the Honorable Lisa Hart Cole (Ret.), for a mediation in May and/or June.

With a goal for an early summer mediation, the parties have agreed on the following proposed trial schedule, subject to the Court's approval:

| Event | Proposed New Deadline |
|---|---|
| Fact Discovery Cutoff | Completed |
| Expert Disclosure (Initial) | Completed |
| Expert Disclosure (Rebuttal) | Completed |
| Expert Discovery Cut-off | Completed |
| Last Date to Hear Rule 56 Motions | Completed |
| Deadline to Complete Settlement Conference or Mediation | 07/31/2024 |
| Trial Filings (First Round) | 08/28/2024 |
| Trial Filings (Second Round) | 09/13/2024 |
| Final Pretrial Conference, Hearing on Motions in Limine | 09/27/2024 at 1:00 p.m. |
| Bench Trial | 10/08/2024 at 8:30 a.m. |

Respectfully submitted,

Dated: January 31, 2024

**LATHAM & WATKINS LLP**

By:   */s/ Mary Rose Alexander*
Mary Rose Alexander
Shannon D. Lankenau
Michael A. Hale
Attorneys for *Marathon Oil Company*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:   */s/ Patrick J. Foley*
Patrick J. Foley
Attorneys for *The Dow Chemical Company*

**PHILLIPS LYTLE LLP**

By: */s/ Myles K. Bartley*
    Joel A. Blanchet (*Pro Hac Vice*)
    Tristan D. Hujer (*Pro Hac Vice*)
    Myles K. Bartley (*Pro Hac Vice*)
    Attorneys for *The Dow Chemical Company*

**COX, CASTLE & NICHOLSON LLP**

By: */s/ Perry S. Hughes*
    Perry S. Hughes
    Alicia N. Vaz
    Kevin M. Hannifan
    Attorneys for MDR Hotels, LLC

## ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Mary Rose Alexander, attest under penalty of perjury that I have obtained concurrence and authorization from the other signatories to affix their electronic signatures to this filing.

Dated:  January 31, 2024 **LATHAM & WATKINS LLP**

By */s/ Mary Rose Alexander*
Mary Rose Alexander