JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MDR HOTELS, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>MARATHON OIL COMPANY, *et al.*,<br><br>        Defendants. | Case No.: 2:20-cv-08008- FLA (JPRx)<br><br>**JUDGMENT** |

For the reasons stated in the concurrently-issued Memorandum of Decision Following Bench Trial, the court FINDS, CONCLUDES, and ADJUDGES Defendants Marathon Oil Company and The Dow Chemical Company to be the prevailing parties in this action. Accordingly, the court ENTERS Judgment in favor of Defendants Marathon Oil Company and The Dow Chemical Company and against Plaintiff MDR Hotels, LLC.

IT IS SO ORDERED.

Dated: September 29, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge